UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EDAR ROGLER, | ) |
| Plaintiff *pro se*, | ) |
| v. | ) Civil Action No. 07-2308 (RMC) |
| WILLIAM BIGLOW, *et al.*, | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE

The Defendants[1] respectfully request that the Clerk of the Court enter the appearance of Judith A. Kidwell, Assistant United States Attorney, as counsel of record for the Defendants in the above-captioned case.

Respectfully submitted,

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

---

[1] According to Plaintiff's complaint, Defendants are sued in their personal capacity as follows: William Biglow, Julie Lu, John I. Gallin, M.D., Maureen Gormley, R.N., Walter L. Jones, Hillary Fitilis, Rev. Owen Ray Fitzgerald, Rev. Dominick Ashkar, Ann M. Berger, MSN, MD., Nyna Konishi, Deborah Britton, Lawrence Self, Michael Chew, and Does 1 to 25. All of the named Defendants are federal employees.

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was mailed, postage pre-paid, to Plaintiff *pro se*, on this 27th day of March 2008, to the following address:

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

                                       ___/s/_____
                                       JUDITH A. KIDWELL
                                       Assistant U.S. Attorney