UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDAR ROGLER, | ) |
| Plaintiff *pro se*, | ) |
| v. | ) Civil Action No. 07-2308 (RMC) |
| WILLIAM BIGLOW, *et al.*, | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT
OF TIME TO FILE ANSWERS OR OTHER RESPONSES**

Defendants,[1] through their undersigned attorneys, hereby respectfully request an enlargement of time, to and including April 14, 2008, within which to file their answers or other responses to the complaint filed herein. Defendants' answers or other responses are now due on March 28, 2008.

This is Defendants' first request for an enlargement of time for this purpose. Defendants' counsel attempted to reach Plaintiff at the telephone number appearing on the complaint to obtain her position as to the relief requested. However, counsel was unable to reach Plaintiff, but left a voicemail seeking her position on this motion. As of this date and time, Plaintiff has not responded. Therefore, counsel was unable to obtain Plaintiff's position on the relief requested.

---

[1] According to Plaintiff's complaint, Defendants are sued in their personal capacity as follows: William Biglow, Julie Lu, John I. Gallin, M.D., Maureen Gormley, R.N., Walter L. Jones, Hillary Fitilis, Rev. Owen Ray Fitzgerald, Rev. Dominick Ashkar, Ann M. Berger, MSN, MD., Nyna Konishi, Deborah Britton, Lawrence Self, Michael Chew, and Does 1 to 25. All of the named Defendants are federal employees.

There is good cause for this motion. Undersigned counsel has been ill and out of the office for several days and she has not had adequate time to confer with each of the thirteen defendants named in the complaint. Thus, additional time is needed by counsel to obtain information concerning these allegations in order to properly respond to the complaint. Accordingly, Defendants are requesting an extension of time to and including April 14, 2008, to file their answers or other responses to Plaintiff's complaint.

For the foregoing reasons, Defendants respectfully request that this motion for an enlargement of time be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EDAR ROGLER, | ) | |
| | ) | |
| Plaintiff *pro se*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2308 (RMC) |
| | ) | |
| WILLIAM BIGLOW, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

UPON CONSIDERATION OF Defendants' Motion for An Enlargement of Time to file their answers or other responses to the complaint herein, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2008,

**ORDERED** that Defendants' motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants shall have until and including April 14, 2008, to file their answers or other responses to the complaint herein.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Defendants' Counsel by ECF

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for Enlargement of Time and proposed Order were mailed, postage pre-paid, to Plaintiff *pro se*, on this 27th day of March 2008, to the following address:

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

\_\_\_/s/_____
JUDITH A. KIDWELL
Assistant U.S. Attorney