*ORIGINAL*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EDAR ROGLER**<br>Plaintiff *pro se* | : | |
| v. | : | CASE NO. 1:07-cv-02308<br>Hon. Judge Rosemary M. Collyer |
| **WILLIAM BIGLOW, et al.**<br>**Defendants.** | : | |

_____oOo_____

### PLAINTIFF'S ACKNOWLEDGMENT OF SERVICE

Plaintiff *pro se*, Edar Rogler, hereby submits her acknowledgment of service as follows:

1. Service by mail on the unnamed defendant, the United States of America still pending.  <u>JULIE JOHNSON'S DECLARATION OF SERVICE ON UNITED STATES</u> attached hereto.

2. Service by delivery to individual, Defendant John I. Gallin, M.D.. Exh. 4.

3. Service by delivery to individual, Defendant Attorney Hillary Fitilis. Exh. 5.

4. Service by delivery to individual, Defendant Rev. Dominic Ashkar.  Exh. 6.

5. Service by delivery to individual, Defendant Ann Berger, M.D.. Exh. 7.

6. Service by delivery to individual, Defendant Walter Jones. Exh. 8.

7. Service by delivery to individual, Defendant Lawrence Self. Exh. 9.

8. Declaration of failed service on Defendant Maureen Gormley, R.N.. Exh. 10.

9. Declaration of failed service on Defendant Nyna Konishi. Exh. 11.

10. Declaration of failed service on Defendant Deborah Britton. Exh. 12.

11. Declaration of failed service on Defendant Rev. Owen Ray Fitzgerald. Exh. 13.

Respectfully submitted by:

DATED:  March 29th, 2008

EDAR ROGLER, Plaintiff *pro se*
915 Boucher Avenue
Annapolis, Maryland  21403
(410) 280-9270
edar_rogler@yahoo.com

### CERTIFICATE OF SERVICE

I hereby certify that on March 29th, 2008 I emailed and mailed postage, pre-paid the above motion to AUSA Judith A. Kidwell, 555 Fourth Street, N.W. – Civil Division, Room E4905, Washington, District of Columbia  20530.

EDAR ROGLER, Plaintiff *pro se*

**RECEIVED**
**MAR 3 1 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EDAR ROGLER** | : | |
| Plaintiff *pro se* | | Hon. Judge Rosemary M. Collyer |
| v. | : | |
| **WILLIAM BIGLOW, et al.** | : | CASE NO. 1:07-cv-02308 |
| **Defendants.** | | |

_____oOo_____

## JULIE JOHNSON'S DECLARATION OF SERVICE ON UNITED STATES
[F.R.C.P. Rule 4(l)]

I, the undersigned, declare:

1. I am not a party to the above-entitled action and am not less than 18 years of age.

2. On March 22nd, 2008 I served the re-issued summons and complaint issued by the Clerk on March 3rd, 2008 on the unnamed defendant, the United States of America, by mailing a copy of the summons and complaint thereof with postage prepaid at the United States Post Office at Legion Avenue Station, Annapolis, Maryland 214019996 by certified mail (#7006 2150 0001 5003 9692) in a secure wrapper properly addressed to Civil Process Clerk, U.S. Attorney's Office for the district of Columbia, 555 Fourth Street, N.W., Washington, D.C. 20001. A true and accurate copy of said mailing label is attached hereto as Exh. 1a. The original U.S. Postal Service CERTIFIED Mail Receipt is attached hereto as Exh. 2a. On March 29th, 2008 I examined my post office box and have yet not received the executed green card.

3. On March 22nd, 2008, I served the re-issued summons and complaint issued by the Clerk on March 3rd, 2008 on the unnamed defendant, the United States of America, by mailing a copy of the summons and complaint thereof with postage prepaid at the United States Post Office at Legion Avenue Station, Annapolis, Maryland 214019996 by certified mail (#7006 2150

1

0001 5003 9708) in a secure wrapper properly addressed to Attorney General Michael B. Mukasey, U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001. A true and accurate copy of said mailing label is attached hereto as Exhibit 1b. The original U.S. Postal Service CERTIFIED Mail Receipt is attached hereto as Exh. 2b. On March 29th, 2008 I examined my post office box and have yet not received the executed green card.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 29th, 2008, at Annapolis, Maryland 21401.

_____ 29 March, 2008
Julie Johnson
P.O. Box 6634
Annapolis, Maryland 21401

DATED: 03/29/2008

2

Julie Johnson
P.O. Box 6634
Annapolis, MD
21401

Civil Process Clerk
U.S. Attorney's Office
for the District of Columbia
555 Fourth Street, NW
Washington, D.C.,
20001

Julie Johnson
P.O. Box 6634
Annapolis, MD,
21401

Attorney General Michael B. Mukasey
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington
DC
20530-0001

Exhibit 1b

Exhibit 1a

Exhibit #2a

```
        Eastport Post Office
        Annapolis, Maryland
             214039998
           2303830504 -0096
03/22/2008    (410)267-7051    12:05:32 PM

                Sales Receipt
Product         Sale   Unit        Final
Description     Qty    Price       Price

WASHINGTON DC 20001                $1.99
Zone-1 First-Class
Large Env
7.90 oz.
  Return Rcpt (Green Card)         $2.15
  Certified                        $2.65
  Label #:    70062150000150039692
                                 ========
  Issue PVI:                       $6.79

WASHINGTON DC 20530                $1.82
Zone-1 First-Class
Large Env
6.90 oz.
  Return Rcpt (Green Card)         $2.15
  Certified                        $2.65
  Label #:    70062150000150039708
                                 ========
  Issue PVI:                       $6.62


Total:                            $13.41

Paid by:
Cash                              $20.00
Change Due:                       -$6.59

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000402498066
Clerk: 27

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
        Thank you for your business.
*******************************************
*******************************************
        HELP US SERVE YOU BETTER

     Go to: http://gx.gallup.com/pos

       TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

           YOUR OPINION COUNTS
*******************************************
*******************************************


                Customer Copy
```

Exhibit #3

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here MAR 22 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

7006 2150 0001 5003 9692

Sent To: Civil Process Clerk
Street, Apt. No.; or PO Box No.: US Atty Ofc., DC
City, State, ZIP+4: 555 Fourth St NW, Wash DC 20001

PS Form 3800, August 2006          See Reverse for Instructions


**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here MAR 22 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

7006 2150 0001 5003 9708

Sent To: Atty Gen Mukasey US DOJ
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave
City, State, ZIP+4: Washington DC 20530-000

PS Form 3800, August 2006          See Reverse for Instructions

Exhibit #2b

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE *March 26, 2008* |
| NAME OF SERVER *(PRINT)* *Michelle Worthy* | TITLE *Server (Individual)* |

Check one box below to indicate appropriate method of service

☑ G  Served personally upon the defendant. Place where served: *John I. Gallin MD    Bldg 10 Room 6-1550*
*CRC, NIHCC, Bethesda, MD*

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

☐ G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *12:01 March 26, 2008*    *Michelle Worthy*
          Date                         Signature of Server

*Michelle Worthy*
*11911 Old Columbia Pike*
*Silver Spring, MD 20904*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit #4

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE March 26th, 2008 |
| NAME OF SERVER (PRINT) Michelle Worthy | TITLE Server (individual) |

Check one box below to indicate appropriate method of service

☒ G  Served personally upon the defendant. Place where served: Hilary Litilis  Bldg 10 / OCRC  NIH CC  Rm 6-6540  Bethesda, MD

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

☐ G  Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11:24 March 26, 2008       Michelle Worthy
              Date                       Signature of Server

11911 Old Columbia Pike
Address of Server
Silver Spring, MD 20904

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit #5

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE March 26, 2008 |
| NAME OF SERVER (PRINT) Julie Johnson | TITLE Server (Individual) |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Rev. Dominic Ashkar, Lobby, 7th Floor, 10 CRC, Bldg 10, NIH CC Bethesda, MD

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 26, 2008  11:40 am
      Date           Signature of Server

Julie Johnson
PO Box 6634
Annapolis, MD
21401
       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit #6

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 26, 2008 |
| NAME OF SERVER (PRINT) Michelle Worthy | TITLE Server (Individual) |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Ann Berger MD Room 2-1733, Bldg 10 CRC NIH CC, Bethesda, MD

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 26, 2008  12:07   Michelle Worthy
                Date                    Signature of Server

Michelle Worthy
11911 Old Columbia Pike
Silver Springs, MD 20904
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit #7

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE March 26, 2008 |
| NAME OF SERVER (PRINT) Michelle Worthy | TITLE Server (Individual) |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: ~~Dexter Jones~~ Room 2-1350, 10CRC, Bldg 10, NIH CC, Bethesda, MD

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 26, 2008  11:17am    Michelle Worthy
           Date                         Signature of Server

11911 Old Columbia Pike
Silver Spring, MD 20904
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit #8

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 26, 2008 |
| NAME OF SERVER (PRINT) Michelle Worthy | TITLE Server Individual |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Lawrence Self Bldg 2, NIH, Bethesda MD

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

1:18 P.M.
Executed on March 26, 2008    Michelle Worthy
          Date                  Signature of Server

11911 Old Columbia Pike
Silver Springs, MD 20904
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit #9

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 26, 2008 |
| NAME OF SERVER (PRINT) JULIE JOHNSON | TITLE server |

*Check one box below to indicate appropriate method of service*

one failed attempt

☒ Served personally upon the defendant. Place where served: Maureen Gormley, RN Bldg 10, CRC, NIH CC
Bethesda, Maryland

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): FAILED ATTEMPT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 26, 2008     *Signature of Server*

Julie Johnson
PO Box 6634
Annapolis, MD 21401
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit #10

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER (PRINT) Julia Johnson | TITLE Server |

*Check one box below to indicate appropriate method of service*

☐ G Served personally upon the defendant. Place where served: One failed attempt Defendant Nyna Konishi, Bldg 10, CRC, NIH CC, Bethesda, MD.

☐ G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ G Returned unexecuted: _____

☒ Other (specify): Failed attempt

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 24, 2008

Signature of Server

Julie Johnson
PO Box 6634
Annapolis, MD 21405
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit #11

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE March 26, 2008 |
| NAME OF SERVER (PRINT) JULIA JOHNSON | TITLE Server |

*Check one box below to indicate appropriate method of service*

One failed

☐ Served personally upon the defendant. Place where served: Deborah Britton, 2 Democracy Plaza, Room 106L, Bethesda, MD

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): FAILED ATTEMPT

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 26, 2008
           Date           Signature of Server

JULIA JOHNSON
PO BOX 6634
Annapolis, MD 21401
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit #12

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* Michelle Worthy | TITLE Server (Individual) |

*Check one box below to indicate appropriate method of service*

one failed attempt

☒ Served personally upon the defendant. Place where served: Rev. Owen Ray Fitzgerald  6606 Greywood Drive, Bethesda, MD 20817

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 26, 2008  2:24 PM    *Michelle Worthy*
          Date                            Signature of Server

11911 Old Columbia Pike
Silver Spring, MD 20904

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit #13