UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| EDAR ROGLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-2308 (RMC) |
| | ) |
| WILLIAM BIGLOW, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court are Plaintiff Edar Rogler's Motion for Reconsideration re Order on Motion for Extension of Time to Answer [Dkt. # 6] and Plaintiff's Motion for Order to Meet and Confer [Dkt. # 7]. Both Motions will be denied.

Plaintiff, proceeding *pro se*, requests that the Court reconsider its Minute Entry Order dated March 27, 2008. That Order granted Defendants' motion for an extension of time to answer or otherwise respond to the Complaint [Dkt. # 5].[1] Plaintiff's request will be denied. *See* Fed. R. Civ. P. 6(b)(1)(A).[2]

---

[1] The Court takes this opportunity to clarify that the Order, issued for good cause pursuant to Federal Rule of Civil Procedure 6(b), only applies to the Defendants who have been properly served. Plaintiff has not perfected service on several of the named Defendants; those Defendants are under no obligation to respond to the Complaint at this time.

[2] Plaintiff argues that the Order sets a deadline, April 14, 2008, that is earlier than necessary for Defendants' answer or response. *See* Pl.'s Mot. at 1 ("it appears to the Plaintiff [that the new deadline] shorten[s] the Defendant's [sic] time based upon miscalculations"). It seems that Plaintiff would like to delay the Defendants' response date so that the parties may have time to meet and confer and perhaps reach a settlement. *See id.* ("Plaintiff wishes to settle this matter and believes that it might be only a matter of having a meeting in good faith."). April 14, 2008 is earlier than the Federal Rules of Civil Procedure require. *See* Dkt. # 8 (deadline set by Clerk of Court for answers is April 15, 2008). However, April 14, 2008 is the deadline that

Plaintiff also asks this Court to order the parties to meet and confer within 30 days. Defendants oppose. The Federal Rules of Civil Procedure provide for the parties to meet and confer as soon as practicable or at least 21 days before a scheduling conference is to be held or a scheduling order is due. *See* Fed. R. Civ. P. 26(f). At this time, no scheduling conference or deadline for a scheduling order has been set by the Court. Furthermore, Defendants intend to file a dispositive motion in response to the Complaint which may obviate the need for the parties to meet and confer. Defs.' Opp'n at 2. The Court will deny Plaintiffs' request as premature. It is hereby

**ORDERED** that Plaintiff's Motion for Reconsideration re Order on Motion for Extension of Time to Answer [Dkt. # 6] is **DENIED**; and it is

**FURTHER ORDERED** that Plaintiff's Motion for Order to Meet and Confer [Dkt. # 7] is **DENIED**.

**SO ORDERED**.

Date: April 14, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge

---

Defendants requested and there is no reason why Defendants should be prevented from filing *earlier* than necessary, as they intend to do here. *See* Defs.' Opp'n [Dkt. # 9] at 1 ("Plaintiff has . . . requested that the Court reconsider its order granting Defendants until April 14, 2008 to file their answers. Defendants . . . oppose any reconsideration of this order.").