IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDAR ROGLER                                :
**Plaintiff** *pro se*
v.                                         :       CASE NO. 1:07-cv-02308
                                                   Hon. Judge Rosemary M. Collyer
WILLIAM BIGLOW, et al.                     :
**Defendants.**
_____oOo_____

### PLAINTIFF'S SECOND ACKNOWLEDGMENT OF SERVICE

Plaintiff *pro se*, Edar Rogler, hereby submits her acknowledgment of service as follows:

1. Service by mail on the unnamed defendant, the United States of America has been completed. <u>JULIE JOHNSON'S DECLARATION OF SERVICE ON UNITED STATES</u> attached hereto.

2. Service by delivery to individual, Defendant Michael Chew. Exh. 1.

3. Service by deliver to individual, Defendant Maureen Gormley, R.N.. Exh. 2.

Respectfully submitted by:

DATED:  April 8th, 2008

EDAR ROGLER, Plaintiff *pro se*
915 Boucher Avenue
Annapolis, Maryland  21403
(410) 280-9270
edar_rogler@yahoo.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 9th, 2008 I emailed and mailed postage, pre-paid the above motion to AUSA Judith A. Kidwell, 555 Fourth Street, N.W. – Civil Division, Room E4905, Washington, District of Columbia 20530.

EDAR ROGLER, Plaintiff *pro se*

**RECEIVED**

APR 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

ORIGINAL

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | 4-1-08 | 10:53 am |
| NAME OF SERVER *(PRINT)* Michelle S. Worthy | TITLE | |

*Check one box below to indicate appropriate method of service*

(X) Served personally upon the defendant. Place where served: Michael Chew    Bldg. 9 - NIH  9 Center Dr, Bethesda, MD 20892

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Michael Chew

G  Returned unexecuted: _____

G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-1-08
         *Date*

*Signature of Server*  Michelle S. Worthy

*Address of Server*  11911 Old Columbia Pike
Silver Spring, MD 20904

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit "1"

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 4-1-08 | 11:40 am |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | | |
| NAME OF SERVER (PRINT) Michelle G. Worthy | TITLE | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Maureen Gormley  10-CRC-Hatfield Clinical Res. Ctr, 10 Center Dr, Bethesda, MD 20892

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Maureen Gormley

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-1-08
Date

Signature of Server: Michelle Worthy

Address of Server: 11911 Old Columbia Pike, Silver Spring MD 20904

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit "2"