IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EDAR ROGLER** | : | |
| Plaintiff *pro se* | | Hon. Judge Rosemary M. Collyer |
| v. | : | |
| | | |
| **WILLIAM BIGLOW, et al.** | : | CASE NO. 1:07-cv-02308 |
| Defendants. | | |

_____oOo_____

### JULIE JOHNSON'S DECLARATION OF SERVICE ON UNITED STATES
[F.R.C.P. Rule 4(I)]

I, the undersigned, declare:

1. I am not a party to the above-entitled action and am not less than 18 years of age.

2. On March 22nd, 2008, I served the re-issued summons and complaint issued by the Clerk on March 3rd, 2008 on the unnamed defendant, the United States of America, by mailing a copy of the summons and complaint thereof with postage prepaid at the United States Post Office at ~~Legion Avenue~~ Eastport Station, Annapolis, Maryland 214019996 by certified mail in a secure wrapper properly addressed to Civil Process Clerk, U.S. Attorney's Office for the district of Columbia, 555 Fourth Street, N.W., Washington, D.C. 20001. ~~A true and accurate copy of said mailing label is attached hereto as Exh. 1a.~~ The original U.S. Postal Service CERTIFIED Mail Receipt is attached hereto as Exh. 2a. On April 8th, 2008 I received back by mail the executed Domestic Return Receipt commonly known as the green card. The original green card is attached hereto as Exh. 3a.

3. On March 22nd, 2008, I served the re-issued summons and complaint issued by the Clerk on March 3rd, 2008 on the unnamed defendant, the United States of America, by mailing a copy of the summons and complaint thereof with postage prepaid at the United States Post Office at ~~Legion Avenue~~ Eastport Station, Annapolis, Maryland 214019996 by certified mail in a secure

RECEIVED
APR 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

wrapper properly addressed to Attorney General Michael B. Mukasey, U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001. ~~A true and accurate copy of said mailing label is attached hereto as Exhibit 1b~~. The original U.S. Postal Service CERTIFIED Mail Receipt is attached hereto as Exh. 2b.  On March 8th, 2008 I received back by mail the executed Domestic Return Receipt commonly known as the green card.  The original green card is attached hereto as Exh. 3b.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8th, 2008, at Annapolis, Maryland 21401.

*[signature]* April 9, 2008
Julie Johnson
P.O. Box 6634
Annapolis, Maryland 21401

2

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — MAR 2?

Sent To: Civil Process Clerk
Street, Apt. No.; or PO Box No.: US Atty Ofc, DC
City, State, ZIP+4: 555 Fourth St NW, Washnx ???

7006 2150 0001 5003 9692

PS Form 3800, August 2006    See Reverse for Instructions

Exh 2a

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — MAR 2?

Sent To: Atty Gen Mukasey US DOJ
Street, Apt. No. or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4: Washington DC 20530-0001

7006 2150 0001 5003 9708

PS Form 3800, August 2006    See Reverse for Instructions

Exh. 2b

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   U.S. Attorney's Office
   for the District of Columbia
   555 Fourth St, NW
   Washington, DC
   20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   MAR 28               2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0001 5003 9692

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Exh 3a

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attorney General Michael
       B. Mukasey
   US Dept of Justice
   950 Pennsylvania Ave
       NW
   Washington, DC
   20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent  ☒ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  03-28-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0001 5003 9708

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Exh 3b