IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDAR ROGLER** <br> **Plaintiff** *pro se* <br> v. <br><br> **WILLIAM BIGLOW, et al.** <br> **Defendants.** | : <br><br> :    CASE NO. 1:07-cv-02308 <br>        Hon. Judge Rosemary M. Collyer <br> : |

_____oOo_____

### PLAINTIFF'S ACKNOWLEDGMENT OF SERVICE ON DEFENDANT ATTORNEY JULIE LU

Plaintiff *pro se*, Edar Rogler, hereby submits her acknowledgment of service as follows:

1. Service by delivery to Defendant JULIE LU. Declaration of Julie Johnson dated April 13, 2008 with copy of summons attached. Exh. 1.

Respectfully submitted by:

DATED: April 14, 2008

*/s/ Edar Rogler*

EDAR ROGLER, Plaintiff *pro se*
915 Boucher Avenue
Annapolis, Maryland 21403
(410) 280-9270

### CERTIFICATE OF SERVICE

I hereby certify that on April 14th, 2008 I emailed and mailed postage, pre-paid the above motion to AUSA Judith A. Kidwell, 555 Fourth Street, N.W. – Civil Division, Room E4905, Washington, District of Columbia 20530.

EDAR ROGLER, Plaintiff *pro se*

**RECEIVED**

APR 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE April 13, 2008 6:49 |
| NAME OF SERVER *(PRINT)* Julie Johnson | TITLE |

*Check one box below to indicate appropriate method of service*

(G) Served personally upon the defendant. AKA JULIE LU Place where served: 5831 Westwater Court Centreville, Virginia 20121

(G) Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Asian American women slender, dark hair

Name of person with whom the summons and complaint were left: _____

G Returned unexecuted: _____

G Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 13, 2008          [signature]   April 13, 2008
                    Date                 *Signature of Server*

Julia Johnson
PO Box 6634
Annapolis, MD
21401
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit "1"

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

EDAR ROGLER, Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

WILLIAM A. BIGLOW, et al.,
Defendants.

CASE NUMBER:    1:2007-cv-02308 RMC

TO: (Name and address of Defendant)

Attorney Julie S. Lu
5831 Westwater Court
Centreville, Virginia  20121

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland  21403

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    1/17/2008

CLERK                                             DATE

(By) DEPUTY CLERK