

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**EDAR ROGLER**                    :
**Plaintiff** *pro se*
**v.**                             :        **CASE NO.  1:07-cv-02308**
                                            **Hon. Judge Rosemary M. Collyer**
**WILLIAM BIGLOW, et al.**         :
**Defendants.**
_____oOo_____

## PLAINTIFF'S ACKNOWLEDGMENT OF SERVICE
## ON DEFENDANT REV. OWEN RAY FITZGERALD

Plaintiff *pro se*, Edar Rogler, hereby submits her acknowledgment of service as follows:

1. Service by delivery to Defendant Rev. Owen Ray Fitzgerald's dwelling house with his spouse of suitable age and discretion residing therein.  Declaration of  Michelle Worthy dated April 14, 2008 with copy of summons attached.  Exh. 1.

2. Declaration of failed service on Defendant Rev. Fitzgerald dated April 4, 2008.  Exh. 2.

3. Declaration of failed service on Defendant Rev. Fitzgerald dated April 7, 2008.  Exh. 3.

4. Declaration of evading and failed service on Defendant Rev. Fitzgerald dated April 13, 2008.  Exh. 4.

5. Declaration of evading and failed service on Defendant Rev. Fitzgerald.  Exh. 5. (04\13\08).

Respectfully submitted by:

DATED:   April 14, 2008

EDAR ROGLER, Plaintiff *pro se*
915 Boucher Avenue
Annapolis, Maryland  21403
(410) 280-9270

## CERTIFICATE OF SERVICE

I hereby certify that on April 14th, 2008 I emailed and mailed postage, pre-paid the above motion to AUSA Judith A. Kidwell, 555 Fourth Street, N.W. – Civil Division, Room E4905, Washington, District of Columbia 20530.

EDAR ROGLER, Plaintiff *pro se*

**RECEIVED**

APR 1 6 2008

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE April 14, 2008    12:07 noon |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER (PRINT) Michelle Worthy | TITLE Individual Server |
|---|---|

*Check one box below to indicate appropriate method of service*

   G  Served personally upon the defendant. Place where served: Rev. Owen Ray Fitzgerald
_____

(G)  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
     discretion then residing therein.  Mrs. Fitzgerald - older woman with cane
     Name of person with whom the summons and complaint were left: grayish white hair
     6606 Greywood Drive, Bethesda, MD 20817

   G  Returned unexecuted: _____
_____
_____

   G  Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 14, 2008   Michelle Worthy
          Date          Signature of Server
                      Michelle Worthy

                      Michelle Worthy
          Address of Server
          11911 Old Columbia Pike
          Silver Spring, MD 20904

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit "1"

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

EDAR ROGLER, Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

WILLIAM A. BIGLOW, et al.,
Defendants.

CASE NUMBER:    1:2007-cv-02308 RMC

TO: (Name and address of Defendant)

Rev. Owen Ray Fitzgerald
6606 Greyswood Road
Bethesda, Maryland  20817

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland  21403

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                DATE   1/17/2008

CLERK

(By) DEPUTY CLERK

*Original*

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE April 4, 2008   8:30 am |
|---|---|
| NAME OF SERVER *(PRINT)*  Michelle Worthy | TITLE |

*Check one box below to indicate appropriate method of service*

Rev. Owen Ray Fitzgerald

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify):  FAILED. No one would answer
No cars in driveway

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 4, 2008
_____
Date

Signature of Server  Michelle Worthy
Michelle Worthy
_____
Address of Server

11911 Old Columbia Pike
Silver Spring, MD
20904

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit "2"

*Original*

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE April 7, 2008 11:30 am |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* Michelle Worthy | TITLE |

*Check one box below to indicate appropriate method of service*

Rev. Owen Ray Fitzgerald

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): FAILED   Car in driveway.   No one would answer door.
6606 Greywood Dr
Bethesda, MD

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 7, 2008
_____
Date

Michelle Worthy
_____
*Signature of Server*

Michelle Worthy
_____
*Address of Server*

11911 Old Columbia Pike
Silver Spring, MD
20904

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit "3"

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE April 13, 2008    4:29 PM - 5:30 PM |
| NAME OF SERVER *(PRINT)* Julie Johnson | TITLE Individual Server |

*Check one box below to indicate appropriate method of service*

G Served personally upon the defendant. Place where served: Rev. Owen Rey Fitzgerald    *Celeste Greyswood Drive Bethesda, MD 20817*

*FAILED ATTEMPT*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G Returned unexecuted: _____

Refused to answer door

G Other (specify): Car in driveway 534 ASL Volvo Neighbor in 6609 Greyswood saw him at home Sebring 16 5904 person watching through blinds, blinds moving opened closed

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 13, 2008
_____    _____
Date    Signature of Server

PO Box 6634, Annapolis MD 21401
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit "4"

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE April 13, 2008  7:29 |
| NAME OF SERVER *(PRINT)* Julie Johnston | TITLE |

*Check one box below to indicate appropriate method of service*

Rev. Ray Fitzgerald

G  Served personally upon the defendant. Place where served: _____

FAILED ATTEMPT

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): Saw man moving in house 6606 Greenwood Dr Bethesda MD 20817 blinds now closed in kitchen refused to answer door two cars present 534 ASL Volvo & 163404 Sebring

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 13, 2008        _____  April 13, 2008
                Date                  Signature of Server

P.O. Box 6634
Annapolis, MD 21401

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit "5"