ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EDAR ROGLER** | : | |
| Plaintiff *pro se* | | |
| v. | : | CASE NO. 1:07-cv-02308 |
| | | Hon. Judge Rosemary M. Collyer |
| **WILLIAM BIGLOW, et al.** | : | |
| Defendants. | | |

_____oOo_____

### PLAINTIFF'S ACKNOWLEDGMENT OF CONTINUING FAILED SERVICE ON DEFENDANT NYNA KONISHI

Plaintiff *pro se*, Edar Rogler, hereby submits her acknowledgment of continuing failed service on Defendant Nyna Konishi as follows:

1. Declaration of Michelle Worthy dated April 4, 2008, copy of summons attached. Exh. 1.

2. Declaration of Michelle Worthy dated April 14, 2008. Exh. 2a. Signature of receptionist for Nyna Konishi named Donna J. Dasse accepting summons and complaint. Exh. 2b.

Respectfully submitted by:

DATED: April 14, 2008

EDAR ROGLER, Plaintiff *pro se*
915 Boucher Avenue
Annapolis, Maryland 21403
(410) 280-9270

### CERTIFICATE OF SERVICE

I hereby certify that on April 14th, 2008 I emailed and mailed postage, pre-paid the above motion to AUSA Judith A. Kidwell, 555 Fourth Street, N.W. – Civil Division, Room E4905, Washington, District of Columbia 20530.

EDAR ROGLER, Plaintiff *pro se*

RECEIVED
APR 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | April 4, 2008 |
| NAME OF SERVER (PRINT) Michelle Worthy | TITLE Individual Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Nyra Konishi was not in her office. Staff stated she was out.

*[handwritten in left margin: FAILED ATTEMPT]*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 4, 2008    Michelle Worthy
              Date              Signature of Server

Michelle Worthy
11911 Old Columbia Pike
Silver Spring, MD
20904

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit "1"

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

EDAR ROGLER,
Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

WILLIAM A. BIGLOW, et al.,
Defendants.

CASE NUMBER:    1:2007-cv-02308 RMC

TO: (Name and address of Defendant)

Nyna Konishi
10-CRC-Hatfield Clinical Research Center
10 Center Drive
Bethesda, Maryland  20892

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland  21403

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

1/17/2008

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

*Original 2-sided*
*Nyna Konishi*

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE April 14 2008  12:45 PM |
| NAME OF SERVER *(PRINT)* Michelle Worthy | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Nyna Konishi _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I left summons and complaint to Donna J. Passe, Receptionist for Nyna Konisha. Ms. Passe said she would give them to Nyna Konishi

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Apr. 14, 2008        *Michelle Worthy*
                    Date                        Signature of Server

Address of Server: 11911 Old Columbia Pike
Silver Spring, MD 20904

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit "22"

I Donna J. Dasse, received summons and complaint re Roger. Biglew to give to Nyna Konishi.

Donna Dasse
4/14/08

DATED April 14, 2008
12:45pm

Exhibit "2b"