ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDAR ROGLER** <br> Plaintiff *pro se* <br> v. <br> **WILLIAM BIGLOW, et al.** <br> Defendants. | : <br> : <br> :    CASE NO. 1:07-cv-02308 <br>                Hon. Judge Rosemary M. Collyer <br> : <br> : |

_____oOo_____

### PLAINTIFF'S ACKNOWLEDGMENT OF CONTINUING FAILED SERVICE ON DEFENDANTS DEBORAH BRITTON

Plaintiff *pro se*, Edar Rogler, hereby submits her acknowledgment of continuing failed service as follows:

1. Declaration of Michelle Worthy dated April 4, 2008, copy of summons attached. Exh. 1.

2. Declaration of Michelle Worthy dated April 7, 2008. Exh. 2.

3. Declaration of Michelle Worthy dated April 14, 2008. Exh. 3. Signature of receptionist of Deborah Britton accepting summons and complaint. Exh. 3a.

Respectfully submitted by:

DATED:  April 14, 2008

_____
EDAR ROGLER, Plaintiff *pro se*
915 Boucher Avenue
Annapolis, Maryland  21403
(410) 280-9270

### CERTIFICATE OF SERVICE

I hereby certify that on April 14th, 2008 I emailed and mailed postage, pre-paid the above motion to AUSA Judith A. Kidwell, 555 Fourth Street, N.W. – Civil Division, Room E4905, Washington, District of Columbia  20530.

_____
EDAR ROGLER, Plaintiff *pro se*

RECEIVED
APR 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

*Original*

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE April 4, 2008 |
| NAME OF SERVER (PRINT) Michelle Worthy | TITLE Individual Server |

*Check one box below to indicate appropriate method of service*

Deborah Britton

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

Failed Attempt

☒ Other (specify): Staff stated Deborah Britton was out of office.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 04, 2008    *Michelle Worthy*
                Date          Signature of Server

Michelle Worthy
11911 Old Columbia Pike
Silver Spring, MD 20904
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit "1"

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 7, 2008 |
| NAME OF SERVER (PRINT) Michelle Worthy | TITLE Individual Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Staff stated Deborah Britton was out of office

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 7, 2008        Michelle Worthy
              *Date*                *Signature of Server*

                Michelle Worthy
                11911 Old Columbia Pike
                *Address of Server*
                Silver Spring, MD 20904

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit "2"

*Original 2 sided*

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 14, 2008  11:55 AM |

| NAME OF SERVER *(PRINT)* Michelle Worthy | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

Deborah Britten

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left at work with receptionist Malinda Belander

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 14, 2008     *Michelle Worthy*
              Date              Signature of Server

Michelle Worthy
11911 Old Columbia Pike
Silver Spring, MD 20904
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exh. 3

Malinda Palmer    04/14/2008
received summons & complaint

Exh. "3a"

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

EDAR ROGLER, Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

WILLIAM A. BIGLOW, et al.,
Defendants.

CASE NUMBER:   1:2007-cv-02308 RMC

TO: (Name and address of Defendant)

Deborah Britton
2 DEM-Two Democracy Plaza, 106L
6707 Democracy Boulevard
Bethesda, Maryland  20892

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland  21403

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

DATE 1/17/2008

(By) DEPUTY CLERK