IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**EDAR ROGLER**              :
**Plaintiff** *pro se*
v.                           :    CASE NO. 1:07-cv-02308
                                  Hon. Judge Rosemary M. Collyer
**WILLIAM BIGLOW, et al.**   :
**Defendants.**
                                  oOo

### PLAINTIFF'S ACKNOWLEDGMENT OF SERVICE
### ON DEFENDANT ATTORNEY WILLIAM BIGLOW

Plaintiff *pro se,* Edar Rogler, hereby submits her acknowledgment of continuing failed service on Defendant Nyna Konishi as follows:

1. Declaration of Michelle Worthy dated April 14, 2008, copy of summons attached. Exh. 1a.

   Evelyn Jimenez-Iyon stated she has Mr. Biglow's authorization to accept the summons and complaint for Attorney William Biglow. Exh. 1b

                                         Respectfully submitted by:

DATED:  April 14, 2008
                                         _____
                                         EDAR ROGLER, Plaintiff *pro se*
                                         915 Boucher Avenue
                                         Annapolis, Maryland  21403
                                         (410) 280-9270

### CERTIFICATE OF SERVICE

I hereby certify that on April 14th, 2008 I emailed and mailed postage, pre-paid the above motion to AUSA Judith A. Kidwell, 555 Fourth Street, N.W. – Civil Division, Room E4905, Washington, District of Columbia 20530.

                                         _____
                                         EDAR ROGLER, Plaintiff *pro se*

RECEIVED
APR 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

*Original 2 sided*

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4-14-08 |
| NAME OF SERVER (PRINT) Michelle Worthy | TITLE |

Check one box below to indicate appropriate method of service

Attorney William Bigelow

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ **work place** with a person of suitable age and ~~discretion then residing therein.~~ **with Evelyn Jimenez-Lyon**

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): 200 Independence Ave, SW
   Wash DC 20201

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 14, 2008        *Michelle Worthy*
              Date                   Signature of Server

Address of Server
11911 Old Columbia Pike
Silver Spring, MD 20904

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit "1a"

*[Signature]*
Evelyn Jimenez-Iyan

Exhibit "1b"

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

EDAR ROGLER, Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

WILLIAM A. BIGLOW, et al.,
Defendants.

CASE NUMBER:   1:2007-cv-02308 RMC

TO: (Name and address of Defendant)

Attorney William A. Biglow
200 Independence Avenue, S.W.
Washington, D.C.  20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland  21403

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    1/17/08

CLERK                                                                DATE

(By) DEPUTY CLERK