Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

April 17, 2008

Hon. Judge Rose Mary Collyer
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RE:    *Rogler v. Biglow*, et al, 1:2007-cv-02308 (RMC)
       *Rogler v. DHHS & Fitzgerald*, 1:07-cv-02308 (RMC)
       *Rogler v. Leavitt*, 1:07-cv-00726 (WMN)

NOTICE OF RELATED CASES
<u>NOTICE OF ADR IN RELATED CASE</u>

Dear Your Honor:

    To make a long story short, I am wondering if you are of the opinion that *Rogler v. Biglow*, 1:2007-cv-02308 (RMC) and *Rogler v. DHHS & Fitzgerald*, 1:07-cv-02308(RMC) should be transferred to the United States District Court for Maryland. The Agency has stated that it wishes to settle the Privacy Act case and Title VII and has requested ADR with a U.S. Magistrate. Judge Nickerson has ordered ADR with U.S. Magistrate Bredar set for May 7, 2008. My understanding is that the Agency will demand a global settlement. Additionally Judge Bredar has ordered a detailed letter containing all issues for settlement.

    I understand that the Privacy Act grants the U.S. District Court for the District of Columbia with jurisdiction, but have noticed in other cases you have transferred the case to another venue based upon that venue "should" hear the case as opposed to the D.C. venue can not hear the case. I entered into a retainer agreement with an attorney who wanted the cases to be filed in the District of Columbia, but he has not entered his appearance. Thank you very much.

Sincerely,

Edar Rogler

cc:  AUSA Judith Kidwell