IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EDAR ROGLER**<br>**Plaintiff** *pro se* | : | |
| v. | : | CASE NO. 1:07-cv-02308(RMC) |
| **WILLIAM BIGLOW, et al**<br>**Defendants.** | : | |

_____oOo_____

### PLAINTIFF'S ACKNOWLEDGMENT OF SERVICE
### ON DEFENDANTS DEBORAH BRITTON AND NYNA KONISHI

Plaintiff *pro se,* Edar Rogler, hereby submits her acknowledgment of service on Defendants Deborah Britton ("Britton") and Nyna Konishi ("Konishi") as follows:

1. Declaration of Julie Johnson for service on Deborah Britton dated April 16, 2008, copy of re-issued summons (04/16/08) attached. Exh. 1.

2. Declaration of Julie Johnson for service on Nyna Konishi dated April 16, 2008, copy of re-issued summons (04/16/08) attached. Exh. 2.

3. Service on both Defendants Britton and Konishi were made within 120 days of the filing of the complaint on December 21, 2007 in the instant matter. Duration calculation results:

>   From and including: **Friday, December 21, 2007**
>   To, but **not** including : **Wednesday, April 16, 2008**
>
>   It is 117 days from the start date to the end date, but not including the end date
>
>   Or 3 months, 26 days excluding the end date
>
>   **Alternative time units**
>   117 days can be converted to one of these units:
>
>   - 10,108,800 seconds
>   - 168,480 minutes
>   - 2808 hours
>   - 16 weeks (rounded down)

**RECEIVED**
**APR 1 8 2008**
**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

1

**WHEREFORE,** Plaintiff respectfully asserts that service of process has been effectuated in compliance with Fed. R. Civ. P., Rule 4 on Defendants Deborah Britton and Nyna Konishi.

Respectfully submitted by:

DATED:  April 18, 2008

*[signature]*

EDAR ROGLER, Plaintiff *pro se*
915 Boucher Avenue
Annapolis, Maryland  21403
(410) 280-9270

### CERTIFICATE OF SERVICE

I hereby certify that on April 18th, 2008 I emailed and mailed postage, pre-paid the above motion to AUSA Judith A. Kidwell, 555 Fourth Street, N.W. – Civil Division, Room E4905, Washington, District of Columbia  20530.

*[signature]*

EDAR ROGLER, Plaintiff *pro se*

1:2007-cv-02308 RMC

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | April 16th, 2008 1:59-2:01 PM |
| NAME OF SERVER (PRINT) Julie Johnson | TITLE Individual Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Deborah Britton  2 DEM - Two Democracy Plaza 106L, Bethesda, MD

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 16, 2008     [signature]
                  Date                Signature of Server
                                   Julie Johnson
                                   P.O Box 6634, Annapolis MD 21401
                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit "1"

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

EDAR ROGLER,
Plaintiff,
V.
William Biglow,
et al
Defendants

**SUMMONS IN A CIVIL CASE**

1:2007-cv02308RMC

CASE NUMBER:

TO: (Name and address of Defendant)

Deborah Britton
2 DEM - Two Democracy Plaza, 106L
Bethesda, MD 20892

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

EDAR ROGLER
915 BOUCHER AVE
ANNAPOLIS, MD
21403

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

4/16/2008
DATE

(By) DEPUTY CLERK

1:2007-cv-02308 RMC

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 16, 2008   12:35-45 noon |
| NAME OF SERVER (PRINT)  JULIE JOHNSON | TITLE  Individual Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: NYNA KONISHI  10-CRC - Hatfield Research Ctr  6-3581, 10 Center Drive  Bethesda, MD 20892

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 16, 2008        _/s/ JJ_
                Date                Signature of Server

Julie Johnson
P.O. Box 6634, Annapolis MD 21401
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit "2"

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Edar Rogler,
Plaintiff

v.

William A. Biglow, et al.,
Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:2007-cv-02308 RMC

TO: (Name and address of Defendant)

Nana Konishi
10-CRC-Hatfield Clinical Research Ctr.
10 Center Dr.
Bethesda, MD 20892

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edar Rogler
915 Boucher Ave.
Annapolis, MD 21403

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**     4/16/2008
CLERK                              DATE

(By) DEPUTY CLERK