IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDAR ROGLER :
Plaintiff *pro se*,

v. : CASE NO. 1:07-cv-02308(RMC)

WILLIAM BIGLOW, et al
Defendants. :
_____oOo_____

**PLAINTIFF'S AMENDED MOTION FOR ENLARGEMENT OF TIME
PURSUANT TO RULE 4(m) TO EFFECTUATE SERVICE ON
DEFENDANTS THAT THE COURT DEEMS HAVE NOT BEEN PROPERLY SERVED
[FRCP, RULE 4]**

Plaintiff *pro se*, Edar Rogler, hereby submits motion for enlargement of time pursuant to Fed. R. Civ. P., Rule 4(m) to effectuate service of process on any Defendants that the Court deems have not been properly served for the following reasons:

1. Plaintiff filed the instant civil cause of action previously and had difficulty effectuating service on all the defendants. Some defendants would be warned by their secretaries or security and would leave out back doors and/or out of their offices before they could be served with the summons and complaint and evaded service of process. Plaintiff and Defendants agreed that Plaintiff could dismiss her complaint. Plaintiff's complaint was dismissed according to Rule 41. See Docket, *Rogler v. Biglow*, et al, 1:07-CV-00726(WMN), Exh. "1".

2. All Defendants have been served in compliance with Fed. R. Civ. P. Rule 4. See Declarations of Julie Johnson and Michelle Worthy, Paper nos. 8, 14, 15, 17, 18, 21, 23 & 24.

2. On December 21, 2007 Plaintiff filed her Complaint, Paper no. 1.

**RECEIVED**

APR 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

3. On January 2, 2008 Plaintiff initiated the waiver procedure on all defendants, Notice of Waiver Procedure (Paper no. 3) and understood that she was not to attempt serving the defendants for thirty days. None of the Defendants used the waiver procedure.

4. On Febuary 15, 2008 Plaintiff entered into an engagement agreement with Attorney Irving Kator and KATOR, PARKS & WEISER, P.L.L.C. to represent her in the instant matter. See <u>CONTINGENCY RETAINER AGREEMENT</u>, Paper no. 22, Exh. "1". However Plaintiff noticed in the public electronic docket that the law firm did not and has not enter their appearance or served any summons and complaints. This caused some delay in serving the Defendants with their respective summons(es) and complaints.

5. From December 21, 2007 to April 19, 2008 is 120 days for service of process in the instant matter. According to www.timeanddate.com the calculation is:

<u>Duration calculation results</u>

From and including: **Friday, December 21, 2007**
To, but **not** including : **Saturday, April 19, 2008**
It is 120 days from the start date to the end date, but not including the end date
Or 3 months, 29 days excluding the end date

6. Plaintiff has been diligent in attempting to effectively serve the Defendants in the instant matter and believes that she has effectively served all Defendants pursuant to Fed. R. Civ. P., Rule 4 and within the required 120 days.

7. However, if the Court should deem that any Defendant has not been effectively served the Plaintiff moves for the Court to enlarge her time to serve said Defendant(s) and to serve by substituted methods of service.

WHEREFORE, Plaintiff respectfully moves to substitute service by leaving the summons and complaint at the remaining defendants' places of work and/or service by regular mail and for an enlargement of time to serve the any defendants that the Court deems has not been effectively served with process.

Respectfully submitted by:

DATED: April 19, 2008

_____
EDAR ROGLER, Plaintiff *pro se*
915 Boucher Avenue
Annapolis, Maryland 21403
(410) 280-9270

## CERTIFICATE OF SERVICE

I hereby certify that on April 19th, 2008 I emailed and mailed postage, pre-paid the above motion to AUSA Judith A. Kidwell, 555 Fourth Street, N.W. – Civil Division, Room E4905, Washington, District of Columbia 20530.

_____
EDAR ROGLER, Plaintiff *pro se*



- Query
- Reports
- Utilities
- Logout

CLOSED

## U.S. District Court
## District of Maryland (Baltimore)
## CIVIL DOCKET FOR CASE #: 1:07-cv-01675-WMN

Rogler v. Biglow et al
Assigned to: Judge William M Nickerson
Cause: 42:1981 Civil Rights

Date Filed: 06/26/2007
Date Terminated: 10/26/2007
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2007 | 1 | COMPLAINT with Jury Demand against Maureen Gormley, RN, Walter L. Jones, Hilary Fitilis, JD, O. Ray Fitzgerald, PhD, Dominick Ashkar, Ann M. Berger, Nyna Konishi, Deborah Britton, Lawrence Self, Michael Chew, Does 1 to 25, William Biglow, Julie Attorney Lu, John I Gallin, MD, filed by Edar Y. Rogler. (Attachments: # 1 Civil Cover Sheet)(ch, Deputy Clerk) Modified on 6/26/2007 (ch, Deputy Clerk). (Entered: 06/26/2007) |
| 06/26/2007 | 2 | MOTION and Affidavit for Support for Leave to Proceed in forma pauperis by Edar Y. Rogler. Responses due by 7/13/2007 (ch, Deputy Clerk) (Entered: 06/26/2007) |
| 08/07/2007 |  | Filing fee: $ 350.00, receipt number 84637010534 (jnl, Deputy Clerk) (Entered: 08/08/2007) |
| 08/07/2007 | 3 | MOTION to Withdraw 2 MOTION for Leave to Proceed in forma pauperis by Edar Y. Rogler. (jnl, Deputy Clerk) (Entered: 08/08/2007) |
| 08/09/2007 | 4 | Correspondence from plaintiff re: summons. (jnl, Deputy Clerk) (Entered: 08/09/2007) |
| 08/16/2007 | 5 | PAPERLESS ORDER granting 3 Motion to Withdraw Motion for Leave to File in Forma Pauperis. Signed by Judge William M Nickerson on 8/16/07. (cae, Chambers) (Entered: 08/16/2007) |
| 08/22/2007 | 6 | ORDER directing Clerk to issue summons. Signed by Judge William M Nickerson on 8/22/07. (c/m 8/23/07 jnl, Deputy Clerk) (Entered: 08/23/2007) |

Exhibit "1"

| | | |
|---|---|---|
| 08/23/2007 | 7 | Summons Issued 30 days as to Maureen Gormley, Walter L. Jones, Hilary Fitilis, O. Ray Fitzgerald, Dominick Ashkar, Ann M. Berger, Nyna Konishi, Deborah Britton, Lawrence Self, Michael Chew, William Biglow, Julie Lu, John I. Gallin. (c/m Rogler) (ljs, Deputy Clerk) (Entered: 08/23/2007) |
| 09/05/2007 | 8 | SUMMONS Returned Executed Hilary Fitilis served on 8/26/2007, answer due 9/26/2007; O. Ray Fitzgerald served on 8/26/2007, answer due 9/26/2007; Dominick Ashkar served on 8/26/2007, answer due 9/26/2007; Julie Lu served on 8/26/2007, answer due 9/26/2007. (jnl, Deputy Clerk) (Entered: 09/05/2007) |
| 09/05/2007 | 9 | SUMMONS Returned Executed Ann M. Berger served on 8/27/2007, answer due 9/27/2007; Deborah Britton served on 8/27/2007, answer due 9/27/2007. (jnl, Deputy Clerk) (Entered: 09/05/2007) |
| 09/25/2007 | 10 | MOTION for Extension of Time by Maureen Gormley, Walter L. Jones, Hilary Fitilis, O. Ray Fitzgerald, Dominick Ashkar, Ann M. Berger, Nyna Konishi, Deborah Britton, Lawrence Self, Michael Chew, Does 1 to 25, William Biglow, Julie Lu, John I. Gallin. Responses due by 10/12/2007 (Loucks, Allen) (Entered: 09/25/2007) |
| 09/26/2007 | 11 | PAPERLESS ORDER granting 10 Motion for Extension of Time. Signed by Judge William M Nickerson on 9/26/07. (cae, Chambers) (Entered: 09/26/2007) |
| 10/24/2007 | 12 | SUMMONS Returned Executed by Edar Y. Rogler. Maureen Gormley served on 9/5/2007, answer due 10/5/2007; Nyna Konishi served on 9/5/2007, answer due 10/5/2007; Michael Chew served on 9/5/2007, answer due 10/5/2007; John I. Gallin served on 9/5/2007, answer due 10/5/2007. (jnl, Deputy Clerk) (Entered: 10/24/2007) |
| 10/24/2007 | 13 | SUMMONS Returned Executed by Edar Y. Rogler. Walter L. Jones served on 9/18/2007, answer due 10/18/2007. (jnl, Deputy Clerk) (Entered: 10/24/2007) |
| 10/24/2007 | 14 | MOTION to mal pros without prejudice by Edar Y. Rogler. (jnl, Deputy Clerk) (Entered: 10/24/2007) |
| 10/26/2007 | 15 | Response to Motion re 14 MOTION to mal pros without prejudice filed by William Biglow. (Nichols, Roann) Modified on 10/26/2007 (jnl, Deputy Clerk). (Entered: 10/26/2007) |
| 10/26/2007 | 16 | PAPERLESS ORDER granting 14 Motion to mal pros without prejudice, and Dismissing case. Signed by Judge William M Nickerson on 10/26/07. (cae, Chambers) (Entered: 10/26/2007) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 02/13/2008 14:59:21 |

| PACER Login: | er1062 | Client Code: | Leavitt |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:07-cv-01675-WMN |
| Billable Pages: | 2 | Cost: | 0.16 |