UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDAR ROGLER, | ) |
|       Plaintiff *pro se*, | ) |
| v. | ) Civil Action No. 07-2308 (RMC) |
| WILLIAM BIGLOW, *et al.*, | ) |
|       Defendants. | ) |

**NOTICE OF DEFENDANTS' INTENT TO FILE WRITTEN OPPOSITION**

Defendants respectfully notify the Court that Defendants intend to file a written opposition to Plaintiff's motion to transfer, to shorten Defendant's time to respond, and to Plaintiff's request for *a sua sponte* order, within the time provided by the rules of this Court.

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/ Judith A. Kidwell
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED, that a copy of the foregoing Notice of Defendants' Intention To File Written Opposition was mailed, postage pre-paid, on this 25th day of April, 2008 to Plaintiff *pro se* at the following address:

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

                                                          /s/ Judith A. Kidwell
                                                          JUDITH A. KIDWELL
                                                          ASSISTANT U. S. ATTORNEY