UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EDAR ROGLER, | ) | |
| Plaintiff *pro se*, | ) | |
| v. | ) | Civil Action No. 07-2308 (RMC) |
| WILLIAM BIGLOW, *et al.*, | ) | |
| Defendants. | ) | |

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES
IN OPPOSITION TO PLAINTIFF'S MOTION FOR
AN ENLARGEMENT OF TIME TO EFFECT SERVICE
AND TO SUBSTITUTE SERVICE OF PROCESS**

Defendants, by and through undersigned counsel, file this opposition to Plaintiff's motion to enlarge time to effect service and to substitute service of process. As discussed below, Defendants have filed an extensive motion to dismiss for several reasons, including Plaintiff's failure to effect proper service and lack of personal jurisdiction over the non-resident Defendants.[1] Because the Court's ruling on Defendants' motion to dismiss may render Plaintiff's motion moot, Defendants submit that Plaintiff's motion should be denied, or in the alternative, the Court's ruling on this motion should be delayed until after such time as the Court rules on Defendants' motion to dismiss.

---

[1] Plaintiff's response to Defendants' motion to dismiss is due on May 16, 2008.

**ARGUMENT**

**THE COURT SHOULD DENY PLAINTIFF'S MOTION
OR ALTERNATIVELY, DELAY RULING UNTIL AFTER
RULING ON DEFENDANTS' MOTION TO DISMISS**

Plaintiff complains that she has been diligently trying to personally serve all Defendants because an attorney that she retained for this matter has failed to enter an appearance, or serve any summons and complaints. Thus, she argues that she needs more time to effect proper service. Plaintiff also requests that she be allowed to circumvent the rules on service of process and serve Defendants by other means.

Defendants are surprised by Plaintiff's contention that she has retained counsel in light of a recent e-mail indicating that she did not have counsel for this action.[2] In any event, it is well-established that, in an action against a federal employee in an individual capacity, the individually sued defendant must be served with process in accordance with rules applicable to individual defendants. *See Simpkins v. District of Columbia Govt.*, 108 F.3d 366 (D.C. Cir. 1997); *Lawrence v. Acree*, 79 F.R.D. 669, 670 (D.D.C. 1978); *Delgado v. Bureau of Prisons*, 727 F. Supp. 24 (D.D.C. 1989). Accordingly, Plaintiff's

---

[2] Plaintiff left a voice mail for Assistant U.S. Attorney Judith A. Kidwell mentioning Mr. Kantor by name and suggesting that he was representing her in this action. Subsequently, Plaintiff sent an e-mail directly to AUSA Kidwell. AUSA Kidwell responded and advised Plaintiff of her ethical obligation with respect to represented parties. Thereafter, Plaintiff sent another e-mail in which she indicated that the voice mail was not sent from her and that she was not represented in this action. Plaintiff's argument in support of her present motion contradicts this e-mail. *See* Defendants' Exhibit A.

motion to substitute service should be denied.

Moreover, given the Defendants' extensive motion to dismiss and the fact that Plaintiff's motion will become moot if the Court grants Defendants' motion to dismiss, Defendants submit that Plaintiff's motion to enlarge the time for service of process be denied, or alternatively, that the Court's ruling on such motion be delayed until such time as the Court rules on Defendants' motion to dismiss.

## Conclusion

For the foregoing reasons, Defendants respectfully request that Plaintiff's motion be denied, or that the Court's ruling on said motion be delayed until after such time as the Court rules on Defendants' motion to dismiss.

Respectfully submitted,

  /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

  /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

  /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Opposition to Plaintiff's Motion to Enlarge Time to Effect Proper Service or Substitute Service was mailed, postage pre-paid, to Plaintiff *pro se*, on this 24h day of April 2008, to the following address:

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

_____/s/_____
JUDITH A. KIDWELL
Assistant U.S. Attorney

**Kidwell, Judith A. (USADC)**

| | |
|---|---|
| **From:** | edar rogler [edar_rogler@yahoo.com] |
| **Sent:** | Monday, March 31, 2008 4:17 PM |
| **To:** | Kidwell, Judith A. (USADC) |
| **Subject:** | Re: Stay |

Dear Ms. Kidwell, I do not believe that was my message. Perhaps it was someone else. I have retained counsel in my Title VII case, and do not know if he will enter his appearance in my Bivens case. Thanks, Edar Rogler
----- Original Message ----
From: "Kidwell, Judith A. (USADC)" <Judith.A.Kidwell@usdoj.gov>
To: edar rogler <edar_rogler@yahoo.com>
Sent: Monday, March 31, 2008 2:14:03 PM
Subject: RE: Stay

Dear Ms. Rogler,

You left me a voicemail indicating that you have retained counsel in this matter. It is, therefore, unethical for me to communicate directly with you on your case.

Judith A. Kidwell
Assistant U.S. Attorney

**From:** edar rogler [mailto:edar_rogler@yahoo.com]
**Sent:** Thursday, March 27, 2008 7:11 PM
**To:** Kidwell, Judith A. (USADC)
**Cc:** Ramona Cohen; Adrienne Tranel
**Subject:** Stay

Dear Ms. Kidwell: Hello, I noticed that you entered your appearance today in my *Bivens* complaint and requested an extension to April 14th, 2008. My phone number has changed to (410)280-9270. I have no objections to your extension and have not finished serving the summonses and complaints on the defendants. Are you interested in entering into a stay until May 14th, 2008 other than service of the summons and complaints? Sorry to hear that you have been ill. Edar Rogler

---

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

---

OMG, Sweet deal for Yahoo! users/friends: Get A Month of Blockbuster Total Access, No Cost. W00t

1