CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CO-932
Rev. 4/96

**SECOND AMENDED**

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. **1:07-cv-02308(RMC)**
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

The plaintiff, defendant or counsel must complete the following:

I. RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e's) below.]

[X] (a) relates to common property
[X] (b) involves common issues of fact
[X] (c) grows out of the same event or transaction
[ ] (d) involves the validity or infringement of the same patent
[X] (e) is filed by the same pro se litigant

**RECEIVED**
APR 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2. RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

Check box if new case is related to a dismissed case: [X]

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):
United States District Court for the District of Maryland

4. CAPTION AND CASE NUMBER OF RELATED CASE(E'S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

Edar Rogler   v.   U.S. Dept. Health & Human Services   C.A. No. 07-cv-1676 (WMN)

April 24, 2008
DATE

Signature of Plaintiff/Defendant (or counsel)

1063 EDAR ROGLER

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**AMENDED NOTICE OF DESIGNATION OF RELATED CIVIL CASES
PENDING IN THIS OR ANY OTHER UNITED STATES COURT (CONT.)**

Civil Action no. 1:07-cv-02308(RMC)

Plaintiff was intending to file this action on or about Monday, December 24, 2007, however, the Clerk's Office unexpectedly announced on the previous Thursday or Friday that is would be closed on December 24, 2007.

Plaintiff had filed a complaint with a motion for leave to proceed in *forma pauperis* on or about December 20, 2007, but it had errors in the pleadings that were not acceptable to the Clerk's Office.

On December 21, 2007 Plaintiff completed her NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING with the promise to amend it after the Christmas holidays.

Plaintiff spent the holidays preparing her waiver of service documents for thirteen named defendants.

Plaintiff entered into an engagement agreement with an attorney. Paper no. 22, Exh. 1.

However by March 31, 2008 the attorney had not entered his appearance and still has not entered his appearance. It is now apparent that the attorney will not enter his appearance. Defendants assert that Plaintiff is represented.

Plaintiff is attempting to save her cases by doing what she believed her attorney would have done, including amending the notice of designation of related civil cases. Plaintiff notes, however, that the Defendants have not filed any notice of designation of related civil cases.

On 06/26/07 Plaintiff filed ***Rogler v. DHHS,*** **1:07-cv-01676-WMN** in the U.S. District Court for Maryland under the Privacy Act. Plaintiff was granted IFP status. For 262 days the Defendant was not effectively served with the summons and complaint pursuant to Rule 4 according to the Court. On 03/17/07 said case was dismissed by notice under Rule 41. Plaintiff appealed under the exception to mootness doctrine based on the failure of the District Court to serve the Defendant for an IFP Plaintiff, ***Rogler v. DHHS,*** **08-1363 (Fourth Circuit).**

On advise of her attorney, Plaintiff re-filed her Privacy Act case, *Rogler v. DHHS & Fitzgerald*, **1:08-cv-00570(RMC)** in the U.S. District Court for the District of Columbia on April 2, 2008.

On 06/26/07 Plaintiff filed *Rogler v. Biglow et al*, **1:07-cv-1675-WMN** in the U.S. District Court for the District of Maryland under *Bivens* for a constitutional tort. Plaintiff filed a motion for leave to precede IFP. 42 days later when her motion for IFP status was not decided, Plaintiff paid the filing fees. Some Defendants successfully evaded service of process. After 122 days Plaintiff and Defendants (by and through AUSA) agreed Plaintiff could mal pros and dismiss her complaint. Under the advise of her attorney, Plaintiff re-filed the case, which is *Rogler v. Biglow et al*, **1:07-cv-02308(RMC)** filed on 12/21/07.

On March 21, 2007 Plaintiff filed *Rogler v. Leavitt*, **1:07-cv-00726(WMN)** under Title VII which was dismissed by the Court and closed, then vacated dismissal and re-opened. However the Court held that Plaintiff motion for preliminary injunction was moot and did not vacate that order. Denial of preliminary injunction was appealed to Fourth Circuit (08-01025). Plaintiff withdrew appeal pending ADR with U.S. Magistrate James K. Bredar, currently scheduled for May 7, 2008. Attorney Irving Kator entered his appearance in the Title VII matter after Judge Nickerson telephoned him to enter his appearance.

Respectfully submitted by:

DATED: April 24, 2008

EDAR ROGLER, Plaintiff *pro se*
915 Boucher Avenue
Annapolis, Maryland 21403
(410) 280-9270
edar_rogler@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008 I mailed postage, pre-paid the above motion to AUSA Judith A. Kidwell, 555 Fourth Street, N.W. – Civil Division, Room E4905, Washington, District of Columbia 20530.

EDAR ROGLER, Plaintiff *pro se*