IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**EDAR ROGLER**  :
**Plaintiff** *pro se*,

v.  :   CASE NO. 1:07-cv-02308(RMC)

**WILLIAM BIGLOW, et al**
**Defendants.**

...oOo...

### PLAINTIFF'S EMERGENCY MOTION TO DECLARE HER REPRESENTATION TO BE ABANDONED AND TO ORDER THAT SHE IS UNREPRESENTED or TO ORDER LAW FIRM TO ENTER ITS APPEARANCE AND REPRESENT PLAINTIFF

Plaintiff *pro se*, Edar Rogler, hereby respectfully moves for a declaration that her representation by Attorney Irving Kator, and KATOR, PARKS & WEISER, P.L.L.C., 1200 18th Street, N.W., Suite 1000, Washington, D.C. 20036 has been abandoned by the law firm and further order that Plaintiff is unrepresented or in the alternative order the law firm to enter its appearance and represent the Plaintiff (which ever remedy the Court deems just and fair), in support of which she states the following:

1.) On February 15, 2008 Plaintiff entered into CONTINGENCY RETAINER AGREEMENT with the law firm of KATOR, PARKS & WEISER, P.L.L.C., Paper no. 22, Exh. 1 to represent her in the instant suit, her Privacy Act suit, and her Title VII suit.

2.) Observing the electronic docket it has become more than apparent that the law firm has not entered its appearance.

3.) Plaintiff has been working on her cases six to seven days a week for many hours per day and has not missed any deadlines.

4.) KATOR, PARKS & WEISER, P.L.L.C. was to amend the complaint in the instant matter.

**RECEIVED**

APR 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

5.) The Defendants successfully moved the Court to shorten their time to answer or otherwise respond to the complaint. Pursuant to Fed. R. Civ. P. Rule 12(a)(B) the Defendants had 60 days after service on the officer or employee to respond. Plaintiff served the first Defendant on March 26, 2008. However Defendant's counsel moved to shorten time to respond on March 27, 2008 and used the Court to shorten the Defendants time to answer or otherwise respond to the complaint.

6.) KATOR, PARKS & WEISER's abandonment of Plaintiff left her scrambling to serve the Defendants, some who were evading service of process.

7.) Plaintiff believes that she has properly served all Defendants in accordance with Fed. R. Civ. Pro., Rule 4.

8.) However, KATOR, PARKS & WEISER's abandonment combined with the Defendants' shortening of time by Court order left the Plaintiff without time to amend her complaint by right before the Defendants answered or otherwise responded to her complaint, Paper no. 1.

9.) KATOR, PARKS & WEISER has entered its appearance in Plaintiff's Title VII action entitled, *Rogler v. Leavitt*, 1:07-cv-00726(WMN), the pertinent part of the civil docket is attached hereto as Exh. 1. No activity has occurred since March 19, 2008, when the law firm entered its appearance.

10.)    The Defendants have demanded ADR to occur (not in the instant case, but in the Maryland case). Plaintiff has been ordered to appear for ADR and cannot withdraw. According to the contingency engagement agreement with KATOR, PARKS & WEISER, the law firm was to represent the Plaintiff in her three suits and would receive a third of the settlement, if any. However, KATOR, PARKS & WEISER has only entered its appearance

in the Title VII case wherein ADR is mandated for May 7, 2008, leaving the Plaintiff to fend for herself in the instant suit and in her Privacy Act suit. Plaintiff is exhausted.

11.) Plaintiff can assure the Court that Judge Nickerson prefers the Plaintiff to be represented. In fact when KATOR, PARKS & WEISER failed to enter its appearance for six weeks in the Title VII suit, Judge Nickerson's chambers telephoned the law firm to enter its appearance. But for Judge Nickerson's preference for representation, Plaintiff would terminate KATOR, PARKS & WEISER for abandonment.

12.) AUSA Judith Kidwell will not discuss anything with Plaintiff, because of Plaintiff's engagement agreement with KATOR, PARKS & WEISER.

WHEREFORE, Plaintiff prays for emergency relief to declare her representation by KATOR, PARKS & WEISER to be abandoned or to order the law firm to enter its appearance and represent the Plaintiff.

Respectfully submitted by:

DATED: April 24, 2008

EDAR ROGLER, Plaintiff *pro se*
915 Boucher Avenue
Annapolis, Maryland 21403
(410) 280-9270

### CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008 I mailed postage, pre-paid the above motion to AUSA Judith A. Kidwell, 555 Fourth Street, N.W. – Civil Division, Room E4905, Washington, District of Columbia 20530.

EDAR ROGLER, Plaintiff *pro se*

3

CASREF, IFPPRO

## U.S. District Court
### District of Maryland (Baltimore)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00726-WMN

Rogler v. Leavitt
Assigned to: Judge William M Nickerson
Referred to: Magistrate James K. Bredar (Settlement)
Case in other court: Fourth Circuit Court of Appeals, 08-01025
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 03/21/2007
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**

Edar Y. Rogler          represented by   Irving Kator
                                         Law Office of Irving Kator
                                         1020 19th St NW
                                         Washington, DC 20036
                                         12028984800
                                         Fax: 12022891389
                                         Email: ikator@katorparks.com
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**

Mike Leavitt           represented by    Allen F Loucks
*Secretary United States Department of*  Office of the United States Attorney
*Health and Human Resources (DHHS),*     36 S Charles St Fourth Fl
*National Institutes of Health, In his*  Baltimore, MD 21201
*official capacity*                      14102094800
                                         Fax: 14109620693
                                         Email: allen.loucks@usdoj.gov
                                         *TERMINATED: 11/16/2007*
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         Ariana Wright Arnold
                                         Office of the United States Attorney
                                         36 S Charles St Fourth Fl
                                         Baltimore, MD 21201
                                         14102094883
                                         Fax: 14109629947
                                         Email: Ariana.Arnold@usdoj.gov
                                         *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Neil R White**
Office of the United States Attorney
36 S Charles St Fourth Fl
Baltimore, MD 21201
14102094800
Fax: 14109629947
Email: neil.white@usdoj.gov
*TERMINATED: 11/16/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roann Nichols**
Office of the United States Attorney
36 S Charles St Fourth Fl
Baltimore, MD 21201
14102094800
Fax: 14109629947
Email: Roann.Nichols@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2008 | 107 | NOTICE of Appearance by Irving Kator on behalf of Edar Y. Rogler (Kator, Irving) (Entered: 03/19/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/24/2008 09:20:07 | | | |
| PACER Login: | er1062 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cv-00726-WMN Start date: 3/15/2008 End date: 4/25/2008 |
| Billable Pages: | 1 | Cost: | 0.08 |