# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDAR ROGLER,** | ) |
| | ) |
| **Plaintiff *pro se*,** | ) |
| | ) |
| **v.** | )     **Civil Action No. 07-2308 (RMC)** |
| | ) |
| **WILLIAM BIGLOW,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES
### IN OPPOSITION TO PLAINTIFF'S MOTIONS
### TO TRANSFER CASE TO DISTRICT OF MARYLAND,
### FOR AN ENLARGEMENT OF TIME TO EFFECT SERVICE
### OF PROCESS, TO SUBSTITUTE SERVICE OF PROCESS, TO
### SHORTEN TIME FOR DEFENDANTS' OPPOSITION AND
### FOR *SUA SPONTE* ORDER TRANSFERRING THIS CASE

Defendants, by and through undersigned counsel, file this Opposition Memorandum to

Plaintiff's motions: (1) to transfer this case to the District of Maryland; (2) to enlarge Plaintiff's

time to effect service of process and to substitute service of process; (3) to shorten time for

Defendants' opposition to motion to transfer; and (4) for a *sua sponte* order transferring this case.

As discussed below, Plaintiff has omitted providing the Court with all of the relevant

information concerning her cases and now, faced with having to respond to Defendants' motion

to dismiss, attempts to have the Court transfer her meritless claims back to the District of

Maryland. For the reasons stated below, Plaintiff should be compelled to respond to Defendants'

motion to dismiss this action, and the Court should delay ruling on Plaintiff's current motions

until after ruling on Defendants' motion to dismiss.

## I.  BACKGROUND

On March 21, 2007, Plaintiff filed a Title VII action against the U.S. Department of Health and Human services ("DHHS"), in the District of Maryland concerning the events outlined in her complaint in this case.  *See* Defendants' Exhibit ("Defs.' Exh.") A.  On June 26, 2007, Plaintiff filed an almost identical *Bivens* action to the suit herein against the same Defendants in the District of Maryland.  *See* Defs.' Exh. B.  On that same day, she filed a Privacy Act suit against DHHS concerning the same underlying events as the other two suits.  *See* Defs.' Exh. C.

Thereafter, Plaintiff dismissed her *Bivens* action in the District of Maryland and brought an almost identical suit here.  She agreed to alternative dispute resolution ("ADR"), in the District of Maryland for her Title VII  and Privacy Act suits.  *See* Defs' Exh. D.  However, prior to the scheduled ADR, Plaintiff voluntarily dismissed her Privacy Act suit in the District of Maryland, filed a new Privacy Act suit against DHHS in the District of Columbia, (*See* Civ. Action No. 08-0570), and filed an appeal of her voluntary dismissal of her Privacy Act suit with the Fourth Circuit Court of Appeals.  *See* Defs. Exh. C.

### ARGUMENT

## II.  THE COURT SHOULD DELAY RULING ON PLAINTIFF'S MOTIONS UNTIL THE COURT HAS RULED ON DEFENDANTS' MOTION TO DISMISS

### A.  The Court Should Delay Ruling on Plaintiff's Motion to Transfer This Case to the District of Maryland

Plaintiff has moved to transfer this case to the District of Maryland pursuant to 28 U.S.C. § 1404(a), which provides that:

> For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought.

"Under 28 U.S.C. § 1404(a), a district court may transfer venue when two requirements are met: (1) the proposed transferee district is one in which the action might have been brought originally; and (2) the court decides, in the exercise of its discretion, that the transfer is warranted." *Rosales v. United States*, 477 F.Supp. 2d 213, 215 (2007) (citing *DeLoach v. Philip Morris Cos*., 132 F.Supp.2d 22, 24-25 (D.D.C. 2000)). "[T]he proper technique to be employed is a factually analytical, case-by-case determination of convenience and fairness." *SEC v. Savoy Indus*., 587 F.2d 1149, 1154 (D.C. Cir. 1978) (citing *Van Dusen v. Barrack*, 376 U.S. 612, 622 (1964)). "As a general matter, the burden is on the party seeking transfer to demonstrate that the 'balance of convenience of the parties and witnesses and the interest of justice are in [her] favor." *Thayer/Patricof Educ. Funding LLC v. Pryor Res*., 196 F.Supp.2d 21, 31 (D.D.C. 2002) (quoting *Armco Steel Co. v. CSX Corp*., 790 F.Supp. 311, 323 (D.D.C. 1991).

There are several relevant factors to considered in the Court's analysis. Private interests include: (1) plaintiff's choice of forum; (2) defendants' choice of forum; (3) whether the claim arose elsewhere; (4) the convenience of the parties; (5) the convenience of the witnesses . . . , but only to the extent that the witnesses may actually be unavailable for trial in one of the fora; and (6) the ease of access to sources of proof. The public interest considerations include: (1) the transferee's familiarity with the governing laws; (2) the relative congestion of the calendars of the potential transferee and transferor courts; and (3) the local interest in deciding local controversies at home. *Armco Steel Co. v. CSX Corp*., at 323 (quoting *Shapiro , Lifschitz & Schram, P.C. v. R.E. Hazard, Jr.*, 24 F.Supp.2d 66, 71 (D.D.C. 1998)).

3

Plaintiff's motion clearly shows that it is for her convenience alone that she requests this transfer of her case, despite the fact that she dismissed her *Bivens* case against the same Defendants in the District of Maryland and chose this venue.  Plaintiff contends that this case should be transferred because her Title VII case against DHHS is scheduled for settlement discussions in Maryland, and that all of her cases should be under one Judge.  However, Plaintiff fails to acknowledge that her cases would be under one judge if not for own actions.  She also fails to acknowledge that she dismissed her Privacy Act suit after ADR had been scheduled.

Plaintiff suggests to the Court that Defendants want to engage in settlement negotiations of her claims in the District of Maryland.[1]  However, it appears that it is Plaintiff who wants to gain leverage in her settlement discussions with DHHS by reintroducing her frivolous claims against Defendants in that judicial district.

After expending the resources of this Court to again harass Defendants with service of process concerning her meritless claims, Plaintiff wants to say "never mind."   The Court should address Defendants' motion to dismiss before it considers transferring the case to the District of Maryland.

---

[1] While it is true that Plaintiff could agree to settle any alleged claims against Defendants in a settlement agreement with DHHS, given her past history, that potential is questionable. However, in the event of such a settlement, Plaintiff can move to dismiss this suit with prejudice if the Court has not yet ruled on Defendants' motion to dismiss.

**B.  The Court Should Delay Ruling on Plaintiff's Motions
Concerning Service of Process Until After Ruling
<u>On Defendants' Motion To Dismiss</u>**

Without any supporting evidence, Plaintiff has also alleged that Defendants are trying to evade service of process.  However, Defendants are unaware of any authority, and Plaintiff has failed to cite any, for the proposition that Defendants were obligated to accept service of process for Plaintiff's frivolous claims.

Additionally, Plaintiff complains that she has been diligently trying to serve all Defendants herself because an attorney that she retained for this matter has failed to enter an appearance, or serve any summons and complaints.  Thus, she argues that she needs more time to effect proper service.  Plaintiff also requests that she be allowed to circumvent the rules regarding service of process and be allowed to serve Defendants by other methods.

Defendants are surprised by Plaintiff's contention that she has retained counsel in light of a recent e-mail indicating that she did not have counsel for this action.[2]  Furthermore, Plaintiff filed this instant action in December 2007, yet she concedes that the alleged retainer agreement was not entered until February 15, 2008, and  it is not clear which District of Columbia suit is being referred to in the agreement.[3]

---

[2] Plaintiff had left a voice mail for Assistant U.S. Attorney Judith A. Kidwell mentioning Mr. Kator by name and suggesting that he was representing her in this action.  Subsequently, Plaintiff sent an e-mail directly to AUSA Kidwell.  AUSA Kidwell responded and advised Plaintiff of her ethical obligation with respect to represented parties.  Thereafter, Plaintiff sent another e-in which she indicated that the voice mail was not sent from her and that she was not represented in this action.  Plaintiff's argument in support of her present motion contradicts this e-mail.  *See* Defs.' Exh. E.

[3] Since Plaintiff has also filed a Privacy Act suit in this judicial district, the agreement might well be referring to that case.

Moreover, given the Defendants' extensive motion to dismiss and the fact that Plaintiff's motion will become moot if the Court grants Defendants' motion to dismiss, Defendants submit that the Court's ruling on such motion be delayed, until such time as the Court rules on Defendants' motion to dismiss.

### Conclusion

For the foregoing reasons, Defendants respectfully request that the Court delay ruling on Plaintiff's motion to transfer this case and her motion concerning service of process until after ruling on Defendants' motion to dismiss.

Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing Opposition Memorandum was mailed,

postage pre-paid, to Plaintiff *pro se*, on this 2nd day of May 2008, to the following address:


Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403


                                        ____/s/_____
                                        JUDITH A. KIDWELL
                                        Assistant U.S. Attorney

EXHIBIT A

CASREF, IFPPRO

# U.S. District Court
## District of Maryland (Baltimore)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00726-WMN

Rogler v. Leavitt
Assigned to: Judge William M Nickerson
Referred to: Magistrate James K. Bredar
(Settlement)
Case in other court: Fourth Circuit Court of
       Appeals, 08-01025
Cause: 42:2000e Job Discrimination
(Employment)

Date Filed: 03/21/2007
Jury Demand: Plaintiff
Nature of Suit: 442 Civil
Rights: Jobs
Jurisdiction: U.S. Government
Defendant

**Plaintiff**

**Edar Y. Rogler**

represented by **Irving Kator**
Law Office of Irving Kator
1020 19th St NW
Washington, DC 20036
12028984800
Fax: 12022891389
Email:
ikator@katorparks.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

V.

**Defendant**

**Mike Leavitt**
*Secretary United States*
*Department of Health and*
*Human Resources (DHHS),*

represented by **Allen F Loucks**
Office of the United States
Attorney
36 S Charles St Fourth Fl

*National Institutes of Health,*
*In his official capacity*

Baltimore, MD 21201
14102094800
Fax: 14109620693
Email:
allen.loucks@usdoj.gov
*TERMINATED: 11/16/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Ariana Wright Arnold**
Office of the United States
Attorney
36 S Charles St Fourth Fl
Baltimore, MD 21201
14102094883
Fax: 14109629947
Email:
Ariana.Arnold@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Neil R White**
Office of the United States
Attorney
36 S Charles St Fourth Fl
Baltimore, MD 21201
14102094800
Fax: 14109629947
Email: neil.white@usdoj.gov
*TERMINATED: 11/16/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Roann Nichols**
Office of the United States

Attorney
36 S Charles St Fourth Fl
Baltimore, MD 21201
14102094800
Fax: 14109629947
Email:
Roann.Nichols@usdoj.gov
*ATTORNEY TO BE
NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2007 | 1 | COMPLAINT against Mike Leavitt, filed by Edar Y. Rogler. (Attachments: # 1 Exhibit # 2 Civil Cover Sheet) (ch, Deputy Clerk) (Entered: 03/22/2007) |
| 03/21/2007 | 2 | MOTION and Affidavit for Leave to Proceed in forma pauperis by Edar Y. Rogler. Responses due by 4/9/2007 (ch, Deputy Clerk) (Entered: 03/22/2007) |
| 03/27/2007 | 3 | MOTION to Appoint Counsel and declaration in support of complaint by Edar Y. Rogler. (Attachments: # 1 Attachment 1# 2 Attachment 1b# 3 Attachment 2# 4 Attachment 3# 5 Attachment 4# 6 Attachment 5# 7 Attachment 6# 8 Attachment 7)(jnl, Deputy Clerk) (Entered: 03/28/2007) |
| 04/02/2007 | 4 | ORDER granting 2 Plaintiff's Motion for Leave to Proceed in forma pauperis; and directing the Clerk to issue summons and complaint and take all necessary steps to effect service on Defendant. Signed by Judge William M Nickerson on 4/2/07. (c/m 4/5/07) (cem, Deputy Clerk) (Entered: 04/04/2007) |
| 04/12/2007 | 5 | Summons Issued 60 days as to Mike Leavitt, U.S. Attorney and U.S. Attorney General (jnl, Deputy Clerk) (Entered: 04/12/2007) |
| 04/12/2007 | 6 | MOTION to Appoint Counsel by Edar Y. Rogler. (jnl, |

| | | Deputy Clerk) (Entered: 04/12/2007) |
|---|---|---|
| 04/20/2007 | 7 | Supplemental to 6 MOTION to Appoint Counsel filed by Edar Y. Rogler. (jnl, Deputy Clerk) (Entered: 04/20/2007) |
| 04/24/2007 | 8 | SUMMONS Returned Executed. Mike Leavitt served on 4/24/2007, answer due 6/25/2007. (jnl, Deputy Clerk) (Entered: 04/25/2007) |
| 04/30/2007 | 9 | NOTICE of Appearance by Neil R White on behalf of Mike Leavitt (White, Neil) (Entered: 04/30/2007) |
| 05/03/2007 | 10 | AFFIDAVIT of Father Henry Heffernan in support of plaintiff's complaint by Edar Y. Rogler. (jnl, Deputy Clerk) (Entered: 05/08/2007) |
| 05/04/2007 | 11 | AFFIDAVIT of Dr. Reeve Robert Brenner in support of plaintiff's complaint by Edar Y. Rogler. (jnl, Deputy Clerk) (Entered: 05/08/2007) |
| 05/04/2007 | 12 | NOTICE of motion filed in related case by Edar Y. Rogler (Attachments: # 1 Attachment)(jnl, Deputy Clerk) (Entered: 05/08/2007) |
| 05/11/2007 | 13 | MOTION for Preliminary Injunction to protect witnesses and perpetuate evidence pursuant to FRCP Rules 26 and 27 and MOTION for Protective Order by Edar Y. Rogler. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(jnl, Deputy Clerk) (Entered: 05/11/2007)  |
| 05/14/2007 | 14 | MOTION to Quash Subpoena, MOTION for Protective Order, MOTION for Sanctions by Edar Y. Rogler. Responses due by 5/31/2007. (Attachments: # 1 Exhibit 1# 2 Exhibit 2) Associated Cases: 1:07-cv-00726-WMN, 1:07-cv-01106-WMN(hml, Deputy Clerk) (Entered: 05/14/2007) |
| 05/15/2007 | 16 | Request for Conference Associated Cases: 1:07-cv-00726-WMN, 1:07-cv-01106-WMN(White, Neil) (Entered: 05/15/2007) |
| | | |

| 05/15/2007 | 17 | MOTION to Strike Ex Parte letter from Assistant United States Attorney Neil R. White to Honorable William M. Nickerson dated 5/15/07 by Edar Y. Rogler. (jnl, Deputy Clerk) (Entered: 05/16/2007) |
|---|---|---|
| 05/16/2007 | 18 | Supplement to MOTION to Quash subpoena and MOTION for Protective Order and MOTION for Sanctions in the form of attorney pro se fees and denial of deposition filed by Edar Y. Rogler. (Attachments: # 1 Attachment)Associated Cases: 1:07-cv-00726-WMN, 1:07-cv-01106-WMN(jnl, Deputy Clerk) (Entered: 05/16/2007) |
| 05/17/2007 | 19 | MOTION to deem defendant's letter as a motion to dismiss plaintiff's complaint and response to her outstanding motions and plaintiff's opposition to defendant's motion to dismiss by Edar Y. Rogler. (Attachments: # 1 Exhibit 1)(jnl, Deputy Clerk) (Entered: 05/17/2007) |
| 05/18/2007 | 20 | Correspondence from Edar Rogler re: related case. (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:07-cv-00726-WMN, 1:07-cv-01106-WMN(jnl, Deputy Clerk) (Filed in chambers 5/7/07) Modified on 5/18/2007 (jnl, Deputy Clerk). (Entered: 05/18/2007) |
| 05/21/2007 | 21 | AFFIDAVIT in support of various motions by Edar Y. Rogler. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(jnl, Deputy Clerk) (Entered: 05/21/2007) |
| 05/21/2007 | 22 | TRANSCRIPT of testimony of Dr. Reeve Robert Brenner submitted to support plaintiff's complaint (jnl, Deputy Clerk) (Entered: 05/21/2007) |
| 05/22/2007 | 23 | SUPPLEMENTAL AFFIDAVIT in support of outstanding motions by Edar Y. Rogler. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 10# 10 Exhibit 11) (c/s)(jnl, Deputy Clerk) (Entered: 05/22/2007) |

| | | |
|---|---|---|
| 05/22/2007 | <u>24</u> | SUPPLEMENTAL MOTION to Strike ex parte letter from Assistant United States Attorney Neil R. White to Honorable William M. Nickerson dated May 15, 2007 by Edar Y. Rogler. (jnl, Deputy Clerk) (Entered: 05/23/2007) |
| 05/23/2007 | <u>25</u> | Transcript of Testimony of Edar Rogler in Heffernan v Mike Leavitt, Secretary DHHS,EEOC Case No.: 120-2005-00226X (FILED SEPARATELY) (jnl, Deputy Clerk) (Entered: 05/23/2007) |
| 05/24/2007 | <u>26</u> | Memorandum in support re 14 MOTION to Quash subpoena and MOTION for Protective Order filed by Edar Y. Rogler. (Attachments: # <u>1</u> Exhibit 1)(jnl, Deputy Clerk) (Entered: 05/24/2007) |
| 05/30/2007 | <u>27</u> | Correspondence re: discovery and scheduling issues (cae, Chambers) (Entered: 05/30/2007) |
| 06/01/2007 | <u>28</u> | MOTION to Lift Stay to Transfer Back to Greenbelt and as to MOTION for a Protective Order and Preliminary Injunction to Protect Witnesses and Perpetuate Evidence by Edar Y. Rogler. Responses due by 6/18/2007 (ch, Deputy Clerk) (Entered: 06/01/2007) |
| 07/02/2007 | <u>29</u> | AMENDED COMPLAINT against Mike Leavitt, filed by Edar Y. Rogler.(ch, Deputy Clerk) (Entered: 07/03/2007) |
| 07/06/2007 | <u>30</u> | NOTICE of withdrawal of papers No. 14,17,18,19,24,26 and 28 and Notice of EEOC Protective Order by Edar Y. Rogler (slf, Deputy Clerk) (Entered: 07/06/2007) |
| 07/09/2007 | <u>31</u> | SUMMONS Returned Executed Mike Leavitt (US Attorney's Office) served on 4/24/2007, answer due 5/14/2007. (jnl, Deputy Clerk) (Entered: 07/09/2007) |
| 07/11/2007 | <u>32</u> | Correspondence from plaintiff re: status of case. (Attachments: # <u>1</u> Attachment)(jnl, Deputy Clerk) (Entered: 07/11/2007) |
| 07/17/2007 | <u>33</u> | MOTION to Dismiss for Lack of Jurisdiction by Mike |

| | | |
|---|---|---|
| | | Leavitt. Responses due by 8/3/2007 (Attachments: # 1 Memorandum in Support of Motion to Dismiss# 2 Exhibit 1 Declaration of Dr. Ray Fitzgerald# 3 Exhibit 2 Statement of Work for Edar Rogler# 4 Exhibit 3 Purchase Order for Plaintiff to Provide Pastoral Care Services# 5 Exhibit 4 Dec. 29, 2005 Email from Nyna Konishi re Plaintiff's PO# 6 Exhibit 5 Dec. 18, 2005 Email from Plaintiff Discussing her Contract# 7 Exhibit 6 Photocopy of Plaintiff's "CONTRACTOR" Badge and Keys# 8 Exhibit 7 Declaration of Walter L. Jones# 9 Exhibit 8 Declaration of Dr. Ann Berger# 10 Exhibit 9 Jan. 5, 2006 Notice of Termination of Plaintiff's PO# 11 Exhibit 10 Emails re Reasons for Termination of Plaintiff's PO# 12 Exhibit 11 On-Call Schedule)(White, Neil) (Entered: 07/17/2007) |
| 07/17/2007 | 34 | RESPONSE in Opposition re 13 MOTION for Preliminary Injunction MOTION for Protective Order filed by Mike Leavitt.Replies due by 7/31/2007. (White, Neil) (Entered: 07/17/2007) |
| 07/18/2007 | 35 | Rule 12/56 letter mailed to plaintiff. (jnl, Deputy Clerk) (Entered: 07/18/2007) |
| 07/23/2007 | 36 | MOTION to Strike parts of declaration of Dr. Ann Berger and objection to admissibility by Edar Y. Rogler. (Attachments: # 1 Memorandum in support# 2 Exhibit 1# 3 Exhibit 2)(jnl, Deputy Clerk) (Entered: 07/24/2007) |
| 07/23/2007 | 38 | MOTION to Strike Order for supplies or services Exhibit 3 attached to defendants motion to dismiss and objection to admissibility and to strike footnote of defendant's motion to dismiss by Edar Y. Rogler. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5) (c/s)(jnl, Deputy Clerk) (Entered: 07/25/2007) |
| 07/24/2007 | 37 | MOTION to Stay Defendant's Motion to Dismiss and Reply to Defendant's "Response to Plaintiff's Motion for Protective Order and Preliminary Injunction to Protect Witness by Edar Y. Rogler. (cem, Deputy Clerk) |

|  |  | (Entered: 07/24/2007) |
|---|---|---|
| 07/26/2007 | 39 | RESPONSE to Motion re 33 MOTION to Dismiss on the issue of the income tax determination on pay received from NIH for work performed by the plaintiff filed by Edar Y. Rogler. (Attachments: # 1 Exhibit 1) (c/s)(jnl, Deputy Clerk) (Entered: 07/27/2007) |
| 07/26/2007 | 40 | MOTION to Strike Konishi's email Exhibit 4 attached to defendant's memorandum in support of motion to dismiss and objection to admissibility by Edar Y. Rogler. (Attachments: # 1 Memorandum in support# 2 Attachment) (c/s)(jnl, Deputy Clerk) (Entered: 07/27/2007) |
| 07/27/2007 | 41 | MOTION to Strike Contracting Officer's Letter Attached to Defendant's Memorandum in Support of Motion to Dismiss and Objection to Admissibility 33 MOTION to Dismiss for Lack of Jurisdiction by Edar Y. Rogler. Responses due by 8/13/2007 (Attachments: # 1 Memorandum in Support)(ch, Deputy Clerk) (Entered: 07/27/2007) |
| 07/30/2007 | 42 | REPLY to Response to Motion re 13 MOTION for Preliminary Injunction to protect witnesses and MOTION for Protective Order filed by Edar Y. Rogler. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3) (c/s)(jnl, Deputy Clerk) (Entered: 07/30/2007) |
| 07/31/2007 | 43 | MOTION for Enlargement of Time to Respond to Defendant's Motion to Dismiss by Edar Y. Rogler. Responses due by 8/17/2007 (Attachments: # 1 Text of Proposed Order)(ch, Deputy Clerk) (Entered: 07/31/2007) |
| 08/01/2007 | 44 | SECOND AFFIDAVIT of Father Henry Heffernan in support of 29 Amended Complaint, 13 MOTION for Preliminary Injunction and in response to defendant's motion to dismiss by Edar Y. Rogler. (jnl, Deputy Clerk) (Entered: 08/01/2007) |

| 08/01/2007 | 45 | ORDER granting 43 Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss until 9/1/07. Signed by Judge William M Nickerson on 8/1/07. (c/m 8/1/07 jnl, Deputy Clerk) (Entered: 08/01/2007) |
| --- | --- | --- |
| 08/01/2007 | 46 | Second AFFIDAVIT of Dr. Reeve Robert Brenner in re 29 Amended Complaint, 13 MOTION for Preliminary Injunction MOTION for Protective Order, 33 MOTION to Dismiss for Lack of Jurisdiction by Edar Y. Rogler. (ch, Deputy Clerk) (Entered: 08/02/2007) |
| 08/03/2007 | 47 | Supplement to 42 Reply to Response to Motion for preliminary injunction and protective order filed by Edar Y. Rogler. (jnl, Deputy Clerk) (Entered: 08/03/2007) |
| 08/03/2007 | 48 | RESPONSE re 45 Order on Motion for Extension of Time to File Document filed by Edar Y. Rogler. (jnl, Deputy Clerk) (Entered: 08/03/2007) |
| 08/10/2007 | 49 | RESPONSE to defendant's motion to dismiss and MOTION to Strike for Rule 56(f) discovery; Memorandum in support and Attachments (Memorandum in support and Attachments filed separately) by Edar Y. Rogler. (c/s) (jnl, Deputy Clerk) Modified on 8/10/2007 (jnl, Deputy Clerk). Additional attachment(s) added on 8/13/2007 (slf, Deputy Clerk). (Entered: 08/10/2007) |
| 08/13/2007 | 50 | Correspondence from plaintiff re: case. (slf, Deputy Clerk) (Entered: 08/13/2007) |
| 08/17/2007 | 51 | MOTION for Extension of Time to File Response/Reply by Mike Leavitt. Responses due by 9/4/2007 (White, Neil) (Entered: 08/17/2007) |
| 08/17/2007 | 52 | NOTICE by Mike Leavitt re 51 MOTION for Extension of Time to File Response/Reply *(Notification of Consent by Plaintiff)* (White, Neil) (Entered: 08/17/2007) |
| 08/21/2007 | 53 | PAPERLESS ORDER granting 51 Motion for Extension of Time to File Response/Reply. Signed by Judge |

| | | William M Nickerson on 8/21/07. (cae, Chambers) (Entered: 08/21/2007) |
|---|---|---|
| 08/21/2007 | 54 | Correspondence from plaintiff re: Letter to EEOC. (jnl, Deputy Clerk) (Entered: 08/22/2007) |
| 09/21/2007 | 55 | Memorandum re 40 MOTION to Strike, 41 MOTION to Strike 33 MOTION to Dismiss for Lack of Jurisdiction MOTION to Strike 33 MOTION to Dismiss for Lack of Jurisdiction, 49 MOTION to Strike, 38 MOTION to Strike, 36 MOTION to Strike *(Memorandum in Reply to Plaintiff's Response to Defendant's Motion to Dismiss and in Opposition to Plaintiff's Motions to Strike and for Rule 56(f) Discovery)* filed by Mike Leavitt. (Attachments: # 1 Exhibit 1 Declaration of Deborah J. Britton, with Attachments (Termination Letter, Invoice from Plaintiff, Computer Printouts)# 2 Exhibit 2 Statement For Recipients of Miscellaneous Income (In lieu of IRS Form-1099 Misc)# 3 Exhibit 3 Statement for Recipients of Misc. Income# 4 Exhibit 4 Declaration of Sydney Jones)(White, Neil) (Entered: 09/21/2007) |
| 09/24/2007 | 56 | MOTION to Strike everything that should not be in the Agency's reply or in the alternative MOTION for Leave to File sur-reply by Edar Y. Rogler. (jnl, Deputy Clerk) (Entered: 09/24/2007) |
| 09/26/2007 | 57 | NOTICE of Appearance by Allen F Loucks on behalf of Mike Leavitt (Loucks, Allen) (Entered: 09/26/2007) |
| 10/12/2007 | 58 | MEMORANDUM. Signed by Judge William M Nickerson on 10/12/07. (c/m 10/12/07 jnl, Deputy Clerk) (Entered: 10/12/2007) |
| 10/12/2007 | 59 | ORDER denying 40 Motion to Strike ; denying 41 Motion to Strike ; denying 49 Motion to Strike ; denying 56 Motion to Strike ; denying 56 Motion for Leave to File sur-reply; denying as moot 3 Motion of plaintiff to Appoint Counsel ; denying as moot 6 Motion of plaintiff to Appoint Counsel ; denying as moot 13 Motion for |

| | | |
|---|---|---|
| | | Preliminary Injunction; ; withdrawing <u>14</u> Motion to Quash; withdrawing <u>14</u> Motion for Protective Order; withdrawing <u>14</u> Motion for Sanctions; denying as moot 15 Ex Parte Motion for preliminary injunction; withdrawing <u>17</u> Motion to Strike ; withdrawing <u>19</u> Motion ; withdrawing <u>24</u> Motion to Strike ; withdrawing <u>28</u> Motion ; granting <u>33</u> Motion of defendant to Dismiss; denying <u>36</u> Motion to Strike ; denying as moot <u>37</u> Motion to Stay; denying <u>38</u> Motion to Strike. Signed by Judge William M Nickerson on 10/12/07. (c/m 10/12/07 jnl, Deputy Clerk) (Entered: 10/12/2007) |
| 11/13/2007 | <u>60</u> | MOTION to Amend findings and conclusion in the Court's memorandum by Edar Y. Rogler. (Attachments: # <u>1</u> Exhibit 1)(jnl, Deputy Clerk) (Entered: 11/14/2007) |
| 11/16/2007 | <u>61</u> | NOTICE of Appearance by Roann Nichols on behalf of Mike Leavitt (Nichols, Roann) (Entered: 11/16/2007) |
| 11/19/2007 | <u>62</u> | MOTION to Vacate and Set Aside <u>59</u> Order on Motion to Strike, Order on Motion for Leave to File, Order on Motion to Appoint Counsel, Order on Motion for Preliminary Injunction, Order on Motion for Protective Order, Order on Motion to Quash, Order on Motion for Sanctions, Order on Ex Parte Motion, Order on Motion for Miscellaneous Relief, Order on Motion to Dismiss/Lack of Jurisdiction,, Order on Motion to Stay by Edar Y. Rogler; Responses due by 12/6/2007 (cag, Deputy Clerk) (Entered: 11/19/2007) |
| 11/26/2007 | <u>63</u> | OBJECTION to failure to serve and give notice of order and objection to form of order by Edar Y. Rogler (jnl, Deputy Clerk) (Entered: 11/26/2007) |
| 11/26/2007 | <u>64</u> | RESPONSE in Opposition re <u>60</u> MOTION to Amend/Correct *findings and conclusions in the courts memorandum and for relief from judgment* filed by Mike Leavitt.Replies due by 12/10/2007. (Nichols, Roann) (Entered: 11/26/2007) |
| | | |

| 11/26/2007 | 65 | MOTION for Judgment *to be entered as separate document* by Mike Leavitt. Responses due by 12/13/2007 (Nichols, Roann) (Entered: 11/26/2007) |
|---|---|---|
| 11/29/2007 | 66 | MEMORANDUM AND ORDER directing Clerk of the Court shall deem the Court's order dated 10/12/07 filed and entered as of the date of this order; granting 60 Motion of plaintiff to to alter or amend and that the Clerk of Court shall vacate in part the prior memorandum and order of this court in that the portion granting defendant's motion to dismiss for lack of jurisdiction is hereby vacated; denying as moot 62 Motion of plaintiff to Vacate or set aside ; denying as moot 65 Motion of defendant for Judgment to be entered as a separate document. Signed by Judge William M Nickerson on 11/29/07. (c/m 11/29/07 jnl, Deputy Clerk) Modified on 11/29/2007 (jnl, Deputy Clerk). (Entered: 11/29/2007) |
| 12/04/2007 | 67 | MOTION for Reconsideration of denial as moot motion to appoint counsel and motion for preliminary injunction and request for evidentiary hearing on intimidation of witnesses by Edar Y. Rogler. (jnl, Deputy Clerk) (Entered: 12/04/2007) |
| 12/10/2007 | 74 | NOTICE OF INTERLOCUTORY APPEAL as to 58 Memorandum to Parties, 66 Order on Motion to Amend/Correct, Order on Motion to Vacate, Order on Motion for Judgment, 59 Order on Motion to Strike, Order on Motion for Leave to File, Order on Motion to Appoint Counsel, Order on Motion for Preliminary Injunction, Order on Motion for Protective Order, Order on Motion to Quash, Order on Motion for Sanctions, Order on Ex Parte Motion, Order on Motion for Miscellaneous Relief, Order on Motion to Dismiss/Lack of Jurisdiction, Order on Motion to Stay, by Edar Y. Rogler. (Fee Status: IFP) (sls, Deputy Clerk) (Entered: 12/13/2007)  |
| 12/11/2007 | 68 | Consent MOTION for Extension of Time *to Answer* |

| | | |
|---|---|---|
| | | *Amended Complaint* by Mike Leavitt. Responses due by 12/28/2007 (Nichols, Roann) (Entered: 12/11/2007) |
| 12/11/2007 | 69 | OBJECTION to grounds and length to 68 Consent MOTION for Extension of Time *to Answer Amended Complaint* filed by Edar Y. Rogler. (Attachments: # 1 Attachment)(jnl, Deputy Clerk) (Entered: 12/12/2007) |
| 12/12/2007 | 70 | RESPONSE re 69 Response in Opposition to Motion *for Extension of time to file answer/amended complaint* filed by Mike Leavitt. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Nichols, Roann) (Entered: 12/12/2007) |
| 12/12/2007 | 72 | OBJECTION to the failure of the Clerk's Office to enter the plaintiff's notice of interlocutory appeal into the docket by Edar Y. Rogler (Attachments: # 1 Attachment) (jnl, Deputy Clerk) (Entered: 12/13/2007) |
| 12/13/2007 | 71 | NOTICE of Appearance by Ariana Wright Arnold on behalf of Mike Leavitt (Arnold, Ariana) (Entered: 12/13/2007) |
| 12/13/2007 | 73 | MEMORANDUM AND ORDER granting 68 Motion of defendant for Extension of Time to file answer to amended complaint. Signed by Judge William M Nickerson on 12/13/07. (c/m 12/13/07 jnl, Deputy Clerk) (Entered: 12/13/2007) |
| 12/13/2007 | 75 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 74 Notice of Interlocutory Appeal. IMPORTANT NOTICE: To access forms which you are required to file with the United States Court of Appeals for the Fourth Circuit please go to http://www.ca4.uscourts.gov and click on Forms & Notices. (sls, Deputy Clerk) (Entered: 12/13/2007) |
| 12/17/2007 | 76 | NOTICE of attempts to procure legal counsel to support her motion for appointment of counsel by Edar Y. Rogler (jnl, Deputy Clerk) (Entered: 12/17/2007) |
| 12/17/2007 | 77 | MOTION for Reconsideration re 73 MEMORANDUM |

| | | AND ORDER granting <u>68</u> Motion of defendant for Extension of Time to file answer to amended complaint by Edar Y. Rogler. (jnl, Deputy Clerk) (Entered: 12/17/2007) |
|---|---|---|
| 12/18/2007 | <u>78</u> | MOTION to Reassign Case to Judge Catherine C. Blake by Edar Y. Rogler. (jnl, Deputy Clerk) (Entered: 12/18/2007) |
| 12/20/2007 | <u>79</u> | MOTION for Extension of Time for appeal and memorandum in support of motion for reconsideration of denial of plaintiff's motion for preliminary injunction to protect witnesses and perpetuate evidence by Edar Y. Rogler. (jnl, Deputy Clerk) (Entered: 12/20/2007) |
| 12/21/2007 | <u>80</u> | NOTICE of consent by defendant for extension of time until the court renders a decision on plaintiff's motion for reconsideration of the denial of her motion for preliminary injunction as moot by Edar Y. Rogler (Attachments: # <u>1</u>)(jnl, Deputy Clerk) (Entered: 12/21/2007) |
| 01/07/2008 | <u>81</u> | ORDER re return deficient document to plaintiff. Signed by Judge William M Nickerson on 1/7/08. (Attachments: # <u>1</u> Attachment)(jnl, Deputy Clerk) (Entered: 01/07/2008) |
| 01/09/2008 | | USCA Case Number 08-1025 for <u>74</u> Notice of Interlocutory Appeal, filed by Edar Y. Rogler. Case Manager - S. Beasley (sls, Deputy Clerk) (Entered: 01/10/2008) |
| 01/14/2008 | <u>82</u> | ANSWER to <u>29</u> Amended Complaint by Mike Leavitt. (Arnold, Ariana) (Entered: 01/14/2008) |
| 01/16/2008 | <u>83</u> | ORDER re returning deficient document to plaintiff. Signed by Judge William M Nickerson on 1/15/08. (Attachments: # <u>1</u> Attachment)(c/m 1/17/08 jnl, Deputy Clerk) (Entered: 01/17/2008) |
| 01/22/2008 | <u>84</u> | ORDER re: returning deficient document to plaintiff. |

| | | |
|---|---|---|
| | | Signed by Judge William M Nickerson on 1/17/08. (c/m 1/22/08 mcb, Deputy Clerk) (Entered: 01/22/2008) |
| 01/23/2008 | 85 | MOTION to Strike *Appearance of Roann Nichols* by Mike Leavitt Responses due by 2/11/2008 (Nichols, Roann) (Entered: 01/23/2008) |
| 01/24/2008 | 86 | Correspondence from Clerk to plaintiff re: service of paper copies on defendant. (c/m 1/24/08 jnl, Deputy Clerk) (Entered: 01/24/2008) |
| 01/28/2008 | 87 | WITHDRAWAL of Appeal; RESPONSE in Opposition re 85 MOTION to Strike *Appearance of Roann Nichols; REQUEST for a decision on plaintiff's unopposed motion to reassign Judge filed by Edar Y. Rogler. (Attachments: # 1 Exhibit 1)(jnl, Deputy Clerk) (Entered: 01/28/2008)* |
| 01/30/2008 | 88 | MOTION to Strike and for More Definite Answer by Edar Y. Rogler (Attachments: # 1 Exhibit 1)(jnl, Deputy Clerk) (Entered: 01/30/2008) |
| 02/01/2008 | 89 | RESPONSE re 79 MOTION for Extension of Time, 87 Response in Opposition to Motion, 78 MOTION to Reassign Case, 67 MOTION for Reconsideration filed by Mike Leavitt. (Arnold, Ariana) (Entered: 02/01/2008) |
| 02/06/2008 | 90 | REPLY to Consolidated Response of defendant to Motion re 79 MOTION for Extension of Time, 78 MOTION to Reassign Case, 67 MOTION for Reconsideration and 87 WITHDRAWAL of Appeal; RESPONSE in Opposition re 85 MOTION to Strike Appearance of Roann Nichols; REQUEST for a decision on plaintiff's unopposed motion to reassign Judge filed by Edar Y. Rogler. (jnl, Deputy Clerk) (Entered: 02/06/2008) |
| 02/13/2008 | 91 | NOTICE of filing of case by Edar Y. Rogler (jnl, Deputy Clerk) (Entered: 02/13/2008) |
| 02/13/2008 | 92 | NOTICE of change in telephone number by Edar Y. Rogler (jnl, Deputy Clerk) (Entered: 02/13/2008) |
| | | |

| 02/13/2008 | 93 | RESPONSE in Opposition re 88 MOTION to Strike MOTION for More Definite Statement filed by Mike Leavitt. Replies due by 2/27/2008. (Arnold, Ariana) (Entered: 02/13/2008) |
| 02/14/2008 | 94 | ORDER REFERRING CASE to Magistrate James K. Bredar for Settlement. Signed by Judge William M Nickerson on 2/14/08 (cag, Deputy Clerk) (Entered: 02/14/2008) |
| 02/14/2008 | 95 | MEMORANDUM to counsel and plaintiff re referral to Magistrate Judge. Signed by Judge William M Nickerson on 2/14/08. (c/m 2/14/08 jnl, Deputy Clerk) (Entered: 02/14/2008) |
| 02/15/2008 | | Assembled Electronic Record Transmitted to Fourth Circuit -- Initial. (sls, Deputy Clerk) (Entered: 02/15/2008) |
| 02/15/2008 | | Supplemental Record on Appeal transmitted to US Court of Appeals re 74 Notice of Interlocutory Appeal, (Volume 1 - Pleading #25 and Volume 2 - Pleading #49) (sls, Deputy Clerk) (Entered: 02/15/2008) |
| 02/15/2008 | 96 | REPLY to Response of defendant to Motion re 88 MOTION to Strike MOTION for More Definite Statement filed by Edar Y. Rogler. (jnl, Deputy Clerk) (Entered: 02/15/2008) |
| 02/19/2008 | 97 | MOTION to Stay proceedings by Edar Y. Rogler (jnl, Deputy Clerk) (Entered: 02/19/2008) |
| 02/19/2008 | 98 | MOTION to postpone to referral to Magistrate for Settlement only by Edar Y. Rogler (jnl, Deputy Clerk) (Entered: 02/19/2008) |
| 02/19/2008 | 99 | NOTICE of withdrawal of motion for an attorney to be appointed and withdrawal of motion for preliminary injunction by Edar Y. Rogler (jnl, Deputy Clerk) (Entered: 02/19/2008) |
| 02/26/2008 | 100 | ACCEPTANCE of ADR with U.S. Magistrate by Edar |

| | | Y. Rogler (jnl, Deputy Clerk) (Entered: 02/27/2008) |
|---|---|---|
| 02/26/2008 | 101 | Supplement to Exhibit 1 re 88 MOTION to Strike Answer filed by Edar Y. Rogler. (jnl, Deputy Clerk) (Entered: 02/27/2008) |
| 02/28/2008 | 102 | ORDER scheduling settlement conference. Signed by Magistrate James K. Bredar on 2/28/08. (jnl, Deputy Clerk) (Entered: 02/28/2008) |
| 02/29/2008 | 103 | ORDER of USCA "Granting" Motion to Dismiss the appeal as to 74 Notice of Interlocutory Appeal,, filed by Edar Y. Rogler (nrm, Deputy Clerk) (Entered: 02/29/2008) |
| 02/29/2008 | 104 | MANDATE of USCA as to 74 Notice of Interlocutory Appeal,, filed by Edar Y. Rogler (nrm, Deputy Clerk) (Entered: 02/29/2008) |
| 03/05/2008 | | Appeal Record Returned: Volumes 1 & 2 (sls, Deputy Clerk) (Entered: 03/05/2008) |
| 03/07/2008 | 105 | MOTION to review Volumes 1 & 2 for selecting papers to be copied and to correct any errors in the scanning of her papers by the Clerk's Office by Edar Y. Rogler (jnl, Deputy Clerk) (Entered: 03/07/2008) |
| 03/07/2008 | 106 | MOTION to use her Pacer account access to make electronic filings and for an exception from the Pacer fee by Edar Y. Rogler (jnl, Deputy Clerk) (Entered: 03/07/2008) |
| 03/19/2008 | 107 | NOTICE of Appearance by Irving Kator on behalf of Edar Y. Rogler (Kator, Irving) (Entered: 03/19/2008) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/24/2008 11:24:22 | | |
| **PACER Login:** | ux0155 | **Client Code:** |

| Description: | Docket Report | Search Criteria: | 1:07-cv-00726-WMN |
|---|---|---|---|
| Billable Pages: | 7 | Cost: | 0.56 |

EXHIBIT B

CLOSED

# U.S. District Court
# District of Maryland (Baltimore)
# CIVIL DOCKET FOR CASE #: 1:07-cv-01675-WMN

Rogler v. Biglow et al
Assigned to: Judge William M Nickerson
Cause: 42:1981 Civil Rights

Date Filed: 06/26/2007
Date Terminated: 10/26/2007
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Edar Y. Rogler**
represented by **Edar Y. Rogler**
915 Boucher Avenue
Annapolis, MD 21403
443-852-6553
PRO SE

V.

**Defendant**

**William Biglow**
*Attorney, In His Personal Capacity*
represented by **Allen F Loucks**
Office of the United States Attorney
36 S Charles St Fourth Fl
Baltimore, MD 21201
14102094800
Fax: 14109620693
Email: allen.loucks@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Julie Lu**
*Attorney, In Her Personal Capacity*
represented by **Allen F Loucks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John I. Gallin**
*M.D., In His Personal Capacity*
represented by **Allen F Loucks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Maureen Gormley**
*R.N., In Her Personal Capacity*

represented by **Allen F Loucks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Walter L. Jones**
*In His Personal Capacity*

represented by **Allen F Loucks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hilary Fitilis**
*J.D., In Her Personal Capacity*

represented by **Allen F Loucks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**O. Ray Fitzgerald**
*Rev., Ph.D, In His Personal Capacity*

represented by **Allen F Loucks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dominick Ashkar**
*Rev., In His Personal Capacity*

represented by **Allen F Loucks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ann M. Berger**
*MSN, MD, In Her Personal Capacity*

represented by **Allen F Loucks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nyna Konishi**
*In Her Personal Capacity*

represented by **Allen F Loucks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deborah Britton**
*In Her Personal Capacity*

represented by **Allen F Loucks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lawrence Self**

represented by **Allen F Loucks**

*In His Personal Capacity*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Chew**                    represented by **Allen F Loucks**
*In His Personal Capacity*                    (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1 to 25**                    represented by **Allen F Loucks**
*In Their Personal Capacities*                    (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2007 | 1 | COMPLAINT with Jury Demand against Maureen Gormley, RN, Walter L. Jones, Hilary Fitilis, JD, O. Ray Fitzgerald, PhD, Dominick Ashkar, Ann M. Berger, Nyna Konishi, Deborah Britton, Lawrence Self, Michael Chew, Does 1 to 25, William Biglow, Julie Attorney Lu, John I Gallin, MD, filed by Edar Y. Rogler. (Attachments: # 1 Civil Cover Sheet)(ch, Deputy Clerk) Modified on 6/26/2007 (ch, Deputy Clerk). (Entered: 06/26/2007) |
| 06/26/2007 | 2 | MOTION and Affidavit for Support for Leave to Proceed in forma pauperis by Edar Y. Rogler. Responses due by 7/13/2007 (ch, Deputy Clerk) (Entered: 06/26/2007) |
| 08/07/2007 | | Filing fee: $ 350.00, receipt number 84637010534 (jnl, Deputy Clerk) (Entered: 08/08/2007) |
| 08/07/2007 | 3 | MOTION to Withdraw 2 MOTION for Leave to Proceed in forma pauperis by Edar Y. Rogler. (jnl, Deputy Clerk) (Entered: 08/08/2007) |
| 08/09/2007 | 4 | Correspondence from plaintiff re: summons. (jnl, Deputy Clerk) (Entered: 08/09/2007) |
| 08/16/2007 | 5 | PAPERLESS ORDER granting 3 Motion to Withdraw Motion for Leave to File in Forma Pauperis. Signed by Judge William M Nickerson on 8/16/07. (cae, Chambers) (Entered: 08/16/2007) |
| 08/22/2007 | 6 | ORDER directing Clerk to issue summons. Signed by Judge William M Nickerson on 8/22/07. (c/m 8/23/07 jnl, Deputy Clerk) (Entered: 08/23/2007) |
| 08/23/2007 | 7 | Summons Issued 30 days as to Maureen Gormley, Walter L. Jones, Hilary Fitilis, O. Ray Fitzgerald, Dominick Ashkar, Ann M. Berger, Nyna Konishi, Deborah Britton, Lawrence Self, Michael Chew, William Biglow, Julie Lu, John I. Gallin. (c/m Rogler) (ljs, Deputy Clerk) |

| | | (Entered: 08/23/2007) |
|---|---|---|
| 09/05/2007 | 8 | SUMMONS Returned Executed Hilary Fitilis served on 8/26/2007, answer due 9/26/2007; O. Ray Fitzgerald served on 8/26/2007, answer due 9/26/2007; Dominick Ashkar served on 8/26/2007, answer due 9/26/2007; Julie Lu served on 8/26/2007, answer due 9/26/2007. (jnl, Deputy Clerk) (Entered: 09/05/2007) |
| 09/05/2007 | 9 | SUMMONS Returned Executed Ann M. Berger served on 8/27/2007, answer due 9/27/2007; Deborah Britton served on 8/27/2007, answer due 9/27/2007. (jnl, Deputy Clerk) (Entered: 09/05/2007) |
| 09/25/2007 | 10 | MOTION for Extension of Time by Maureen Gormley, Walter L. Jones, Hilary Fitilis, O. Ray Fitzgerald, Dominick Ashkar, Ann M. Berger, Nyna Konishi, Deborah Britton, Lawrence Self, Michael Chew, Does 1 to 25, William Biglow, Julie Lu, John I. Gallin. Responses due by 10/12/2007 (Loucks, Allen) (Entered: 09/25/2007) |
| 09/26/2007 | 11 | PAPERLESS ORDER granting 10 Motion for Extension of Time. Signed by Judge William M Nickerson on 9/26/07. (cae, Chambers) (Entered: 09/26/2007) |
| 10/24/2007 | 12 | SUMMONS Returned Executed by Edar Y. Rogler. Maureen Gormley served on 9/5/2007, answer due 10/5/2007; Nyna Konishi served on 9/5/2007, answer due 10/5/2007; Michael Chew served on 9/5/2007, answer due 10/5/2007; John I. Gallin served on 9/5/2007, answer due 10/5/2007. (jnl, Deputy Clerk) (Entered: 10/24/2007) |
| 10/24/2007 | 13 | SUMMONS Returned Executed by Edar Y. Rogler. Walter L. Jones served on 9/18/2007, answer due 10/18/2007. (jnl, Deputy Clerk) (Entered: 10/24/2007) |
| 10/24/2007 | 14 | MOTION to mal pros without prejudice by Edar Y. Rogler. (jnl, Deputy Clerk) (Entered: 10/24/2007) |
| 10/26/2007 | 15 | Response to Motion re 14 MOTION to mal pros without prejudice filed by William Biglow. (Nichols, Roann) Modified on 10/26/2007 (jnl, Deputy Clerk). (Entered: 10/26/2007) |
| 10/26/2007 | 16 | PAPERLESS ORDER granting 14 Motion to mal pros without prejudice, and Dismissing case. Signed by Judge William M Nickerson on 10/26/07. (cae, Chambers) (Entered: 10/26/2007) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/01/2008 10:20:42 | | |
| PACER Login: | ux1386 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cv-01675-WMN |

| Billable Pages: | 3 | Cost: | 0.24 |
|---|---|---|---|

EXHIBIT C

APPEAL, CASREF, CLOSED

# U.S. District Court
# District of Maryland (Baltimore)
# CIVIL DOCKET FOR CASE #: 1:07-cv-01676-WMN

Rogler v. Department of Health and Human Services

Assigned to: Judge William M Nickerson

Referred to: Magistrate James K. Bredar (Settlement)

Case in other court: Fourth Circuit Court of Appeals, 08-01363

Cause: 05:552 Right to Privacy Act

Date Filed: 06/26/2007
Date Terminated: 03/17/2008
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Edar Y. Rogler**                      represented by    **Edar Y. Rogler**
915 Boucher Avenue
Annapolis, MD 21403
410-280-9270
PRO SE

V.

**Defendant**

**Department of Health and Human Services**         represented by    **Ariana Wright Arnold**
Office of the United States Attorney
36 S Charles St Fourth Fl
Baltimore, MD 21201
14102094883
Fax: 14109629947
Email: Ariana.Arnold@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2007 | 1 | COMPLAINT for Declaratory and Injunctive Relief against Department of Health and Human Services, filed by Edar Y. Rogler. (Attachments: # 1 Civil Cover Sheet)(ch, Deputy Clerk) (Entered: 06/26/2007) |
| 06/26/2007 | 2 | MOTION and Affidavit in Support for Leave to Proceed in forma pauperis by Edar Y. Rogler. Responses due by 7/13/2007 (ch, Deputy Clerk) (Entered: 06/26/2007) |
| 08/15/2007 | 3 | ORDER granting 2 Motion of plaintiff for Leave to Proceed in forma pauperis; directing Clerk to issue summons. Signed by Judge William M Nickerson on 8/15/07. (c/m 8/15/07 jnl, Deputy Clerk) (Entered: 08/15/2007) |
| 08/15/2007 | 4 | Summons Issued 60 days as to Department of Health and Human Services, U.S. Attorney and U.S. Attorney General (ljs, Deputy Clerk) (c/hd US Marshal) (Entered: 08/15/2007) |
| 08/27/2007 | 5 | SUMMONS Returned Executed as to Secretary, Dept of Health and Human Services on 8/20/07 (jnl, Deputy Clerk) (Entered: 08/28/2007) |
| 12/26/2007 | 6 | REQUEST for Entry of Default for want of answer or other defense by Edar Y. Rogler, pro se. (eg, Deputy Clerk) (Entered: 12/26/2007) |
| 12/28/2007 | 7 | RESPONSE in Opposition re (6 in 1:07-cv-01676-WMN) MOTION for Entry of Default for want of answer or other defense filed by Department of Health and Human Services.Replies due by 1/11/2008. Associated Cases: 1:07-cv-01676-WMN, 1:07-cv- |

| | | 01106-WMN(Arnold, Ariana) (Entered: 12/28/2007) |
|---|---|---|
| 01/04/2008 | 8 | REPLY to Response to Motion re 6 MOTION for Entry of Default for want of answer or other defense filed by Edar Y. Rogler. (jnl, Deputy Clerk) (Entered: 01/04/2008) |
| 01/07/2008 | 9 | MOTION for Default Judgment, MOTION to Withdraw Request to Clerk for entry of default, MOTION to Compel release of CM/ECF service of summons and complaint on US Attorney General and US Attorney for the District of Maryland; Motion to compel the US Marshals Service to turn over the Clerk's Office Return of service on US Attorneys or in the alternative Motion for enlargement of time for service and motion to compel the clerk and US Marshals Service to effectuate service of summons and complaint by technical compliance to Rule 4 on US Attorney General and US Attorney for the District of Maryland by Edar Y. Rogler. (Attachments: # 1 Memorandum in support, # 2 Exhibit 1, # 3 Exhibit 2) (c/s)(jnl, Deputy Clerk) (Entered: 01/08/2008) |
| 01/30/2008 | 10 | MOTION for an order prohibiting Ariana W. Arnold, Assistant U.S. Attorney from ever entering her appearance in the instant matter by Edar Y. Rogler (jnl, Deputy Clerk) (Entered: 01/30/2008) |
| 01/30/2008 | 11 | RESPONSE in Opposition re 6 MOTION for Entry of Default for want of answer or other defense, 9 MOTION for Default Judgment as to MOTION to Withdraw MOTION to Compel filed by Department of Health and Human Services. Replies due by 2/13/2008. (Arnold, Ariana) (Entered: 01/30/2008) |
| 01/31/2008 | 12 | RESPONSE in Opposition re (10 in 1:07-cv-01676-WMN) MOTION for an order prohibiting Ariana W. Arnold, Assistant U.S. Attorney from ever entering her appearance in the instant matter filed by Department of Health and Human Services. Replies |

| | | due by 2/14/2008. (Attachments: # Attachment - Email Messages)Associated Cases: 1:07-cv-01676-WMN, 1:07-cv-01106-WMN(Arnold, Ariana) (Entered: 01/31/2008) |
|---|---|---|
| 02/01/2008 | 13 | MOTION to Strike 7 Response in Opposition to Motion for default by Edar Y. Rogler (jnl, Deputy Clerk) Modified on 2/6/2008 (jnl, Deputy Clerk). (Entered: 02/01/2008) |
| 02/01/2008 | 14 | SUPPLEMENTAL CERTIFICATE OF SERVICE by Edar Y. Rogler (jnl, Deputy Clerk) (Entered: 02/01/2008) |
| 02/05/2008 | 15 | ORDER re returning deficient documents to plaintiff. Signed by Judge William M Nickerson on 2/4/08. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4)(jnl, Deputy Clerk) (Entered: 02/06/2008) |
| 02/05/2008 | 16 | ORDER re returning deficient documents to plaintiff. Signed by Judge William M Nickerson on 2/1/08. (Attachments: # 1 Attachment 1)(jnl, Deputy Clerk) (Entered: 02/06/2008) |
| 02/06/2008 | 17 | ORDER re returning deficient document to plaintiff. Signed by Judge William M Nickerson on 2/5/08. (Attachments: # 1 Attachment 1)(jnl, Deputy Clerk) (Entered: 02/06/2008) |
| 02/06/2008 | 18 | OBJECTION to the Clerk's Office changing the record to the benefit of AUSA Ariana W. Arnold without notifying the Court and plaintiff and MOTION to restore the electronic docket to again reflect that defendant is not represented by Edar Y. Rogler (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(jnl, Deputy Clerk) (Entered: 02/06/2008) |
| 02/06/2008 | 19 | MOTION to Strike 12 Response in Opposition by Edar Y. Rogler (jnl, Deputy Clerk) (Entered: 02/06/2008) |

| 02/06/2008 | 20 | MOTION to Strike 7 Response in Opposition to Motion for default, by Edar Y. Rogler (jnl, Deputy Clerk) (Entered: 02/06/2008) |
| 02/06/2008 | 21 | PROOF of claim and right to relief; MOTION for in camera submission of confidential evidence and Request for evidentiary hearing by Edar Y. Rogler (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(jnls, Deputy Clerk) Modified on 2/7/2008 (jnl, Deputy Clerk). (Entered: 02/07/2008) |
| 02/06/2008 | 22 | CERTIFICATE OF SERVICE by Edar Y. Rogler (jnls, Deputy Clerk) (Entered: 02/07/2008) |
| 02/07/2008 | 23 | NOTICE of Appearance by Ariana Wright Arnold on behalf of Department of Health and Human Services (Arnold, Ariana) (Entered: 02/07/2008) |
| 02/07/2008 | 24 | ORDER re returning deficient document to plaintiff. Signed by Judge William M Nickerson on 2/7/08. (Attachments: # 1 Attachment)(jnl, Deputy Clerk) (Entered: 02/07/2008) |
| 02/08/2008 | 25 | MOTION to Strike 11 Response in Opposition, and MOTION for judicial notice by Edar Y. Rogler (Attachments: # 1 Exhibit 1)(jnl, Deputy Clerk) (Entered: 02/08/2008) |
| 02/08/2008 | 26 | REPLY to opposition of defendant to Motion re 6 MOTION for Entry of Default for want of answer or other defense filed by Edar Y. Rogler. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(jnl, Deputy Clerk) (Entered: 02/08/2008) |
| 02/11/2008 | 27 | ACKNOWLEDGEMENT OF SERVICE Executed on U.S. Attorney on 1/30/08 and Attorney General on 1/31/08 Acknowledgement filed by Edar Y. Rogler. (slf, Deputy Clerk) (Entered: 02/11/2008) |
| 02/11/2008 | 28 | Correspondence from plaintiff re: Second Declaration of plaintiff in support of her motion for default |

| | | judgment. (slf, Deputy Clerk) (Entered: 02/11/2008) |
|---|---|---|
| 02/11/2008 | 29 | REPLY to Response to Motion re 10 MOTION for an order prohibiting Ariana W. Arnold, Assistant U.S. Attorney from ever entering her appearance in the instant matter filed by Edar Y. Rogler. (slf, Deputy Clerk) (Entered: 02/11/2008) |
| 02/12/2008 | 30 | NOTICE of change in telephone number by Edar Y. Rogler (jnl, Deputy Clerk) (Entered: 02/12/2008) |
| 02/12/2008 | 31 | NOTICE of errata and corrected exhibits by Edar Y. Rogler (Attachments: # 1 Attachment)(jnl, Deputy Clerk) (Entered: 02/12/2008) |
| 02/12/2008 | 32 | NOTICE, APPLICATION for Preliminary Injunction, MOTION for in camera submission of confidential evidence and request for evidentiary hearing by Edar Y. Rogler (c/s) (jnl, Deputy Clerk) (Entered: 02/12/2008) |
| 02/13/2008 | 33 | RESPONSE re 28 Correspondence filed by Department of Health and Human Services. (Arnold, Ariana) (Entered: 02/13/2008) |
| 02/13/2008 | 34 | NOTICE of request for ADR conference by Department of Health and Human Services (Arnold, Ariana) Modified on 2/14/2008 (jnl, Deputy Clerk). (Entered: 02/13/2008) |
| 02/14/2008 | 35 | ORDER REFERRING CASE to Magistrate James K. Bredar for Settlement. Signed by Judge William M Nickerson on 2/14/08 (cag, Deputy Clerk) (Entered: 02/14/2008) |
| 02/14/2008 | 36 | MEMORANDUM to counsel and plaintiff re referral to Magistrate Judge. Signed by Judge William M Nickerson on 2/14/08. (c/m 2/14/08 jnl, Deputy Clerk) (Entered: 02/14/2008) |
| 02/14/2008 | 37 | Supplemental to 32 NOTICE, APPLICATION for Preliminary Injunction, MOTION for in camera |

| | | submission of confidential evidence and request for evidentiary hearing filed by Edar Y. Rogler. (Attachments: # <u>1</u> Declaration, # <u>2</u> Exhibit 1, # <u>3</u> Exhibit 2, # <u>4</u> Exhibit 4, # <u>5</u> Text of Proposed Order) (jnl, Deputy Clerk) (Entered: 02/14/2008) |
|---|---|---|
| 02/15/2008 | <u>38</u> | Correspondence re: Paper No. 37 (Arnold, Ariana) (Entered: 02/15/2008) |
| 02/19/2008 | <u>39</u> | NOTICE of withdrawal of motion for dismissal by Edar Y. Rogler (jnl, Deputy Clerk) (Entered: 02/19/2008) |
| 02/19/2008 | <u>40</u> | MOTION for dismissal without prejudice by Edar Y. Rogler (Attachments: # <u>1</u> Text of Proposed Order)(jnl, Deputy Clerk) (Entered: 02/19/2008) |
| 02/19/2008 | <u>41</u> | REQUEST of plaintiff for service of paper no. 34 (jnl, Deputy Clerk) (Entered: 02/19/2008) |
| 02/19/2008 | <u>42</u> | NOTICE of representation by Edar Y. Rogler (jnl, Deputy Clerk) (Entered: 02/19/2008) |
| 02/21/2008 | <u>43</u> | Supplement to the record for her third declation by plaintiff. (Attachments: # <u>1</u> Attachment, # <u>2</u> Exhibit 3) (jnl, Deputy Clerk) (Entered: 02/21/2008) |
| 02/26/2008 | <u>44</u> | ACCEPTANCE of ADR with U.S. Magistrate by Edar Y. Rogler (jnl, Deputy Clerk) (Entered: 02/27/2008) |
| 02/28/2008 | <u>45</u> | ORDER scheduling settlement conference. Signed by Magistrate James K. Bredar on 2/28/08. (c/m 2/28/08 jnl, Deputy Clerk) (Entered: 02/28/2008) |
| 02/29/2008 | <u>46</u> | MOTION for Extension of Time to File Response/Reply as to <u>32</u> MOTION for Preliminary Injunction MOTION for in camera submission of confidential evidence, <u>21</u> MOTION for in camera submission of confidential evidence by Department of Health and Human Services Responses due by 3/17/2008 (Arnold, Ariana) (Entered: 02/29/2008) |
| | | |

| 03/03/2008 | 47 | RESPONSE to Motion re 46 MOTION for Extension of Time filed by Edar Y. Rogler. (jnl, Deputy Clerk) (Entered: 03/03/2008) |
| 03/04/2008 | 48 | AMENDED RESPONSE to Motion re 46 MOTION of defendant for Extension of Time filed by Edar Y. Rogler. (jnl, Deputy Clerk) (Entered: 03/04/2008) |
| 03/05/2008 | 49 | MEMORANDUM in support re 48 Amended Response to defendant's motion for extension of time filed by Edar Y. Rogler. (jnl, Deputy Clerk) (Entered: 03/05/2008) |
| 03/06/2008 | 50 | MOTION to use her Pacer account access to make electronic filings and for an exception from the Pacer fee by Edar Y. Rogler (jnl, Deputy Clerk) (Entered: 03/06/2008) |
| 03/07/2008 | 51 | MOTION to Amend Docket Entry re 27 Acknowledgment of Service by Edar Y. Rogler (jnl, Deputy Clerk) (Entered: 03/07/2008) |
| 03/10/2008 | 52 | MOTION to Strike 33 Response of defendant to 28 Second declaration in support of motion for default judgment by Edar Y. Rogler (jnl, Deputy Clerk) (Entered: 03/10/2008) |
| 03/11/2008 | 53 | MEMORANDUM withdrawing 40 Motion of plaintiff to Dismiss; granting 46 Motion of defendant for Extension of Time to File Response ; denying 51 Motion of plaintiff to Amend docket; denying 52 Motion of plaintiff to Strike ; denying 6 Motion of plaintiff for Entry of Default; denying as premature 9 Motion of plaintiff for Default Judgment; denying 10 Motion of plaintiff for an order prohibiting an assistant US Attorney from entering her appearance in this case ; denying 13 Motion of plaintiff to Strike ; denying 19 Motion of plaintiff to Strike ; denying 20 Motion of plaintiff to Strike ; denying 21 Motion of plaintiff for in camera submission of confidential |

| | | |
|---|---|---|
| | | evidence and request for evidentiary hearing ; denying 25 Motion of plaintiff to Strike. Signed by Judge William M Nickerson on 3/11/08. (c/m 3/11/08 jnl, Deputy Clerk) (Entered: 03/11/2008) |
| 03/12/2008 | 54 | NOTICE of withdrawal from ADR regarding the instant suit by Edar Y. Rogler (jnl, Deputy Clerk) (Entered: 03/12/2008) |
| 03/12/2008 | 55 | MOTION for Reconsideration re 53 Memorandum by Edar Y. Rogler (jnl, Deputy Clerk) (Entered: 03/12/2008) |
| 03/12/2008 | 56 | ERRATA and supplement for all outstanding motions by Edar Rogler. (jnl, Deputy Clerk) (Entered: 03/12/2008) |
| 03/12/2008 | 57 | RESPONSE re 54 Notice (Other) filed by Department of Health and Human Services. (Arnold, Ariana) (Entered: 03/12/2008) |
| 03/12/2008 | 58 | RESPONSE in Opposition re 50 MOTION to use her pacer account access to make electronic filings and for an exception from the Pacer fee, 55 MOTION for Reconsideration re 53 Order on Motion to Dismiss, Order on Motion for Extension of Time to File Response/Reply, Order on Motion to Amend/Correct, Order on Motion to Strike, Order on Motion for Entry of Default, Order on Motion for Default filed by Department of Health and Human Services. Replies due by 3/26/2008. (Arnold, Ariana) (Entered: 03/12/2008) |
| 03/13/2008 | 59 | MOTION to Dismiss without prejudice by Edar Y. Rogler (Attachments: # 1 Text of Proposed Order)(jnl, Deputy Clerk) (Entered: 03/13/2008) |
| 03/13/2008 | 60 | NOTICE of Dismissal by Edar Y. Rogler (jnl, Deputy Clerk) (Entered: 03/13/2008) |
| 03/13/2008 | 61 | ORDER directing this matter will proceed to a |

| | | |
|---|---|---|
| | | settlement conference as scheduled. Signed by Magistrate James K. Bredar on 3/13/08. (c/m 3/14/08 jnl, Deputy Clerk) (Entered: 03/14/2008) |
| 03/14/2008 | 62 | REPLY to defendant's 57 Response and 58 Response in opposition (jnl, Deputy Clerk) (Entered: 03/14/2008) |
| 03/17/2008 | 63 | PAPERLESS ORDER APPROVING re 60 Notice of Voluntary Dismissal filed by Edar Y. Rogler and closing case. Signed by Judge William M Nickerson on 3/17/08. (cae, Chambers) (Entered: 03/17/2008) |
| 03/17/2008 | 64 | PAPERLESS ORDER finding as moot 50 Motion ; finding as moot 55 Motion for Reconsideration ; finding as moot 59 Motion to Dismiss; finding as moot 18 Motion ; finding as moot 32 Motion for Preliminary Injunction; finding as moot 32 Motion. Signed by Judge William M Nickerson on 3/17/08. (cae, Chambers) (Entered: 03/17/2008) |
| 03/17/2008 | 65 | MOTION for Reconsideration re 61 Order of U.S. Magistrate by Edar Y. Rogler (jnl, Deputy Clerk) (Entered: 03/17/2008) |
| 03/19/2008 | 66 | ORDER re returning deficient document to plaintiff. Signed by Judge William M Nickerson on 3/18/08. (Attachments: # 1 Attachment)(jnl, Deputy Clerk) (Entered: 03/19/2008) |
| 03/19/2008 | 67 | RESPONSE re 66 Order, 65 MOTION for Reconsideration re 61 Order filed by Department of Health and Human Services. (Attachments: # 1 Docket)(Arnold, Ariana) (Entered: 03/19/2008) |
| 03/24/2008 | 68 | MOTION to Strike 67 Opposition to motion for reconsideration by Edar Y. Rogler (jnl, Deputy Clerk) (Entered: 03/25/2008) |
| 03/25/2008 | 69 | ORDER re returning deficient document to plaintiff. Signed by Judge William M Nickerson on 3/19/08. |

| | | (Attachments: # 1 Attachment)(c/m 3/25/08 jnl, Deputy Clerk) (Entered: 03/25/2008) |
|---|---|---|
| 03/25/2008 | 70 | NOTICE OF APPEAL as to 45 Order, 15 Order, 61 Order, 63 Order, 36 Memorandum to Parties, 64 Order on Motion for Miscellaneous Relief, Order on Motion for Reconsideration, Order on Motion to Dismiss, Order on Motion for Preliminary Injunction, 3 Order on Motion for Leave to Proceed in forma pauperis, 24 Order, 53 Order on Motion to Dismiss, Order on Motion for Extension of Time to File Response/Reply, Order on Motion to Amend/Correct, Order on Motion to Strike, Order on Motion for Entry of Default, Order on Motion for Default Judgment, Order on Motion for Miscellaneous Relief, 35 Order Referring Case to Magistrate Judge, 16 Order, 17 Order by Edar Y. Rogler. (Fee Status: IFP) (sls, Deputy Clerk) (Entered: 03/27/2008) |
| 03/27/2008 | 71 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 70 Notice of Appeal. IMPORTANT NOTICE: To access forms which you are required to file with the United States Court of Appeals for the Fourth Circuit please go to http://www.ca4.uscourts.gov and click on Forms & Notices. (sls, Deputy Clerk) (Entered: 03/27/2008) |
| 03/27/2008 | | Assembled Electronic Record Transmitted to Fourth Circuit -- Initial. (sls, Deputy Clerk) (Entered: 03/27/2008) |
| 03/31/2008 | | USCA Case Number 08-1363 for 70 Notice of Appeal, filed by Edar Y. Rogler. Case Manager - Lisa Nisbett. (sls, Deputy Clerk) (Entered: 03/31/2008) |
| 04/01/2008 | 72 | (FILED IN ERROR) MOTION for Reconsideration re 69 Order by Edar Y. Rogler (jnl, Deputy Clerk) Modified on 4/1/2008 (jnl, Deputy Clerk). (Entered: 04/01/2008) |
| | | |

| 04/01/2008 | 73 | ORDER re returning deficient document to plaintiff. Signed by Judge William M Nickerson on 4/1/08. (Attachments: # 1 Attachment)(c/m 4/1/08 jnl, Deputy Clerk) (Entered: 04/01/2008) |
| 04/01/2008 | 74 | ORDER re returning deficient document to plaintiff. Signed by Judge William M Nickerson on 4/1/08. (Attachments: # 1 Attachment)(c/m 4/1/08 jnl, Deputy Clerk) (Entered: 04/01/2008) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 04/03/2008 16:22:46 | | |
| PACER Login: | ux0155 | Client Code: |
| Description: | Docket Report | Search Criteria: | 1:07-cv-01676-WMN |
| Billable Pages: | 5 | Cost: | 0.40 |

EXHIBIT D

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **EDAR ROGLER,**<br>**Plaintiff,** *pro se* | )<br>) | **Civil Action No. 07-cv-0726WMN** |
| versus | ) | **Honorable Senior** |
| **MICHAEL O. LEAVITT,**<br>**Secretary,**<br>**U.S. DHHS,**<br>**In His Official Capacity,**<br>**Defendant.** | )<br>)<br>)<br>)<br>) | **United States District Judge**<br>**William M. Nickerson** |



| | | |
|---|---|---|
| **EDAR Y. ROGLER,**<br>**Plaintiff,** *pro se* | )<br>)<br>) | |
| versus | ) | **Civil Action No. 07-cv-1676WMN** |
| **U.S. DEPARTMENT OF HEALTH**<br>**AND HUMAN SERVICES,**<br>**Defendant.** | )<br>)<br>)<br>) | |

oOo

### PLAINTIFF'S ACCEPTANCE OF ADR WITH U.S. MAGISTRATE

Plaintiff *pro* se, Edar Rogler, accepts participating in ADR with U.S. Magistrate. Plaintiff objects to the Defendant not informing this Court and Plaintiff that immediately prior to Defendant's sudden announcement of willingness to participate in ADR that apparently Congress appointed an investigator and/or some sort of prosecutor on events and transactions that are including incidents involved in the above-captioned matters and Plaintiff's name was listed as a witness.

**WHEREFORE,** Plaintiff respectfully accepts ADR with the U.S. Magistrate with the understanding that any settlement agreement reached will need to be specially drafted to avoid the appearance that any settlement reached herein will in any way involve Plaintiff's being interviewed and/or called as a witness in a Congressional investigation.

1

Respectfully submitted by:

DATED: 02/23/08

Edar Rogler, Plaintiff *pro se*
915 Boucher Avenue
Annapolis, Maryland  21403
(410) 280-9270

## CERTIFICATION OF SERVICE

I, HEREBY, CERTIFY that on this 23rd day of February, 2008, a copy of the foregoing

was mailed first class, postage prepaid to AUSA Ariana W. Arnold, U.S. Attorney's

Office, 36 South Charles Street, Baltimore, Maryland  21201.

EDAR ROGLER

**Kidwell, Judith A. (USADC)**

| | |
|---|---|
| From: | edar rogler [edar_rogler@yahoo.com] |
| Sent: | Monday, March 31, 2008 4:17 PM |
| To: | Kidwell, Judith A. (USADC) |
| Subject: | Re: Stay |

Dear Ms. Kidwell, I do not believe that was my message. Perhaps it was someone else. I have retained counsel in my Title VII case, and do not know if he will enter his appearance in my Bivens case. Thanks, Edar Rogler
----- Original Message ----
From: "Kidwell, Judith A. (USADC)" <Judith.A.Kidwell@usdoj.gov>
To: edar rogler <edar_rogler@yahoo.com>
Sent: Monday, March 31, 2008 2:14:03 PM
Subject: RE: Stay

Dear Ms. Rogler,

You left me a voicemail indicating that you have retained counsel in this matter. It is, therefore, unethical for me to communicate directly with you on your case.

Judith A. Kidwell
Assistant U.S. Attorney

**From:** edar rogler [mailto:edar_rogler@yahoo.com]
**Sent:** Thursday, March 27, 2008 7:11 PM
**To:** Kidwell, Judith A. (USADC)
**Cc:** Ramona Cohen; Adrienne Tranel
**Subject:** Stay

Dear Ms. Kidwell: Hello, I noticed that you entered your appearance today in my *Bivens* complaint and requested an extension to April 14th, 2008. My phone number has changed to (410)280-9270. I have no objections to your extension and have not finished serving the summonses and complaints on the defendants. Are you interested in entering into a stay until May 14th, 2008 other than service of the summons and complaints? Sorry to hear that you have been ill. Edar Rogler

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

OMG, Sweet deal for Yahoo! users/friends: Get A Month of Blockbuster Total Access, No Cost. W00t