IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
MAY 7 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**EDAR ROGLER**
**Plaintiff** *pro se*,

v.

**WILLIAM BIGLOW**, *et al*
**Defendants.**

C.A. No. 1:07-cv-02308(RMC)

...oOo...

**PLAINTIFF'S ERRATA FOR HER REPLY TO DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSTION TO PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME TO EFFECT SERVICE AND**
**TO SUBSTITUTE SERVICE OF PROCESS and ERRATA TO HER COMPLAINT**

Plaintiff *pro se*, Edar Rogler, hereby humbly apologizes that her REPLY TO DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSTION TO PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME TO EFFECT SERVICE AND TO SUBSTITUTE SERVICE OF PROCESS inadvertently misuses the terms venue and jurisdiction.

1. Plaintiff writes at pg. 2, 1st full paragraph, "Clearly Plaintiff never raised 28 U.S.C. §1391(b)(1) as a source of jurisdiction." Plaintiff wishes to correct it to "Clearly Plaintiff never raised 28 U.S.C. §1391(b)(1) for her choice of venue. Plaintiff's Complaint at ¶18 (Paper no. 1) cites to 28 U.S.C. §1392(b)(2) for her choice of venue."

2. Plaintiff writes at pg. 2, 2nd full paragraph, "Plaintiff's Complaint (Paper no. 1) states that Plaintiff's jurisdiction is provided under 28 U.S.C. §1391(2)." Plaintiff wishes to correct it to " Plaintiff's Complaint at ¶17 (Paper no. 1) cites to 28 U.S.C. §1331 and 28 U.S.C. 1343(a) as her source of jurisdiction. Plaintiff additionally asserts jurisdiction is authorized by Defendants' forum linked activity and the District of Columbia's Long Arm Statute, D.C.Code §13-423 and satisfies requirements of constitutional due process."

1

3. Plaintiff wishes to add by interlineations to her <u>Complaint</u> ¶17 (Paper no. 1) "and jurisdiction is authorized by the Defendants' and/or the Defendants' agents' forum linked activities and the District of Columbia's Long Arm Statute D.C.Code §13-423 *et seq.* and satisfies requirements of constitutional due process."

WHEREFORE, Plaintiff respectfully prays for the instant errata to be accepted by the Court.

Respectfully submitted by:

DATED: May 3, 2008

EDAR ROGLER, Plaintiff *pro se*
915 Boucher Avenue
Annapolis, Maryland 21403
(410) 280-9270
edar_rogler@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2008 I mailed postage, pre-paid the above ERRATA to AUSA Judith A. Kidwell, 555 Fourth Street, N.W. – Civil Division, Room E4905, Washington, District of Columbia 20530.

EDAR ROGLER