IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**EDAR ROGLER**
**Plaintiff** *pro se*,

v.

**WILLIAM BIGLOW,** *et al*
**Defendants.**

C.A. No. 1:07-cv-02308(RMC)

...oOo...

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff *pro se*, Edar Rogler, hereby respectfully moves for an enlargement of time to respond to Defendants' motion to dismiss (Paper no. 11). This is the first motion for an enlargement of time by the Plaintiff on her response to the Defendants' motion to dismiss. The Plaintiff's response is currently due on or before May 14th, 2008. Plaintiff moves for an enlargement of time for her response to be due on or before June 7th, 2008 for the following reasons:

1. Plaintiff had engaged the services of a law firm, however the law firm did not enter its appearance or represent the Plaintiff in the instant matter.

2. Plaintiff had difficulty serving the Defendants.

3. Plaintiff has had to prepare for ADR in another case currently pending in Maryland.

4. Defendants' motion is extensive and will require additional time for the Plaintiff to adequately respond to said motion.

5. Defendants' counsel refused to communicate with the Plaintiff, because of her contract with a law firm to represent her in the instant matter.

WHEREFORE Plaintiff respectfully moves for her enlargement of time to be granted.

RECEIVED
MAY 8 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

                                        Respectfully submitted by:

DATED: May 6, 2008

                                EDAR ROGLER, Plaintiff *pro se*
                                915 Boucher Avenue
                                Annapolis, Maryland 21403
                                (410) 280-9270
                                edar_rogler@yahoo.com

## CERTIFICATE OF SERVICE

     I hereby certify that on May 6th, 2008 I mailed postage, pre-paid the above reply to AUSA Judith A. Kidwell, 555 Fourth Street, N.W. – Civil Division, Room E4905, Washington, District of Columbia 20530.

                                EDAR ROGLER

## ORDER

     UPON CONSIDERATION OF Plaintiff's Motion for An Enlargement of Time to file her response to Defendants' motion to dismiss herein, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2008,

     **ORDERED** that Plaintiff's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff shall have until and including June 7th, 2008, to file her response to the Defendants' motion to dismiss herein.

                                U.S. District Judge Collyer