IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDAR ROGLER  :
Plaintiff *pro se*,

v.  :

C.A. No. 1:07-cv-02308(RMC)

WILLIAM BIGLOW, *et al*
Defendants.  :

...oOo...

### PLAINTIFF'S NOTIFICATION OF CONCLUSION OF ADR IN RELATED MATTER

Plaintiff pro se, Edar Rogler, hereby gives notice that the parties in *Rogler v. Leavitt*, 1:07-cv-00726 (WMN) met on May 7, 2008 for Alternative Dispute Resolution (ADR) with U.S. Magistrate James K. Bredar. The parties were progressing towards settlement. However in less than a couple of hours and before even the lunch break Judge Bredar unilaterally terminated the ADR. The parties continued to discuss settlement on May 7, 2008 and discussions are continuing.

Respectfully submitted by:

DATED: May 9th, 2008

EDAR ROGLER, Plaintiff *pro se*
915 Boucher Avenue
Annapolis, Maryland 21403
(410) 280-9270
edar_rogler@yahoo.com

RECEIVED
MAY 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATE OF SERVICE

I hereby certify that on May 9th, 2008 I mailed postage, pre-paid the above notice to AUSA Judith A. Kidwell, 555 Fourth Street, N.W. – Civil Division, Room E4905, Washington, District of Columbia 20530.

EDAR ROGLER

1