# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**EDAR ROGLER**                                     :
**Plaintiff** *pro se*,

**v.**                                              :

**WILLIAM BIGLOW,** *et al*                                 **C.A. No. 1:07-cv-02308(RMC)**
**Defendants.**                                     :
                                        ...oOo...

**PLAINTIFF'S MOTION FOR JUDICIAL NOTICE IN SUPPORT FOR PLAINTIFF'S MOTION TO TRANSFER AND ALL OTHER MOTIONS AND/OR RESPONSES PENDING**
**PART THREE**
**[FRE 201]**

Plaintiff *pro se*, Edar Rogler, moves for the Court to take judicial notice of:

Admissions by various Defendants and uncontroverted evidence submitted in the matter of *Dr. Reeve Robert Brenner v. Department of Health and Human Services*, NIHCC-2006-0009; submitted in the Merit System Protection Board ("MSPB") appeal no. DC-0752-07-0414-I-1; and EEOC appeal no. 531-2007-00187X.

1.) Rev. Karen Morrow's electronic mail to John I. Galin, M.D. dated November 8, 2005 re: "request for conversation", a true and accurate copy is attached hereto as Exh. "1";

2.) Hillary Fitilis electronic mail to William Biglow dated June 7, 2006 re: "letter to DOJ Civil Rights Division" referring to meeting on June 8th, 2006 a true and accurate copy is attached hereto as Exh. "2";

3.) Sonia E. Gaskin, EEO Specialist's letter dated June 20, 2006 to Dr. Brenner's attorney, Mr. Irving Kator, a true and accurate copy is attached hereto as Exh. "3";

4.) Karen M. Basnight, Acting Director's letter dated June 27, 2006 to Dr. Brenner's attorney, Mr. Kator, a true and accurate copy is attached hereto as Exh. "4";

5.) April 2, June 11, and August 7: NINETEENTH SUNDAY IN ORDINARY TIME, "For the Jewish people, that they will come to the fullness of their inheritance in Christ, let us pray to the Lord." Prayers in federal chapel at NIH CC, a true and accurate copy is attached hereto as Exh. "5";

# RECEIVED

MAY 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

6.) Destruction of Jewish Prayer Books, electronic mail from Rabbi Benjamin Rubin to Rabbi Brenner dated August 7, 2006, a true and accurate copy is attached hereto as Exh. "6";

7.) Letter from Rabbi James R. Michaels to Rev. Ray Fitzgerald re: mandating Rabbi Brenner to take CPE, a true and accurate copy is attached hereto as Exh. "7";.

8.) Schedule of Jewish High Holiday Services for 2006, a true and accurate copy is attached hereto as Exh. "8";

9.) Electronic mail from Walter Jones to Rabbi Brenner dated August 22, 2006 re: "Your memo dated 8/18/226 regarding Jewish High Holidays", a true and accurate copy is attached hereto as Exh. "9";

10.)    Electronic mail from Walter Jones to Angela Kinney with copy to Hillary Fitilis dated September 6, 2006 re: "Reimbursement for CPE Training for Reeve Brenner", a true and accurate copy is attached hereto as Exh. "10";

11.)    Letter from Maureen Gormley, RN, MPH dated September 15, 2006 to Dr. Brenner subject "Jewish High Holy Day Services for Patients at the NIH Clinical Center", a true and accurate copy is attached hereto as Exh. "11";

12.)    Letter from Maureen Gormley, RN, MPH, dated September 28, 2006 to Rabbi Reeve Brenner re: "Clarification of NIH Clinical Center Administrative Policies and NIH Ethics Rules and Regulations", a true and accurate copy is attached hereto as Exh. "12";

13.)    Electronic mail to and from Hillary Fitilis and Maureen Gormley on October 1, 2006 re: RB a true and accurate copy is attached hereto as Exh. "13";

14.)    Electronic mail package of emails to and from Hillary Fitilis, Walter Jones and Maureen Gormley on October 1, 2006 regarding Rabbi Brenner, a true and accurate copy is attached hereto as Exh. "14";

15.)    Electronic mail to and from Hillary Fitilis and Sue Johnson on October 3, 2006, a true and accurate copy is attached hereto as Exh. "15";

16.)    Electronic mail from Hillary Fitilis to Gwen Platt dated October 4, 2006 re:RB, a true and accurate copy is attached hereto as Exh. "16";

17.)    Electronic mail from Walter Jones to Gwen Platt dated October 4, 2006 with two memorandums for record, a true and accurate copy is attached hereto as Exh. "17";

18.) EEOC protective order for Edar Rogler, a true and accurate copy is attached hereto as Exh. "18";

The Court has the power and authority to take judicial notice of said proceedings pursuant to Federal Rules of Evidence, Rule 201 and other authorities cited. See *Concillio De Salud Integral De Loiza, Inc. v. U.S. D.H.H.S.*, 538 F.Supp.2d 139, ---, 2008 U.S. Dist. LEXIS 18576, *14 (D.D.C. 2008)(citing to *Gustave-Schmidt v. Choa*, 226 F.Supp. 191, 196 (D.D.C. 2002).

This motion is made in connection with the Plaintiff's motion to transfer and her future response in opposition to Defendants' motion to dismiss that is currently due on May 14th, 2008[1] and any other matters that will be decided. On the Plaintiff's motion for transfer and to be filed opposition to Defendants' motion to dismiss the Court may take judicial notice of the public record of federal administrative hearings. *Covad Comms. Co. v. Bell Atl. Corp.,* 407 F.3d 1220, 1222 (D.C.Cir. 2005).

In regards to the Defendants' motion to dismiss the Court has authority to take judicial notice without converting the proceeding to a summary judgment motion. In *Baker v. Henderson,* 150 F.Supp. 2d 13, 15 (D.D.C. 2001) the District Court stated:

> In determining whether a complaint fails to state a claim, the court may consider facts alleged in the complaint, any documents either attached to or incorporated in the complaint and matters of which the court may take judicial notice. *See E.E.O.C. v. St. Francis Xavier Parochial School*, 326 U.S. App. D.C. 67, 117 F.3d 621, 625 (D.C. Cir. 1997). Thus, **the court may take judicial notice of matters of a general public nature, such as court records, without converting the motion to dismiss into one for summary judgment.** *See Marshall County Health Care Auth. v. Shalala*, 300 U.S. App. D.C. 263, 988 F.2d 1221, 1226 (D.C. Cir. 1993); *Phillips v. Bureau of Prisons*, 192 U.S. App. D.C. 357, 591 F.2d 966, 969 (D.C. Cir. 1979) (court may consider items in the record of the case or of a general public nature).
>
> Emphasis added.

---

[1] Plaintiff has served her motion to enlarge her time to respond to Defs' mot. to dismiss, but it has not been entered into the record in the instant matter.

The Court can take judicial notice of documents outside of the complaint that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(d).

WHEREFORE the Plaintiff respectfully moves for the Court to take judicial notice as stated.

Respectfully submitted by:

DATED: May 12, 2008

EDAR ROGLER, Plaintiff *pro se*
915 Boucher Avenue
Annapolis, Maryland 21403
(410) 280-9270

### CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2008 I mailed postage, pre-paid the above motion to AUSA Judith A. Kidwell, 555 Fourth Street, N.W. – Civil Division, Room E4905, Washington, District of Columbia 20530.

EDAR ROGLER

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


**EDAR ROGLER**                    :
Plaintiff *pro se*


v.                                 :

**WILLIAM BIGLOW,** *et al*            CASE NO.  1:07-cv-02308(RMC)

_____oOo_____



Rev. Karen Morrow's electronic mail to John I. Galin, M.D.
dated November 8, 2005 re: "request for conversation"




**EXHIBIT "1"**

## Brenner, Reeve (NIH/CC/SM) [E]

**From:** Morrow, Karen M [kmorrow2@clarian.org]

**Sent:** Wednesday, November 09, 2005 11:49 AM

**To:** Brenner, Reeve (NIH/CC/SM)

**Subject:** FW: request for conversation

Hi Reeve,

I finally got around to sending this to Dr. Gallin. It did not bounce back so I assume it got through. I had intended to send you a blind copy but forgot at the time but thought you might want to see what I said. I hope that you are well.

Have you heard from Dr. Gallin?
Peace,
Karen

-----Original Message-----
**From:** Morrow, Karen M
**Sent:** Tuesday, November 08, 2005 8:05 AM
**To:** 'jgallin@mail.nih.gov'
**Subject:** request for conversation

Dear Dr. Gallin,

I hope that this e-mail finds you doing well. things are going well here at Clarian, though I call myself the "director with training wheels."

I am writing because I have heard form Rabbi Brenner about his distress at being called to testify in Henry Heffernan's EEO case.

He would like to talk with you about the situation but felt nervous about approaching you himself, though with all my delaying, by now he may have done so.

So please, contact him if he hasn't talked with you yet. His number is 301-651-0433.
You could say that I am meddling and that it is of no concern for now I am gone. But Reeve is a friendly colleague and this situation is so unpleasant.

Praying for the best in all that you do.

Shalom,
Karen

Karen Woodson Morrow, M. Div.
Director, Chaplain Service and Pastoral Education
Clarian Health Partners
Wile Hall W230
317-962-3201

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


**EDAR ROGLER**                          :
Plaintiff *pro se*


v.                                       :

**WILLIAM BIGLOW,** *et al*              CASE NO.  1:07-cv-02308(RMC)

_____oOo_____


**Hillary Fitilis electronic mail to William Biglow dated June 7, 2006 re: "letter to
DOJ Civil Rights Division" referring to meeting on June 8th, 2006**


**EXHIBIT "2"**

Reminder: AOL will never ask you to send us your password or credit card number in an email.   This message has been scanned for known viruses.

| | |
|---|---|
| **From:** | edar rogler |
| **To:** | Rabbi Reeve |
| **Subject:** | Fwd: RE: letter to DOJ Civil Rights Division |
| **Date:** | Fri, 9 Jun 2006 06:24:02 -0700 (PDT) |

Does anyone know William Biglow?

Note: forwarded message attached.

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

**Attached Message**

| | |
|---|---|
| **From:** | Fitilis, Hillary (NIH/CC/OD) [E] <HFitilis@cc.nih.gov> |
| **To:** | edar rogler <edar_rogler@yahoo.com>; Canino, Victor (NIH/OD) [E] <CANINOV@od31em1.od.nih.gov> |
| **Cc:** | Biglow, William (OS) <William.Biglow@HHS.GOV> |
| **Subject:** | RE: letter to DOJ Civil Rights Division |
| **Date:** | Wed, 7 Jun 2006 12:42:30 -0400 |

Hi Bill.  Just keeping you in the loop on the most recent communication from Ms. Rogler.  I hope that you and
Victor are able to touch base today to discuss and then we will follow up in our scheduled meeting tomorrow at
12:30.

---

**From:** edar rogler [mailto:edar_rogler@yahoo.com]
**Sent:** Wednesday, June 07, 2006 10:59 AM
**To:** Canino, Victor (NIH/OD) [E]; Fitilis, Hillary (NIH/CC/OD) [E]
**Cc:** Gallin, John (NIH/CC/OD) [E]
**Subject:** letter to DOJ Civil Rights Division

For your information.

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


**EDAR ROGLER**                              :
Plaintiff *pro se*


v.                                           :

**WILLIAM BIGLOW,** *et al*          CASE NO.  1:07-cv-02308(RMC)

_____oOo_____


Sonia E. Gaskin, EEO Specialist's letter dated June 20, 2006
to Dr. Brenner's attorney, Mr. Irving Kator


EXHIBIT "3"



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service



National Institutes of Health
Bethesda, Maryland 20892

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**  www.nih.gov
(Certified Mail No. 7001 0360 0000 0252 6765)

June 20, 2006

Mr. Irving Kator
1020 19th Street, N.W.
Suite 350
Washington, DC  20036

**Re: Letter of Receipt**
Complaint of Reeve Brenner - NIHCC-2006-0009
v. Department of Health and Human Services

Dear Mr. Kator:

This letter is to acknowledge receipt of your client's Formal Discrimination Complaint, which was filed with this Office on **June 5, 2006.**  Enclosed is a copy of the Counselor's Report. Your client's complaint will be processed in pursuant to the provisions of Title 29 Code of Federal Regulations, Section 1614.

You will be notified relative to which claim(s) are accepted and/or dismissed.  You also will be notified of applicable appeal rights.  If additional information is needed to clarify the complaint, you will be contacted promptly.  It will be your obligation to keep this Office informed of your current mailing address and telephone number.  Your failure to keep us so advised may cause a delay in processing the complaint and may, where appropriate, lead to dismissal of your client's complaint.

Unless you have submitted an amendment or agreed in writing to extend the time period, the investigation of your complaint must be completed within 180 days. If you have not submitted an amendment and have not received the Report of Investigation within 180 days of filing your client's complaint, you may request a hearing and decision from the Equal Employment Opportunity Commission (EEOC).  Should you elect a hearing in connection with this matter, your client's hearing request must be transmitted to:

Ms. Marie M. Tomasso
Director
Baltimore District Office
Equal Employment Opportunity Commission
10 South Howard Street, 3rd Floor
Baltimore, Maryland 21201

Page 2 – Complaint of Reeve Brenner, NIHCC-2006-0009

If, after 180 days, you choose to request a hearing, please send the original request to the EEOC Office and a courtesy copy to this Office.

In the absence of an amended complaint or agreed-upon extension, you also have the right to file a civil action within 180 days of filing your client's complaint, if no appeal has been filed or final action taken.

If you wish to inquire as to the status of your client's complaint, you may write to the Office of Equal Opportunity and Diversity Management, National Institutes of Health, 6011 Executive Blvd., Suite 216, Maryland, 20892-7653, or you may contact me at (301) 402-3687.

Sincerely,

Sonia E. Gaskin
EEO Specialist
Division of Complaints Management and Resolution
Office of Equal Opportunity and Diversity Management

Enclosure

cc: Complainant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


**EDAR ROGLER**                              :
Plaintiff *pro se*


v.                                           :

**WILLIAM BIGLOW,** *et al*              CASE NO.  1:07-cv-02308(RMC)

_____oOo_____




**Karen M. Basnight, Acting Director's letter dated June 27, 2006
to Dr. Brenner's attorney, Mr. Kator**




**EXHIBIT "4"**



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

National Institutes of Health
Bethesda, Maryland 20892
www.nih.gov

## CERTIFIED MAIL - RETURN RECEIPT REQUESTED
### (CERTIFIED MAIL No. 7001 0360 0000 0252 6833)

Mr. Irving Kator                          JUN 2 7 2006
1020 19th Street, N.W.
Suite 350
Washington, DC  20036

Re: Letter of Acceptance
Complaint of Reeve Brenner v.
Department of Health and Human Services
Agency File No. NIHCC-06-0009
Date Filed Formal: June 5, 2006

Dear Mr. Kator:

This is to inform you of the decision of the National Institutes of Health (NIH) of the Department of Health and Human Services (DHHS) concerning the above-captioned complaint filed by your client on June 5, 2006, against the Clinical Center (CC).

The following claims have been accepted for investigation:

Whether the Complainant was discriminated against on the bases of religion (Jewish) and reprisal (prior EEO activity) when he was subjected to a hostile work environment as evidenced by the following incidents:

1. Since January 20, 2006, he has been denied the use of the Clinical Center Chapel for High Holy days Jewish worship and tradition services.

2. In December 2005 through April 2006, he has been subjected to derogatory comments by his supervisor regarding his Jewish religious faith and practice.

3. In February 2006, he was not allowed to perform his duties as the Jewish Chaplain for a Jewish traditional funeral service at the Clinical Center Chapel.

4. Since February 2006, he has been denied back-pay to cover all mandatory Clinical Pastoral Education training and back-pay for the on-call services rendered at the Clinical Center.

5. In March 2006, he was subjected to a hostile work environment when his supervisor lost his temper and threw a book at him during the Department Spiritual Ministry meeting.

Page 2 - Mr. Irving Kator,
　　　　Complainant - Reeve Brenner, NIHCC-06-0009

If you do not agree with the defined issues, you must provide us with sufficient reasons, in writing, within seven (7) calendar days of receipt of this letter.

An investigator will be assigned to your client's complaint. When the investigation begins, the investigator will contact you. You should present to the investigator all information that you wish to be considered in the processing of your client's claim and the names of any witnesses you believe should be contacted. Failure to cooperate with the assigned investigator may result in the dismissal of the complaint.

At the conclusion of the investigation, you will receive a copy of the report of investigation (ROI), which will include an investigative summary. Within 30 days of receipt of the ROI, you have the right to request either a hearing from an Equal Employment Opportunity Commission Administrative Judge (EEOC AJ), **or** a Final Agency Decision based upon the record.

If you elect to request a hearing, you should submit your request to:

> EEOC
> Baltimore District Office
> City Crescent Building
> 10 South Howard Street, 3rd Floor
> Baltimore, Maryland 21201

Pursuant to the provisions of Title 29 C.F.R. Section 1614, you may amend a formal complaint with issues or claims that are "like or related" to the original complaint prior to the conclusion of the investigation without the need for additional counseling. This office will acknowledge in writing any written amendments filed. The regulations require that the investigation be completed by the earliest date of the following options: the 180th day after the filing date of the complaint; the 180th day after the filing date of the last amendment to the original complaint; or the 360th day following the filing date of the original complaint. If you wish to amend a complaint after you have requested a hearing, you must file a motion to amend the complaint directly with the AJ assigned to your client's complaint.

If you have not received the investigative file and investigative summary within 180 days of the date this complaint was filed, you have the right to request a hearing to be conducted by the EEOC or to file a civil action in the appropriate U.S. District Court.

In the event that you engage the services of a licensed attorney to represent you in this matter, and there is a change in the attorney's address or telephone number, or your representation changes, you must notify this office in writing immediately. Failure to make such notification may result in a denial of fees or cost to which an attorney might otherwise be entitled.

Page 3 - Mr. Irving Kator,
        Complainant - Reeve Brenner, NIHCC-06-0009


Status inquiries regarding this complaint should be directed to Ms. Sonia E. Gaskin,
EEO Specialist, at (301) 402-3687.

                                Sincerely,

                                *Karen M. Basnight*

                                Karen M. Basnight
                                Acting Director
                                Division of Complaints Management and Resolution
                                Office of Equal Opportunity and Diversity Management


cc:
Complainant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


EDAR ROGLER                         :
Plaintiff *pro se*


v.                                  :

WILLIAM BIGLOW, *et al*                    CASE NO.  1:07-cv-02308(RMC)

_____oOo_____


**April 2, June 11, and August 7: NINETEENTH SUNDAY IN ORDINARY TIME,
"For the Jewish people, that they will come to the fullness of their inheritance in
Christ, let us pray to the Lord." Prayers in federal chapel at NIH CC**


**EXHIBIT "5"**

## APRIL 2: FIFTH SUNDAY OF LENT

**Gospel Theme for Today:** *God's new covenant* in Christ involves obedience: like Christ, we are God's servants who take up our cross. Our new relationship with God is in our hearts and minds, where love is living.

**Litany of Praise:**

1) Lord Jesus, Son of God and Son of Man, [Kyrie, eleison.] *or* [Lord, have mercy.]

2) Christ Jesus, Source of eternal salvation, [Christe, eleison.] *or* [Christ, have mercy.]

3) Lord Jesus, help us to follow you, [Kyrie, eleison.] *or* [Lord, have mercy.]

**First Reading:** God promised you a new covenant, a new relationship with him. Here are the words of that promise.

**Second Reading:** Our new relationship with God is something special. It is founded on the obedience of Christ. Here is the why and the how of that relationship.

**General Intercessions:** *Priest:* We know that we are joined in a covenant with God. In the spirit of that covenant, we now present our petitions to the Father. Let us pray.

*Deacon, Cantor, or other Minister:*

1) For all Christians, that they will grow in obedience to Christ and to his message, let us pray to the Lord.

2) For the Jewish people, that they will come to a richer knowledge of God in the new covenant of Christ, let us pray to the Lord.

3) For those who suffer severe pain and hurt, that they will grow in obedience to God by their imitation of Christ, let us pray to the Lord.

4) For all the faithful departed, and for their family and friends, that they will be close to Christ, the source of eternal salvation, let us pray to the Lord.

5) For those among us who give their lives in service of Christ, that they will do good work and produce a rich harvest, let us pray to the Lord.

6)_____

*Priest:* **Father,** we thank you for hearing us, as you heard your Son because of his reverence. Help us now, to follow his example, in obedience and generosity. We ask this through Christ our Lord.

**Ideas and Suggestions**

• An appropriate hymn today would be *How Great and Good Is He,* calling to mind the new covenant we have with God.

• The third Scrutiny takes place today. (See the RCIA, #171-177.)

• Next Sunday is Palm Sunday. You might wish to schedule the sacrament of reconciliation this week, rather than next, to avoid conflict with Good Friday. or Holy Saturday.

## JUNE 11: TRINITY SUNDAY

**Gospel Theme for Today:** The Father who sent his Son also sent the Spirit; we have in our hearts the presence of the *Trinity:* God's unfailing, enduring, undying love.

**Litany of Praise:**

1) Lord Jesus, our Teacher and Prophet, [Kyrie, eleison.] *or* [Lord, have mercy.]
2) We carry out what you have commanded, [Christe, eleison] *or* [Christ, have mercy.]
3) Lord Jesus, fill us with your Holy Spirit, [Kyrie, eleison.] *or* [Lord, have mercy.]

**First Reading:** From the time of Moses to the present, our faith is constant in only one God. It is Catholic faith that there is only one divine nature. This truth comes from God himself.

**Second Reading:** There are three ways we know the Father's love: as a gift of God himself, as the grace of Christ, and as the friendship we find in the Church. For us, this is indeed a blessing.

**General Intercessions:** *Priest:* Let us pray together to God our Father.

*Deacon, Cantor, or other Minister:*

1) For full communion once again between the Roman Catholic and the Orthodox Churches, let us pray to the Lord.

2) That the Jewish people will come to their full inheritance in Christ, the King of Israel, let us pray to the Lord.

3) That the Spirit will give life to the weak and failing, the oppressed and needy, let us pray to the Lord.

4) That the voice of the Spirit will be heard by all those in our own neighborhood who do not know Christ, let us pray to the Lord.

5) _____

_____

*Priest:* Lord God, Eternal Father, we give you thanks and praise and glory. Hear our prayers and let your Spirit fill our hearts, through Christ our Lord.



**Ideas and Suggestions**

• In the spirit of the liturgy, prayer is not directed to the Father, the Son, and the Spirit. Instead, we pray *to* the Father, *through* the Son, *in* the Spirit. The Trinity is not a distant reality in heaven but a living presence in our hearts.

• This is a good day to use the texts of the hymns to explain our faith. In the reformed Order of Mass of 1969, all the prayers directed to the Trinity, as such, have been altered or omitted. This is in the spirit of the liturgy. So, too, our hymns are meant to be a prayer. See *From All Who Dwell* verse 6, and *Give Thanks to God the Father.*

## AUGUST 7: NINETEENTH SUNDAY IN ORDINARY TIME

**Gospel Theme for Today:** Christ is known, not in the violence of the *storm*, but in the quiet certainty of faith. He walks on the waters, he stretches out his hand, he shows his divinity. Jesus Christ the Jew is also the Messiah of God.

**Litany of Praise:**

> 1) Lord Jesus, Son of God, we give you glory, [Kyrie, eleison.] *or* [Lord, have mercy.]
> 2) Christ Jesus, save us, we pray, [Christe, eleison.] *or* [Christ, have mercy.]
> 3) Lord Jesus, Redeemer King, Messiah, [Kyrie, eleison.] *or* [Lord, have mercy.]

**First Reading:** Elijah searched for God with eagerness. But God reveals himself when he wishes. He is not a "nature god" who throws out thunderbolts at random or who needs to be placated and appeased. He is not a god of vengeance or violence; he does not promote war, destruction, or death. Elijah the prophet learned this lesson well; so must we.

**Second Reading:** Paul speaks of his love for the Jewish people, his respect for Jewish tradition and his reverence for Jewish prayer. Nevertheless, it is part of our religion to pray that the Jewish people come to the fullness of truth in Christ. This is not anti-semitism; it is the preaching of Paul, the faith of the Church, the will of Christ.

**General Intercessions:** *Priest:* In quiet expectation, in humble hope, let us present our prayers to God.

> *Deacon, Cantor, or other Minister:*
>
> 1) For converts to the Church, that they will grow in love of God, day by day, let us pray to the Lord.
>
> 2) For the Jewish people, that they will come to the fullness of their inheritance in Christ, let us pray to the Lord.
>
> 3) For those who fish and farm the seas, that their efforts may succeed, for the good of humanity, let us pray to the Lord.
>
> 4) For those afflicted by storms and bad weather, let us pray to the Lord.
>
> 5) For the fullness of faith, that we may open our hearts to God in daily prayer, in quiet reflection, and in fervent love, let us pray to the Lord.
>
> 6)_____

*Priest:* Blest are you, Lord, God of our fathers, for giving us faith. We pray to you, and we ask your mercy. Speak to us in silence; fill us with your power, through Christ our Lord.



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


**EDAR ROGLER**                          :
Plaintiff *pro se*


**v.**                                   :

**WILLIAM BIGLOW,** *et al*              **CASE NO.  1:07-cv-02308(RMC)**

_____oOo_____


**Destruction of Jewish Prayer Books, electronic mail from Rabbi Benjamin Rubin to
Rabbi Brenner dated August 7, 2006**


**EXHIBIT "6"**

Subj:    **FW: Prayer Books**
Date:    8/18/2006 6:03:37 PM Eastern Standard Time
From:   RBrenner@cc.nih.gov
To:     rebreeven@aol.com


-----Original Message-----
**From:** Rubin, Benjamin (NIH/NEI) [C]
**Sent:** Monday, August 07, 2006 3:12 PM
**To:** Brenner, Reeve (NIH/CC/SM) [E]
**Subject:** Prayer Books

Dear Rabbi Brenner:
For the last four years, the NIH minyan group has been meeting on the 14th floor. We kept our prayer books in a box which was stored in the conference room. As of last week our books are missing. We understand the room was cleaned out under the auspices of the spiritual ministry. As you know our minyan is often used by patients in the clinical center. We plan on continuing this minyan in a soon to be designated location. We would respectively request that you budget for siddurim to replace the ones that were lost, and for the event that we have more people attend.

Artscroll Nusach Ashkenaz (Eastern European Ashkenaz Rite)    15@ $32/each
Artscroll Nusach Sfard (Chassidic & Hugarian Rite)    10@ $32/each
Zechut Yosef Sephardic Siddur  (Sephardic and Oriental Rite)    10@ $30/each

Rabbi Benjamin Rubin, MD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**EDAR ROGLER**                            :
**Plaintiff** *pro se*

v.                                          :

**WILLIAM BIGLOW,** *et al*          **CASE NO.  1:07-cv-02308(RMC)**

_____oOo_____


**Letter from Rabbi James R. Michaels to Rev. Ray Fitzgerald re: mandating Rabbi
Brenner to take CPE**


**EXHIBIT "7"**

Rev. Ray Fitzgerald
NIH
Spiritual Ministry Dept.
9000 Rockville Pike
7th Floor
Bethesda MD 20892

Dear Ray,

I'm writing with regard to your request that Rabbi Reeve Brenner be admitted to the CPE
unit sponsored by the Hebrew Home of Greater Washington. I have discussed this at
length with Reeve, and have come to the conclusion that we cannot act favorably on your
request. My reasons are as follows.

It is very apparent that Reeve's only reason for applying is because you are telling him
that he must obtain board certification. If he were admitted, he would be taking a space
otherwise filled by a trainee who is self-motivated to apply. This would be unfair to the
group, as it would compromise the group process from the very start.

Second, it is unfair of NIH to require a man of Reeve's age and experience to go through
the rigors of the certification process. This is especially problematic because Reeve fills a
part-time position at NIH.

As a member of the board of the National Association of Jewish Chaplains, I know that it
would take Reeve at least two years to obtain certification; more likely, it would take
three years. Given that Reeve has already served at NIH for a number of years, he should
be allowed to complete his tenure without obtaining certification.

With all due respect to your experience and status, I would suggest that Reeve be allowed
to devote his energies to serving his patients. Requiring him to take additional C.P.E.
units and pursue certification would be a disservice to him and to those he serves.

With best personal regards, I remain,

                                        Sincerely,


                                        Rabbi James R. Michaels
                                        Director of Pastoral Care

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**EDAR ROGLER**                              :
**Plaintiff** *pro se*


**v.**                                       :

**WILLIAM BIGLOW,** *et al*          **CASE NO.  1:07-cv-02308(RMC)**

_____oOo_____


Schedule of Jewish High Holiday Services for 2006




**EXHIBIT "8"**

*SEE NOTE AT bottom —*

### Schedule of High Holiday Services – 2006/5767

High Holyday services for Jewish patients at the clinical center will again be held at the NIH CC Chapel (7th fl. Hatfield Bldg.) and at the Leland Center with the concluding service on Yom Kippur at FAES.

September 22 - Rosh Hashanah services will be held on the Sabbath, Friday night at 4:30 pm at the NIH Chapel, 7th fl. Hatfield Bldg. with the Bet Chesed Congregation Bikkur Cholim visitors.

September 22 - A 2nd service will be held at the Leland Center at 8pm with the Bet Chesed Congregation.

September 23 - AM Rosh Hashanah Sabbath services will be held at 9:30 at the chapel, 7th fl. Hatfield Bldg (with CBC B.C.)

September 23 – AM service will be held at the Leland Center at 10:30am with CBC.

October 1 – Kol Nidre 4:30 service at the NIH chapel. 7th fl. Hatfield Bldg.

October 1 – Kol Nidre 7:30pm Leland Center with CBC.

October 2 – Yom Kippur 9:30am NIH 7th fl. Hatfield Bldg.

October 2 – Yom Kippur 10:30am Leland Center with CBC.

October 2 – The Concluding Service (NEILAH) at the FAES Bldg. will be followed by a light break-the-fast sponsored by the CBC.

Rabbi Reeve Brenner will be the officiant at all the services at the CBC and the CC NIH.

Please let me know if policy has changed and we are again permitted to reference my outside activities at the CBC and my role as rabbi – or strike out references as last year as you see fit. Then we will distribute accordingly.

Rabbi Dr. Reeve Brenner, Jewish Chaplain Spiritual Ministry Dept. NIH CC
301/496-3407***301/762-4241***301/257-5225

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


**EDAR ROGLER**                              :
Plaintiff *pro se*


**v.**                                       :

**WILLIAM BIGLOW,** *et al*                  CASE NO.  1:07-cv-02308(RMC)

_____oOo_____


**Electronic mail from Walter Jones to Rabbi Brenner dated August 22, 2006 re:
"Your memo dated 8/18/226 regarding Jewish High Holidays",**


**EXHIBIT "9"**

**Brenner, Reeve (NIH/CC/SM) [E]**

**From:** Jones, Walter (NIH/CC/OD) [E]
**Sent:** Tuesday, August 22, 2006 2:50 PM
**To:** Brenner, Reeve (NIH/CC/SM) [E]
**Cc:** Gallin, John (NIH/CC/OD) [E]; Kinney, Angela (NIH/CC/OD) [E]
**Subject:** Your memo dated 8/18/226 regarding Jewish High Holidays

As in previous years, please finalize the planning of the High Holyday services with your immediate supervisor Ray Fitzgerald. Per your request this year services for our Jewish patients and family members will be held in the Clinical Center Chapel. In the event you wish to make patients aware of services associated with you're approved outside activity, you must also provide the name, times and location of two additional congregations that are scheduling High Holiday services. If you require additional clarification, please contact me to schedule a time you, Ray and my self to discuss this in further detail. Also for future email communications regarding Clinical Center business or questions, please use your government issued email account.
Walter

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


**EDAR ROGLER**                                    :
Plaintiff *pro se*


**v.**                                                   :

**WILLIAM BIGLOW,** *et al*                    CASE NO.  1:07-cv-02308(RMC)

_____oOo_____


**Electronic mail from Walter Jones to Angela Kinney with copy to Hillary Fitilis
dated September 6, 2006 re:  "Reimbursement for CPE Training for Reeve Brenner**


**EXHIBIT "10"**

---

Reminder: AOL will never ask you to send us your password or credit card number in an email.  This message has been scanned for known viruses.

| | |
|---|---|
| **From:** | RBrenner@cc.nih.gov |
| **To:** | rebreeven@aol.com |
| **Subject:** | FW: Reimbursement for CPE Training for Reeve Brenner |
| **Date:** | Wed, 6 Sep 2006 4:22 PM |

---

-----Original Message-----
**From:** Jones, Walter (NIH/CC/OD) [E]
**Sent:** Wednesday, September 06, 2006 12:44 PM
**To:** Kinney, Angela (NIH/CC/OD) [E]
**Cc:** Fitilis, Hillary (NIH/CC/OD) [E]; Fitzgerald, Ray (NIH/CC/SM) [E]; Brenner, Reeve (NIH/CC/SM) [E]
**Subject:** Reimbursement for CPE Training for Reeve Brenner

Confirming our discussion today, It was confirmed that the correct number of hours worked beyond Reeve Brenner's normal work schedule for the period 10/3/2005 thru 2/1/2006 is 267 hours. You determined that your previous calculation of 167 hours was incorrect.
Please process the appropriate paper work so that payment the 267 hours is accomplished.
Thank you.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA


**EDAR ROGLER**                                     :
Plaintiff *pro se*


**v.**                                              :

**WILLIAM BIGLOW,** *et al*              **CASE NO.  1:07-cv-02308(RMC)**

_____oOo_____


**Letter from Maureen Gormley, RN, MPH dated September 15, 2006 to Dr. Brenner
subject "Jewish High Holy Day Services for Patients at the NIH Clinical Center",**


**EXHIBIT "11"**

**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

---

Warren G. Magnuson Clinical Center                          Building 10, Room 6-2551
Mark O. Hatfield Clinical Research Center                   10 Center Drive, MSC 1504
                                                            Bethesda, Maryland 20892
                                                            clinicalcenter.nih.gov

September 15, 2006

TO:        Rabbi Reeve Brenner
           Staff Chaplain, NIH, CC

FROM:      Chief Operating Officer, NIH, Clinical Center

SUBJECT:   Jewish High Holy Day Services for Patients at the NIH Clinical Center

Dr. Zerhouni has asked the Clinical Center to reply to your September 6th letter to him in which
you express concern about restrictions you allege prevent you from providing Jewish High Holy
Day services to NIH, Clinical Center (CC) patients. I have looked into this matter and
understand that Jewish High Holy Day services are scheduled for patients in the CC Chapel on
September 22nd and 23rd and October 1st and 2nd. In addition, I understand that you have been
advised that CC management has no objection to your request to refer Jewish patients to outside
synagogues should they desire to attend services off-site. In fact, CC management informed you
that the Social Work department is available to assist patients in accessing off-site services. In
order to avoid the appearance of impropriety, CC management has established that you include
two other synagogues in addition to your personal synagogue when referring patients to outside
services.

Your primary concern appears to be that over the past six years in your capacity as a CC
Chaplain you have organized traditional Jewish religious services for High Holy Days, but that
this year CC management is restricting your efforts. In the course of my inquiry, I learned that
for the past six years you have been participating in several unauthorized outside activities
including serving as Rabbi for Congregation Bet Chesed. You requested permission to
participate in your outside activities for the first time earlier this year, at which time it became
apparent that there is a potential for overlap between your official duties and your outside
activities. In the interest of establishing a clear distinction between your official duties and
outside activities, the CC Deputy Ethics Counselor advised you to refrain from providing off-site
services in your official capacity to NIH patients and their families. As you are aware, this
instruction does not prohibit patients or their families from attending services at Congregation
Bet Chesed, but simply ensures compliance with the NIH rules and regulations governing outside
activities.

I appreciate your commitment to the needs of our Jewish patients and I encourage you to
continue to work with CC management to establish a balance between your official duties and
authorized outside activities.

Maureen E. Gormley, RN, MPH

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**EDAR ROGLER**                                        :
Plaintiff *pro se*


**v.**                                                      :


**WILLIAM BIGLOW,** *et al*                    **CASE NO.  1:07-cv-02308(RMC)**

_____oOo_____


**Letter from Maureen Gormley, RN, MPH, dated September 28, 2006 to Rabbi
Reeve Brenner re: "Clarification of NIH Clinical Center Administrative Policies
and NIH Ethics Rules and Regulations"**


**EXHIBIT "12"**



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

---

Warren G. Magnuson Clinical Center                          Building 10, Room 6-2551
Mark O. Hatfield Clinical Research Center                    10 Center Drive, MSC 1504
                                                             Bethesda, Maryland 20892
                          DATE:   September 28, 2006         clinicalcenter.nih.gov

TO:         Reeve Brenner
            Staff Chaplain
            NIH Clinical Center

FROM:       Maureen E. Gormley
            Chief Operating Officer
            NIH Clinical Center

RE:         Clarification of NIH Clinical Center Administrative Policies and NIH
            Ethics Rules and Regulations

The purpose of this memorandum is to provide clarification on several issues with regard
to your schedule and outside activities that have seemingly caused confusion. I am
providing you this written clarification to make the record of expectations clear to you
and avoid future confusion. The issues requiring clarification that have come to my
attention are as follows: (1) your work schedule as it relates to High Holiday Services
and your outside activities; (2) references to NIH on the Congregation Bet Chesed (CBC)
website (www.betchesed.org) and prayerbooks; and (3) procedures for obtaining prior
approval for NIH Clinical Center volunteers.

<u>Work Schedule, High Holiday Services and Outside Activities</u>

I understand that you serve as a Rabbi for CBC as an approved outside activity and that
you have worked with your supervisors and ethics counselors over the past several
months to clarify rules governing your outside activities. I want to remind you that it is
critical that you keep your outside activity as Rabbi for CBC separate from your official
duties as Staff Chaplain for the NIH Clinical Center.

I am in receipt of your proposed schedule for High Holiday Services for Jewish patients
at the NIH Clinical Center. The schedule reflects that services will be held as follows:

- Sunday, October 1, 2006, NIH Chapel at 4:30 p.m. followed by services at
  7:30 p.m. at the Leland Center with members of CBC.[1]

---

[1] Sunday, October 1st is not your normal tour of duty; however, the NIH Clinical Center
has approved you to provide services to NIH Clinical Center patients and their family
members on this High Holy Day. Be advised that you will be paid for the additional
hours of service you provide on October 1st to NIH Clinical Center patients and their
family members on the NIH campus; however, as you have been advised in a memo
dated May 12, 2006, in general you must obtain prior approval to work additional hours
or alter your regular tour of duty.

- Monday, October 2, 2006, NIH Chapel at 9:30 a.m. followed by services at 10:30 a.m. at the Leland Center and the FAES building with members of CBC.

While providing services to NIH Clinical Center patients at the NIH Chapel (or bedside), on Sunday, October 1st at 4:30 p.m. and Monday, October 2nd at 9:30 a.m., you will be acting in your official capacity as Staff Chaplain. You will no longer be acting in your official capacity as Staff Chaplain once services for NIH Clinical Center patients at the NIH Chapel (or bedside) conclude and you resume services at the Leland Center. The fact that NIH Clinical Center patients or their family members may attend services at the Leland Center or FAES building does not affect the status of your activities, *i.e.*, even if an NIH Clinical Center patient or family member attends services at the Leland Center or the FAES building, this activity is still outside of the scope of your official NIH duties.

In order to be considered acting in your official capacity at NIH, you must be providing services to NIH patients or their family members at the NIH. Because you are not acting in your official capacity while providing services at the Leland Center or other non-NIH sites (even if NIH patients are present), you must request and obtain prior approval to take leave for these activities any time they conflict with your NIH tour of duty. With regard to the upcoming holidays, you must request and obtain prior approval to take leave on Monday, October 2nd for hours that you are not providing services for NIH Clinical Center patients and their family members on the NIH campus.

In addition, your schedule on the CBC website indicates that your outside activities include providing services on Friday evenings at 7:30 p.m. for members of CBC at FAES. Based on your time cards and schedules of past CBC events it appears that the services may conflict with your regular tour of duty at NIH, which includes Friday between 4:00 p.m. and 8:00 p.m. This is a reminder that you are acting in your official capacity during the hours that you provide services to NIH patients and their family members on the NIH campus. Once you leave the NIH campus, you are no longer acting in your official capacity. Accordingly, you must request and obtain prior approval to take leave if you intend to leave NIH before the end of your scheduled tour of duty. Similarly, anytime that you deviate from your scheduled tour of duty you must request and obtain prior approval from your leave approving official.

Website and Prayerbooks

I understand that several months ago you sought approval for outside activities in which you had been engaged for the past six (6) years without prior approval. Before obtaining approval for your outside activities you received written and verbal instruction from the NIH Clinical Center Ethics Office on the importance of keeping your official duties and outside activities separate. Specifically, you were instructed to purge any reference to NIH from your CBC website (www.Betchesed.org) and your personal website (www.reevebrenner.com).

On September 28, 2006 it was brought to my attention that the CBC website contains several references to NIH including a solicitation for volunteers to transport NIH Clinical

Center patients off-campus.[2]  The following references (bolded below) must be removed from the site *immediately* as the presence of these references is a violation of the NIH Ethics Rules and Regulations governing outside activities.

Tickets, Room Setup/Takedown, and **NIH Patient Pickup**

**We are also requesting volunteers to pick up Jewish NIH Clinical Center patients who wish to attend our services and bring them to our services**

**In keeping with our objective of integrating our activities with those of our Rabbi Brenner, we interact to the best of our capacity in support of the extended family of NIH, its patients, staff and other who may wish to join with fellow Jews for Shabbat and Festivals. We view this as also being in keeping with the ancient Jewish transition of hospitality and visitation of the sick (bikur cholim). Events at NIH are held under the auspices of the NIH Spiritual Ministry Department, Supplemented and supported as appropriate by efforts and resources provided by Congregation Bet Chesed.**

**We hope that nonmembers who participate will eventually join and become members for friendship, fellowship, support of the congregation, and support of its mission of bikur cholim at NIH.**

In addition, the cover sheet of the prayerbook that you prepared for the High Holiday Services includes a reference to NIH and CBC in bold print. The prayerbook must not reference NIH and CBC together as this gives the appearance of a sanctioned relationship between NIH and CBC. Separate prayerbooks should be prepared for NIH patients and members of the CBC. NIH resources including the photocopy machine and printer should not be used to produce materials that may be used for your outside activities. Even extra prayerbooks that are not used by NIH patients may not be distributed to members of CBC as this could be construed as using government resources for private gain.

It is imperative that you understand the importance of not commingling your official position as Staff Chaplain with your outside activities. I advise that you to confer with the NIH Clinical Center Ethics Office as well as the Acting Chief of the Spiritual Ministry Department anytime you reference NIH or your official position on a document or website that also references your outside activities or another organization. Similarly, if you wish to use government resources to purchase or produce materials for NIH Clinical Center patients, you should ensure that members of CBC or other organizations with whom you work are not benefiting in any way from use of those materials.

---

[2] In a memo dated April 19, 2006, you received written instruction that employees and/or unauthorized individuals are not permitted to transport patients.

Procedure for Obtaining Approval for Volunteers

It has come to my attention that while you were on leave between approximately July 3 and 28, 2006, you arranged to have a physician on contract with the National Eye Institute provide spiritual counseling to NIH Clinical Center patients. All such arrangements should be made with prior approval from your supervisor. You made these arrangements despite the fact that Dr. Fitzgerald informed you that he had already made arrangements for a Rabbi to fill in for you during your absence. In addition, the contract physician was not approved to provide volunteer services by the NIH Clinical Center Social Work Department, which is a requirement for all NIH Clinical Center volunteers. In addition, I understand that you have been bringing your personal assistant to the NIH Clinical Center over the past couple of weeks. As outlined in a memo to all SMD staff dated May 12, 2006, "All volunteer activities and donations to the CC or CC patients must be cleared through me [Ray Fitzgerald] and Walter Jones." This is a reminder that you must obtain prior approval from your supervisors before making any arrangements to accept or provide volunteer services or donations of any kind to the NIH.

It is my hope that this memo provides clarification of expectations surrounding your work schedule and outside activities, the importance of removing any reference to NIH from your website and CBC prayerbooks, as well as the procedure for obtaining prior approval for volunteers. If at anytime you have questions concerning any of these issues please do not hesitate to obtain clarification from your supervisor. As of today, Walter Jones is Acting Chief of the Spiritual Ministry Department.

Maureen E. Gormley, RN, MPH

Cc: Walter Jones

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA


**EDAR ROGLER**                          :
**Plaintiff** *pro se*


**v.**                                    :

**WILLIAM BIGLOW,** *et al*              **CASE NO.  1:07-cv-02308(RMC)**

_____oOo_____


**Electronic mail to and from Hillary Fitilis and Maureen Gormley
on October 1, 2006 re: RB**


**EXHIBIT "13"**

**Fitilis, Hillary (NIH/CC/OD) [E]**

| | |
|---|---|
| **From:** | Gormley, Maureen (NIH/CC/OD) [E] |
| **Sent:** | Sunday, October 01, 2006 06:10 PM |
| **To:** | Fitilis, Hillary (NIH/CC/OD) [E]; Jones, Walter (NIH/CC/OD) [E] |
| **Subject:** | Re: RB |

Hi hillary-
Thanks for the summary and your time and effort on this over the weekend.
Let's discuss the CRIS issue. I think we should go thru Nursing to check this due to
Privacy Act. You may know better than me but we should maybe consult Pat Kvochak before
accessing CRIS.
MEG

----- Original Message -----
From: Fitilis, Hillary (NIH/CC/OD) [E]
To: Jones, Walter (NIH/CC/OD) [E]; Gormley, Maureen (NIH/CC/OD) [E]
Sent: Sun Oct 01 17:15:12 2006
Subject: RB

RB was here at 4:30 pm in the chapel. He alleges that he had just returned from seeing
patients. I asked whether patients were planning on attending the services at 4:30 pm.
He told me "no" that these were the phantom services that he provides. He went on to
explain that the reason patients don't attend his services at the CC is because there
isn't a quorum to hold a full service because it is too difficult for people (I assume he
means volunteers) to get onto campus. I commented that the chapel was very peaceful and
he asked whether I thought that he would prefer to hold services in the chapel or at the
Leland center. I told him that I had never been to the Leland center so I couldn't
comment. He asked whether I planned to attend services tomorrow at the CC and the Leland
center and I told him that I might, just to observe. I asked if patients were planning on
attending his services at the Leland center tomorrow and he said yes they will get there
via taxi. He then started talking about how he has had several lawyers review the ethics
rules that we claim prohibit him from holding services off campus as part of his official
duties and that there is no such prohibition against what he is doing. I told him that I
didn't want to discuss the issue with him as ethics is not my area of expertise. He
responded that the issue would be addressed in court. RB then made some comments about
how I am known as the "terminator" and that for the Jewish New Year I should try to fire
less people. I didn't respond.

I contacted the nurse on call and she is checking as to whether the 3-4 patients in the CC
were seen by a staff chaplain on Friday evening between 4 and 8pm and today just prior to
4:30 pm. I will follow up with the nurses tomorrow or Tuesday to obtain statements. In
addition, I would like to access CRIS to determine if the visits have been documented
properly.

Hillary Fitilis

301-496-8315

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


**EDAR ROGLER**                          :
Plaintiff *pro se*


v.                                        :

**WILLIAM BIGLOW,** *et al*              **CASE NO.  1:07-cv-02308(RMC)**

_____oOo_____


**Electronic mail package of emails to and from Hillary Fitilis, Walter Jones and
Maureen Gormley on October 1, 2006 regarding Rabbi Brenner**


**EXHIBIT "14"**

**Fitilis, Hillary (NIH/CC/OD) [E]**

| | |
|---|---|
| **From:** | Jones, Walter (NIH/CC/OD) [E] |
| **Sent:** | Sunday, October 01, 2006 08:06 PM |
| **To:** | Fitilis, Hillary (NIH/CC/OD) [E] |
| **Subject:** | Re: Memorandum for the record#2 |

Confirmed


```
----- Original Message -----
From: Fitilis, Hillary (NIH/CC/OD) [E]
To: Gormley, Maureen (NIH/CC/OD) [E]; Jones, Walter (NIH/CC/OD) [E]
Sent: Sun Oct 01 17:16:12 2006
Subject: RE: Memorandum for the record#2
```

Works for me.

```
-----Original Message-----
From: Gormley, Maureen (NIH/CC/OD) [E]
Sent: Sunday, October 01, 2006 5:12 PM
To: Jones, Walter (NIH/CC/OD) [E]
Cc: Fitilis, Hillary (NIH/CC/OD) [E]
Subject: Re: Memorandum for the record#2
```

Walter,
Let's get together at 8:30 tomorrow to discuss next steps. MEG

```
----- Original Message -----
From: Jones, Walter (NIH/CC/OD) [E]
To: Gormley, Maureen (NIH/CC/OD) [E]
Sent: Sun Oct 01 12:04:01 2006
Subject: RE: Memorandum for the record#2
```

He is scheduled to have a service for the High Holy Holidays this afternoon at 5:30 in the chapel. Today is not his normal day to work. Mon , Wed and Friday, regular schedule.
Walter

```
-----Original Message-----
From: Gormley, Maureen (NIH/CC/OD) [E]
Sent: Sunday, October 01, 2006 12:01 PM
To: Jones, Walter (NIH/CC/OD) [E]; Fitilis, Hillary (NIH/CC/OD) [E]
Subject: Re: Memorandum for the record#2
```

Also, how are we going to validate whether he sees patients today? What shift is he supposed to work?

```
----- Original Message -----
From: Gormley, Maureen (NIH/CC/OD) [E]
To: Jones, Walter (NIH/CC/OD) [E]; Fitilis, Hillary (NIH/CC/OD) [E]
Sent: Sun Oct 01 11:59:25 2006
Subject: Re: Memorandum for the record#2
```

So today's meeting is cancelled?

Hillary-
Can you givee me the names of the 4 Jewish patients so I can ask the nursing admin on call to see if RB visited them on Friday. M

```
----- Original Message -----
From: Jones, Walter (NIH/CC/OD) [E]
To: Fitilis, Hillary (NIH/CC/OD) [E]
Cc: Gormley, Maureen (NIH/CC/OD) [E]
```

Sent: Sun Oct 01 11:54:29 2006
Subject: Memorandum for the record#2

FYI,

Walter

**Fitilis, Hillary (NIH/CC/OD) [E]**

| | |
|---|---|
| **From:** | Fitilis, Hillary (NIH/CC/OD) [E] |
| **Sent:** | Sunday, October 01, 2006 05:16 PM |
| **To:** | Gormley, Maureen (NIH/CC/OD) [E]; Jones, Walter (NIH/CC/OD) [E] |
| **Subject:** | RE: Memorandum for the record#2 |

Works for me.

-----Original Message-----
From: Gormley, Maureen (NIH/CC/OD) [E]
Sent: Sunday, October 01, 2006 5:12 PM
To: Jones, Walter (NIH/CC/OD) [E]
Cc: Fitilis, Hillary (NIH/CC/OD) [E]
Subject: Re: Memorandum for the record#2

Walter,
Let's get together at 8:30 tomorrow to discuss next steps. MEG

----- Original Message -----
From: Jones, Walter (NIH/CC/OD) [E]
To: Gormley, Maureen (NIH/CC/OD) [E]
Sent: Sun Oct 01 12:04:01 2006
Subject: RE: Memorandum for the record#2

He is scheduled to have a service for the High Holy Holidays this afternoon at 5:30 in the
chapel. Today is not his normal day to work.  Mon , Wed and Friday, regular schedule.
Walter

-----Original Message-----
From: Gormley, Maureen (NIH/CC/OD) [E]
Sent: Sunday, October 01, 2006 12:01 PM
To: Jones, Walter (NIH/CC/OD) [E]; Fitilis, Hillary (NIH/CC/OD) [E]
Subject: Re: Memorandum for the record#2

Also, how are we going to validate whether he sees patients today? What shift is he
supposed to work?

----- Original Message -----
From: Gormley, Maureen (NIH/CC/OD) [E]
To: Jones, Walter (NIH/CC/OD) [E]; Fitilis, Hillary (NIH/CC/OD) [E]
Sent: Sun Oct 01 11:59:25 2006
Subject: Re: Memorandum for the record#2

So today's meeting is cancelled?

Hillary-
Can you givee me the names of the 4 Jewish patients so I can ask the nursing admin on call
to see if RB visited them on Friday. M

----- Original Message -----
From: Jones, Walter (NIH/CC/OD) [E]
To: Fitilis, Hillary (NIH/CC/OD) [E]
Cc: Gormley, Maureen (NIH/CC/OD) [E]
Sent: Sun Oct 01 11:54:29 2006
Subject: Memorandum for the record#2

FYI,

Walter

1

**Fitilis, Hillary (NIH/CC/OD) [E]**

| | |
|---|---|
| **From:** | Gormley, Maureen (NIH/CC/OD) [E] |
| **Sent:** | Sunday, October 01, 2006 05:12 PM |
| **To:** | Jones, Walter (NIH/CC/OD) [E] |
| **Cc:** | Fitilis, Hillary (NIH/CC/OD) [E] |
| **Subject:** | Re: Memorandum for the record#2 |

Walter,
Let's get together at 8:30 tomorrow to discuss next steps. MEG

----- Original Message -----
From: Jones, Walter (NIH/CC/OD) [E]
To: Gormley, Maureen (NIH/CC/OD) [E]
Sent: Sun Oct 01 12:04:01 2006
Subject: RE: Memorandum for the record#2

He is scheduled to have a service for the High Holy Holidays this afternoon at 5:30 in the
chapel. Today is not his normal day to work.  Mon , Wed and Friday, regular schedule.
Walter

-----Original Message-----
From: Gormley, Maureen (NIH/CC/OD) [E]
Sent: Sunday, October 01, 2006 12:01 PM
To: Jones, Walter (NIH/CC/OD) [E]; Fitilis, Hillary (NIH/CC/OD) [E]
Subject: Re: Memorandum for the record#2

Also, how are we going to validate whether he sees patients today? What shift is he
supposed to work?

----- Original Message -----
From: Gormley, Maureen (NIH/CC/OD) [E]
To: Jones, Walter (NIH/CC/OD) [E]; Fitilis, Hillary (NIH/CC/OD) [E]
Sent: Sun Oct 01 11:59:25 2006
Subject: Re: Memorandum for the record#2

So today's meeting is cancelled?

Hillary-
Can you givee me the names of the 4 Jewish patients so I can ask the nursing admin on call
to see if RB visited them on Friday. M

----- Original Message -----
From: Jones, Walter (NIH/CC/OD) [E]
To: Fitilis, Hillary (NIH/CC/OD) [E]
Cc: Gormley, Maureen (NIH/CC/OD) [E]
Sent: Sun Oct 01 11:54:29 2006
Subject: Memorandum for the record#2

FYI,

Walter

1

## Fitilis, Hillary (NIH/CC/OD) [E]

**From:**        Fitilis, Hillary (NIH/CC/OD) [E]
**Sent:**        Sunday, October 01, 2006 01:47 PM
**To:**          Gormley, Maureen (NIH/CC/OD) [E]
**Subject:**     Re: Memorandum for the record#2

I'll be at the cc at 4:30 for the scheduled services. Walter confirmed with rb that they
begin at 4:30. Will overhead page if I don't see him there and check with nursing staff
of patients.
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Gormley, Maureen (NIH/CC/OD) [E]
To: Fitilis, Hillary (NIH/CC/OD) [E]
Sent: Sun Oct 01 13:34:21 2006
Subject: Re: Memorandum for the record#2

OK. Let me know.

----- Original Message -----
From: Fitilis, Hillary (NIH/CC/OD) [E]
To: Gormley, Maureen (NIH/CC/OD) [E]; Jones, Walter (NIH/CC/OD) [E]
Sent: Sun Oct 01 13:06:32 2006
Subject: Re: Memorandum for the record#2

Will do. I have it in my office. As we discussed, I plan on going to the cc today at
4:30 and will send you an email with the patient's names. I will try to make contact with
the nurses while there as well.
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Gormley, Maureen (NIH/CC/OD) [E]
To: Jones, Walter (NIH/CC/OD) [E]; Fitilis, Hillary (NIH/CC/OD) [E]
Sent: Sun Oct 01 11:59:25 2006
Subject: Re: Memorandum for the record#2

So today's meeting is cancelled?

Hillary-
Can you givee me the names of the 4 Jewish patients so I can ask the nursing admin on call
to see if RB visited them on Friday. M

----- Original Message -----
From: Jones, Walter (NIH/CC/OD) [E]
To: Fitilis, Hillary (NIH/CC/OD) [E]
Cc: Gormley, Maureen (NIH/CC/OD) [E]
Sent: Sun Oct 01 11:54:29 2006
Subject: Memorandum for the record#2

FYI,

Walter

## Fitilis, Hillary (NIH/CC/OD) [E]

**From:**       Gormley, Maureen (NIH/CC/OD) [E]
**Sent:**       Sunday, October 01, 2006 01:34 PM
**To:**         Fitilis, Hillary (NIH/CC/OD) [E]
**Subject:**    Re: Memorandum for the record#2

OK. Let me know.

----- Original Message -----
From: Fitilis, Hillary (NIH/CC/OD) [E]
To: Gormley, Maureen (NIH/CC/OD) [E]; Jones, Walter (NIH/CC/OD) [E]
Sent: Sun Oct 01 13:06:32 2006
Subject: Re: Memorandum for the record#2

Will do.  I have it in my office.  As we discussed, I plan on going to the cc today at
4:30 and will send you an email with the patient's names.  I will try to make contact with
the nurses while there as well.
-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Gormley, Maureen (NIH/CC/OD) [E]
To: Jones, Walter (NIH/CC/OD) [E]; Fitilis, Hillary (NIH/CC/OD) [E]
Sent: Sun Oct 01 11:59:25 2006
Subject: Re: Memorandum for the record#2

So today's meeting is cancelled?

Hillary-
Can you givee me the names of the 4 Jewish patients so I can ask the nursing admin on call
to see if RB visited them on Friday. M

----- Original Message -----
From: Jones, Walter (NIH/CC/OD) [E]
To: Fitilis, Hillary (NIH/CC/OD) [E]
Cc: Gormley, Maureen (NIH/CC/OD) [E]
Sent: Sun Oct 01 11:54:29 2006
Subject: Memorandum for the record#2

FYI,

Walter

**Fitilis, Hillary (NIH/CC/OD) [E]**

| | |
|---|---|
| **From:** | Fitilis, Hillary (NIH/CC/OD) [E] |
| **Sent:** | Sunday, October 01, 2006 01:07 PM |
| **To:** | Gormley, Maureen (NIH/CC/OD) [E]; Jones, Walter (NIH/CC/OD) [E] |
| **Subject:** | Re: Memorandum for the record#2 |

Will do.  I have it in my office.  As we discussed, I plan on going to the cc today at
4:30 and will send you an email with the patient's names.  I will try to make contact with
the nurses while there as well.
------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Gormley, Maureen (NIH/CC/OD) [E]
To: Jones, Walter (NIH/CC/OD) [E]; Fitilis, Hillary (NIH/CC/OD) [E]
Sent: Sun Oct 01 11:59:25 2006
Subject: Re: Memorandum for the record#2

So today's meeting is cancelled?

Hillary-
Can you givee me the names of the 4 Jewish patients so I can ask the nursing admin on call
to see if RB visited them on Friday. M

----- Original Message -----
From: Jones, Walter (NIH/CC/OD) [E]
To: Fitilis, Hillary (NIH/CC/OD) [E]
Cc: Gormley, Maureen (NIH/CC/OD) [E]
Sent: Sun Oct 01 11:54:29 2006
Subject: Memorandum for the record#2

FYI,

Walter

1

**Fitilis, Hillary (NIH/CC/OD) [E]**

| | |
|---|---|
| **From:** | Gormley, Maureen (NIH/CC/OD) [E] |
| **Sent:** | Sunday, October 01, 2006 11:59 AM |
| **To:** | Jones, Walter (NIH/CC/OD) [E]; Fitilis, Hillary (NIH/CC/OD) [E] |
| **Subject:** | Re: Memorandum for the record#2 |

So today's meeting is cancelled?

Hillary-
Can you givee me the names of the 4 Jewish patients so I can ask the nursing admin on call
to see if RB visited them on Friday. M

----- Original Message -----
From: Jones, Walter (NIH/CC/OD) [E]
To: Fitilis, Hillary (NIH/CC/OD) [E]
Cc: Gormley, Maureen (NIH/CC/OD) [E]
Sent: Sun Oct 01 11:54:29 2006
Subject: Memorandum for the record#2

FYI,

Walter

1

**Fitilis, Hillary (NIH/CC/OD) [E]**

| | |
|---|---|
| **From:** | Jones, Walter (NIH/CC/OD) [E] |
| **Sent:** | Sunday, October 01, 2006 12:02 PM |
| **To:** | Gormley, Maureen (NIH/CC/OD) [E]; Fitilis, Hillary (NIH/CC/OD) [E] |
| **Subject:** | RE: Memorandum for the record#2 |

Confirmed . Meeting cancelled.

-----Original Message-----
From: Gormley, Maureen (NIH/CC/OD) [E]
Sent: Sunday, October 01, 2006 11:59 AM
To: Jones, Walter (NIH/CC/OD) [E]; Fitilis, Hillary (NIH/CC/OD) [E]
Subject: Re: Memorandum for the record#2

So today's meeting is cancelled?

Hillary-
Can you givee me the names of the 4 Jewish patients so I can ask the nursing admin on call
to see if RB visited them on Friday. M

----- Original Message -----
From: Jones, Walter (NIH/CC/OD) [E]
To: Fitilis, Hillary (NIH/CC/OD) [E]
Cc: Gormley, Maureen (NIH/CC/OD) [E]
Sent: Sun Oct 01 11:54:29 2006
Subject: Memorandum for the record#2

FYI,

Walter

1

**Fitilis, Hillary (NIH/CC/OD) [E]**

| | |
|---|---|
| **From:** | Gormley, Maureen (NIH/CC/OD) [E] |
| **Sent:** | Sunday, October 01, 2006 12:01 PM |
| **To:** | Jones, Walter (NIH/CC/OD) [E]; Fitilis, Hillary (NIH/CC/OD) [E] |
| **Subject:** | Re: Memorandum for the record#2 |

Also, how are we going to validate whether he sees patients today? What shift is he supposed to work?

----- Original Message -----
From: Gormley, Maureen (NIH/CC/OD) [E]
To: Jones, Walter (NIH/CC/OD) [E]; Fitilis, Hillary (NIH/CC/OD) [E]
Sent: Sun Oct 01 11:59:25 2006
Subject: Re: Memorandum for the record#2

So today's meeting is cancelled?

Hillary-
Can you givee me the names of the 4 Jewish patients so I can ask the nursing admin on call to see if RB visited them on Friday. M

----- Original Message -----
From: Jones, Walter (NIH/CC/OD) [E]
To: Fitilis, Hillary (NIH/CC/OD) [E]
Cc: Gormley, Maureen (NIH/CC/OD) [E]
Sent: Sun Oct 01 11:54:29 2006
Subject: Memorandum for the record#2

FYI,

Walter

1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**EDAR ROGLER**                              :
**Plaintiff** *pro se*


**v.**                                            :


**WILLIAM BIGLOW,** *et al*              **CASE NO.  1:07-cv-02308(RMC)**

_____oOo_____


**Electronic mail to and from Hillary Fitilis and Sue Johnson on October 3, 2006**


**EXHIBIT "15"**

**Platt, Gwen (NIH/OD) [E]**

| | |
|---|---|
| **From:** | Fitilis, Hillary (NIH/CC/OD) [E] |
| **Sent:** | Tuesday, October 03, 2006 5:26 PM |
| **To:** | Johnson, Sue (NIH/CC/NURS) [E] |
| **Cc:** | Platt, Gwen (NIH/OD) [E] |
| **Subject:** | RE: confirmation of information you gave to me today |

Thanks.

---

**From:** Johnson, Sue (NIH/CC/NURS) [E]
**Sent:** Tuesday, October 03, 2006 5:25 PM
**To:** Fitilis, Hillary (NIH/CC/OD) [E]
**Subject:** RE: confirmation of information you gave to me today

Looks ok.

---

**From:** Fitilis, Hillary (NIH/CC/OD) [E]
**Sent:** Tuesday, October 03, 2006 5:00 PM
**To:** Johnson, Sue (NIH/CC/NURS) [E]
**Cc:** Platt, Gwen (NIH/OD) [E]
**Subject:** confirmation of information you gave to me today

Could you please confirm the following account of the information that you gave to me today over the phone?

You spoke with Nurse Candice Cottle who was responsible for the care of Jewish patient, DR, on Friday, September 29, 2006 between the hours of 4 and 8pm

Nurse Cottle does not recall seeing a staff chaplain visit DR between 4 and 8pm. She recalls spending a lot of time around the patient's room between 5 and 6pm when the cardiologist, Dr. Rosen, was treating the patient. The patient was released on a pass from the hospital at 6:55 p.m. that same evening and was seen leaving with a friend.

Please let me know if there were any other nurses that were working between 4 and 8pm that evening who may have seen a staff chaplain visit the patient. Thank you for your help.

Hillary Fitilis
301-496-8315

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


**EDAR ROGLER**                           :
Plaintiff *pro se*


**v.**                                    :

**WILLIAM BIGLOW,** *et al*              **CASE NO.  1:07-cv-02308(RMC)**

_____oOo_____


**Electronic mail from Hillary Fitilis to Gwen Platt dated October 4, 2006 re:RB**


**EXHIBIT "16"**

**Platt, Gwen (NIH/OD) [E]**

---

**From:**    Fitilis, Hillary (NIH/CC/OD) [E]
**Sent:**    Wednesday, October 04, 2006 12:36 PM
**To:**    Platt, Gwen (NIH/OD) [E]
**Subject:**    FW: RB

---

**From:** Fitilis, Hillary (NIH/CC/OD) [E]
**Sent:** Sunday, October 01, 2006 5:15 PM
**To:** Jones, Walter (NIH/CC/OD) [E]; Gormley, Maureen (NIH/CC/OD) [E]
**Subject:** RB

RB was here at 4:30 pm in the chapel.  He alleges that he had just returned from seeing patients.  I asked whether patients were planning on attending the services at 4:30 pm.  He told me "no" that these were the phantom services that he provides.  He went on to explain that the reason patients don't attend his services at the CC is because there isn't a quorum to hold a full service because it is too difficult for people (I assume he means volunteers) to get onto campus.  I commented that the chapel was very peaceful and he asked whether I thought that he would prefer to hold services in the chapel or at the Leland center.  I told him that I had never been to the Leland center so I couldn't comment.  He asked whether I planned to attend services tomorrow at the CC and the Leland center and I told him that I might, just to observe.  I asked if patients were planning on attending his services at the Leland center tomorrow and he said yes they will get there via taxi.  He then started talking about how he has had several lawyers review the ethics rules that we claim prohibit him from holding services off campus as part of his official duties and that there is no such prohibition against what he is doing.  I told him that I didn't want to discuss the issue with him as ethics is not my area of expertise.  He responded that the issue would be addressed in court.  RB then made some comments about how I am known as the "terminator" and that for the Jewish New Year I should try to fire less people.  I didn't respond.

I contacted the nurse on call and she is checking as to whether the 3-4 patients in the CC were seen by a staff chaplain on Friday evening between 4 and 8pm and today just prior to 4:30 pm.  I will follow up with the nurses tomorrow or Tuesday to obtain statements.  In addition, I would like to access CRIS to determine if the visits have been documented properly.

Hillary Fitilis
301-496-8315

11/6/2006

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**EDAR ROGLER**                              :
Plaintiff *pro se*


**v.**                                       :

**WILLIAM BIGLOW,** *et al*              **CASE NO.  1:07-cv-02308(RMC)**

_____oOo_____


**Electronic mail from Walter Jones to Gwen Platt dated October 4, 2006
with two memorandums for record**


**EXHIBIT "17"**

**Platt, Gwen (NIH/OD) [E]**

**From:** Jones, Walter (NIH/CC/OD) [E]
**Sent:** Wednesday, October 04, 2006 12:57 PM
**To:** Platt, Gwen (NIH/OD) [E]

Memorandum for the record

On Friday afternoon, September 29th  at approximately 6:20 I received a voicemail from Chaplin Reeve Brenner acknowledging receipt of my earlier voicemail to him.He stated that he thought we were scheduled to meet on Wednesday, October 4, 2006 instead of friday and that given the hour ,and his assuming I was gone for the day we would meet on the fourth .He also indicated   that Monday is Yon Kippur and that he would be unavailable to meet.

At approximately 6:25 Friday afternoon I returned Chaplin Brenner's call to his cell phone and received his voicemail. I informed him to contact me as soon as he received my message. Reeve was informed to call my cell phone.

On Saturday evening at 8:13 pm I received a call from Chaplin Brenner on my cell phone. (Also when I arrived at the office Sunday morning there was a voice message on my office phone dated 8:13 pm Saturday evening)
I inquired on his where abouts on Friday afternoon and he indicated he came to work as scheduled and was visiting patients. He indicated he was under the impression we were not scheduled to meet until 10/4/2006. I reminded him that he had requested that I review the prayer books to be used for the High Holy Holiday service. I also inquired as to receipt of the email to him form Maureen Gormley. He indicated that given that Friday was the Sabbath he had not checked his email. He asked that I send the email to his personal email account and I indicated that would be inappropriate given the topic involving Clinical Center business and that he should check his Clinical Center email prior to the Sunday service.
I also informed him that Maureen would want to meet with him Sunday afternoon prior to the Sunday High holiday service. We agreed that he would meet with Maureen at 5:00 and that I would call and confirm the location of the meeting.
Sunday 10/1/2006, I called Chaplain Brenner's cell phone at 10:32 am and left a voicemail informing him that I would  meet with him instead of Maureen Gormley with at 4:00 in my office this afternoon and requested that he call my cell phone to confirm.

Memorandum for the record #2

11:39 I called Reeve Brenner again to confirm our meeting this afternoon. He stated that he was refusing to meet today or tomorrow due to Yon Kippur. I informed him that he needed to request leave for any time spent for the services he is scheduled to conduct off campus. He indicated he was not surprised and would process the appropriate leave request on Wednesday.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA


**EDAR ROGLER**                    :
Plaintiff *pro se*


**v.**                            :

**WILLIAM BIGLOW,** *et al*            CASE NO.  **1:07-cv-02308(RMC)**

_____oOo_____


**EEOC protective order for Edar Rogler**


**EXHIBIT "18"**

UNITED STATES OF AMERICA
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
BALTIMORE REGIONAL OFFICE

| | | |
|---|---|---|
| REEVE BRENNER, | ) | |
| | ) | |
| Complainant, | ) | |
| | ) | |
| v. | ) | EEOC Docket No. |
| | ) | 531-2007-00187X |
| DEPARTMENT OF HEALTH AND HUMAN | ) | |
| SERVICES, | ) | Agency No. NIH-CC-06-0009 |
| | ) | |
| Agency | ) | Date. |
| | ) | |

## ORDER

On July 3, 2007, I held a teleconference with the parties and Edar Rogler. In consideration of the discussions held during the telephone call and the motion submitted by Ms. Rogler, I hereby order

1   Regarding Rabbi Brenner's pending MSPB appeal and this pending action before me, there shall be only one deposition of Ms. Rogler

2   The deposition of Ms. Rogler will take no more than seven hours and will be held in the State of Maryland. The parties and Ms. Rogler agreed that the deposition would be taken at NIH in Bethesda, Maryland

3   The deposition of Ms. Rogler will be subject to Federal Rule of Evidence 608(a) and (b). Specifically,

4   The deposition of Ms. Rogler will not take place until after U.S. District Judge Nickerson rules on Ms. Rogler's motion for a protective order, unless there is no such ruling by August 1, 2007, in which case I will hold another teleconference call in early August 2007 to discuss scheduling of the deposition. In the event that the MSPB case becomes active and the parties would like to schedule the deposition of Ms. Rogler prior to August 1, 2007, the parties should contact me to discuss the matter

IT IS SO ORDERED

David Norken
Administrative Judge

Exhibit "18"