IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDAR ROGLER                              :
Plaintiff *pro se*,

v.                                       :
                                         C.A. No. 1:07-cv-02308(RMC)
WILLIAM BIGLOW, *et al*
Defendants.
                    ...oOo...

### PLAINTIFF'S MOTION FOR CM/ECF PASSWORD
### [LCvR 5.4(b)]

Plaintiff pro se, Edar Rogler, hereby respectfully moves for leave from the Court to obtain a CM/ECF password from the Clerk. Plaintiff has internet access and has access to a machine to scan her documents. Plaintiff has an email address, edar_rogler@yahoo.com.

Respectfully submitted by:

DATED: May 10, 2008

*[signature]*
EDAR ROGLER, Plaintiff *pro se*
915 Boucher Avenue
Annapolis, Maryland 21403
(410) 280-9270
edar_rogler@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on May 10th, 2008 I mailed postage, pre-paid the above motion to AUSA Judith A. Kidwell, 555 Fourth Street, N.W. – Civil Division, Room E4905, Washington, District of Columbia 20530.

*[signature]*
EDAR ROGLER

**RECEIVED**

MAY 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1