IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDAR ROGLER           :
Plaintiff *pro se*,

v.                :
                   C.A. No. 1:07-cv-02308(RMC)
WILLIAM BIGLOW, *et al.*
Defendants.         :

...oOo...

## SUPPLEMENTAL MOTION FOR ENLARGEMENT OF TIME

Plaintiff, Edar Rogler, *pro se* hereby respectfully supplements her memorandum of points and authorities for her motion for enlargement of time to respond to Defs.' Mtn. To Dismiss. [Dkt. #49]. Plaintiff was very grateful that Attorney Irving Kator wished to represent her and entered into an engagement agreement to appearance in the instant matter. Unfortunately Mr. Kator had known and unknown medical problems. During the course of his representation of the Plaintiff Mr. Kator was in the final days of his life and passed away on June 3, 2008. Mr. Kator was the highest caliber of attorney. His heart condition was preventing his brain from getting enough oxygen. Medical attempts to help the situation were unsuccessful. Plaintiff sincerely apologizes about the situation.

Plaintiff did not file any motions for leave to proceed in *forma pauperis* or for the appointment of an attorney. The law firm has all of the Plaintiff's records for the instant suit and has not returned them to the Plaintiff. Plaintiff was delayed in filing a motion for leave to make her filings electronically. She has received her ECF password on Friday. The law firm's motion to withdraw from the Plaintiff's Title VII suit in the Maryland District Court has been very time consuming. Plaintiff spent a lot of her time with her trips to the law firm, emails, fax's, and letter inquiring as to what the law firm's intentions were in representing the Plaintiff.

RECEIVED
JUN - 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Plaintiff is having difficulty finding case law, however, the problems should support her motion for a second enlargement of time. In *Strong-Fischer v. Peters*, 2008 U.S.Dist. LEXIS 40810 (D.D.C. May 22, 2008)(RWR)(plaintiff's counsel entered his appearance and represented her but missed a deadline). Disappearance of counsel has been deemed grounds for reconsideration under Rule 60. *Vindigni v. Meyer*, 441 F.2d 376 (Cir. 2d 1971). Under general principles of equity the Plaintiff has not caused the law firm to abandon her in the instant case, has diligently been trying to mitigate the damages and should not be further injured by the denial of her motion for a second enlargement of time.

Defendants' motion to dismiss [Dkt #11] is overly broad and generalized, and is difficult to respond to quickly. Almost all of Plaintiff's submissions have been in response to Defs.' Mtn to Dismiss and her legal research of said motion.

WHEREFORE plaintiff respectfully prays for an enlargement of time to respond to Defendants' Motion to Dismiss.

Respectfully submitted by:

DATED: June 9, 2008

EDAR ROGLER, Plaintiff *pro se*
915 Boucher Avenue
Annapolis, Maryland 21403
(410) 280-9270

CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2008 I mailed postage, pre-paid the above reply to AUSA Judith A. Kidwell, 555 Fourth Street, N.W. – Civil Division, Room E4905, Washington, District of Columbia 20530.

EDAR ROGLER

2

 View/Sign Guestbook

# IRVING KATOR



KATOR IRVING KATOR On Tuesday, June 3, 2008. Husband of the late Ida Kator. Father of David Kator (Amy), Anne Kator (Richard Harris) and Michael Kator (Nancy). Grandfather of Arielle, Zachary, Jeremy, Allison, Daniel, Jamie, Rachel and Sarah. Funeral service will be held at Temple Sinai, 3100 Military Rd NW, Washington, DC 20015. On Sunday, June 8 at 10 a.m. interment Garden of Remembrance, Clarksburg, MD. Family will receive visitors Sunday and Monday at Mr. Kator's late residence. Memorial contributions may be made to the Southern Poverty law Center, 400 Washington St., Montgomery, AL 36104 or JSSA, 200 Wood Hill Rd, Rockville, MD 20850 or to Temple Sinai. Arrangements by BORGWARDT FUNERAL HOME.

Published in The Washington Post on 6/7/2008.
Notice • Guest Book • Funeral home info
Flowers • Gift Shop • Charities

**Today's Washington Post death notices**

Questions about death notices or Guest Books?
Contact Legacy.com • Terms of use

*Powered by* Legacy.com
*obituaries nationwide*

**Back**