UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EDAR ROGLER, | ) |
| | ) |
| Plaintiff *pro se*, | ) |
| | ) |
| v. | ) Civil Action No. 07-2308 (RMC) |
| | ) |
| WILLIAM BIGLOW, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF INTENT TO FILE WRITTEN REPLY**

Defendants, by and through undersigned counsel, respectfully notify the Court that Defendants intend to file a written reply to Plaintiff's opposition to Defendants' motion to dismiss, after such time as the Court rules on Plaintiff's motion for an enlargement. Defendants have interpreted the "response" included with Plaintiff's motion for an enlargement of time as a contingent response, which will become moot if the Court grants Plaintiff's motion for an enlargement of time or will constitute Plaintiff's opposition if the Court denies Plaintiff's motion for an enlargement of time. Upon the Court's ruling, Defendants will file such reply within the time provided by the rules of this Court.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

     /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250