IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**EDAR ROGLER**                                    :
**Plaintiff** *pro se,*

**v.**                                                      :

                                                                          C.A. No.  1:07-cv-02308(RMC)

**WILLIAM BIGLOW,** *et al.*
**Defendants.**                                    :

                                        ...oOo...

## PLAINTIFF'S OBJECTION TO DEFENDANTS' NOTICE OF INTENT TO REPLY

Plaintiff, Edar Rogler, *pro se* hereby objects to Defendants' Notice of Intent to File Written

Reply [Dkt.#55] at an unspecified date to Plaintiff's supplemental motion for enlargement of time, or

in the alternative, her opposition to Defendants' motion to dismiss [Dkt. #52].  The Court granted the

Defendants a unlimited protective order not to have to respond to any of Plaintiff's motions until

after the Court rules on Defendants' Motion to Dismiss ("Defs.' Mtn. Dismiss") [Dkt. #11].  The

Court did not give the Plaintiff any opportunity to oppose said motion before the Court granted the

motion. The granting of said motion gave the Defendants an unfair advantage and unconstitutionally

denied the Plaintiff an opportunity to respond to said motion.

Plaintiff filed her second motion for enlargement of time to respond to the Defs.' Mtn.

Dismiss.  Defendants' counsel notified Plaintiff that Defendants opposed her motion for a second

enlargement of time [Dkt.#49].  Plaintiff's opposition to Defs.' Mtn. Dismiss was due on June 9,

2008.  The Court did not grant Plaintiff's motion for a second enlargement of time, therefore by

operation of law the motion is denied unless at a later date the Court grants it *nunc pro tunc.*

Defendant's reply to Plaintiff's response in opposition to Defs.' Motion to Dismiss is due 5 days

from June 9, 2008 pursuant to Local Rules, LCvR7(d).  Defendants have opposed every motion filed

1

Plaintiff, including her motion for enlargement of time to August 8, 2008. Defendants have no reason in equity to ask for an unlimited enlargement of time to reply to Plaintiff's opposition at Dkt. #52.

WHEREFORE Plaintiff prays that the Court denies the Defendants' request for an unlimited enlargement of time for an unspecified duration to reply to Plaintiff's opposition to Defs.' Mtn. to Dismiss and order that the reply is due on June 16, 2008 (because June 15, 2008 falls on a Sunday).

DATED:                          _____ ____ /s/ ____ ____ _____
                                Edar Rogler
                                915 Boucher Avenue
                                Annapolis, MD. 21403
                                (410) 280-9270


### [Plaintiff's Proposed] **ORDER**

It is hereby ORDERED that Defendants are to file their reply to Plaintiff's Supplemental Motion for Enlargement of Time, or in the alternative, Opposition to Defendants' Motion to Dismiss [Dkt.#52] on or before June 16th, 2008.

DATED:        _____
              HON. U.S. DISTRICT COURT JUDGE ROSEMARY M. COLLYER

2