IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDAR ROGLER
Plaintiff *pro se*,

v.

WILLIAM BIGLOW, *et al.*
Defendants.

C.A. No. 1:07-cv-02308(RMC)

...oOo...

## ERRATA FOR PLAINTIFF'S MOTIONS FOR JUDICIAL NOTICE
### [DKTs. # 43, 44, 47, 51, & 57]

Plaintiff, Edar Rogler, pro se hereby respectfully submits her errata for her five motions for judicial notice at Dkts. #43, 44, 47, 51, & 57 as follows:

1.) Attached hereto please find Plaintiff's proposed Memorandum and Order for her five motions for judicial notice at Dkts. #43, 444, 47, 51, & 57.

Respectfully submitted by:

_____/s/_____
Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403
(410) 280-9270

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDAR ROGLER                                          :
Plaintiff *pro se*

v.                                                   : C.A. No. 1:07-cv-02308(RMC)

WILLIAM BIGLOW, *et al*
Defendants.                                          :

...oOo...

[Plaintiff's Proposed] **MEMORANDUM AND ORDER** [For Dkts. #43, 44, 47, 51, & 57]

Edar Rogler *pro se* brought this suit alleging Defendants in their individual capacities acting under color of federal law in a conspiracy and private conspiracy violated her constitutional rights under the First, Fourth and Fifth Amendments to the U.S. Constitution[1] and violations of 42 U.S.C. §§1985(1), (2), and (3). Ms. Rogler has filed five motions for judicial notice with exhibits attached thereto. [Dkts. #43, 44, 47, 51, & 57]. The Court grants her four motions for judicial notice for the reasons, which follow:

The Federal Rules of Evidence ("FRE"), Rule 201 states:

Rule 201. Judicial Notice of Adjudicative Facts

(a) Scope of rule. This rule governs only judicial notice of adjudicative facts.

(b) Kinds of facts. A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

(c) When discretionary. A court may take judicial notice, whether requested or not.

(d) When mandatory. A court shall take judicial notice if requested by a party and supplied with the necessary information.

(e) Opportunity to be heard. A party is entitled upon timely request to an opportunity to be heard as to the propriety of taking judicial notice and the tenor of the matter

---

[1] This action is brought pursuant *to Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

1

noticed. In the absence of prior notification, the request may be made after judicial notice has been taken.

(f) Time of taking notice. Judicial notice may be taken at any stage of the proceeding.

(g) Instructing jury. In a civil action or proceeding, the court shall instruct the jury to accept as conclusive any fact judicially noticed. In a criminal case, the court shall instruct the jury that it may, but is not required to, accept as conclusive any fact judicially noticed.

A court may take judicial notice of public records and facts in public records from other proceedings. *Concillio De Salud Integral De Loiza Inc. v. U.S. D.H.H.S.*, 538 F.Supp.2d 139, ---, 2008 U.S. Dist. LEXIS 18576m *14(D.D.C. 2008); *Convad Comms., Co. v. Bell Atl. Corp.*, 407 F.3d 1220, 1222 (D.C.Cir. 2005); and *Does 1 through III v. District of Columbia*, 238 F.Supp.2d 212, 216-17 (D.C.C. 2002). A court may take judicial notice of documents and evidence discussed in the complaint. *Gustave-Schmidt v. Chao*, 226 F.Supp.2d 191, 196 (D.D.C. 2002); and *EEOC v. St. Francis Xavier Parochial Sch.*, 326 U.S.App.D.C. 67, 117 F.3d 621, 624-25 n. 3 (D.D.Cir. 1997). A court may take judicial notice of transcript of testimony from administrative hearings. *Marshall County Health Care Auth. v. Shalala*, 300 U.S. App. D.C. 263, 988 F.2d 1221, 1222 (D.C.Cir. 1993); and *Uzzell v. Friday*, 592 F.Supp. 1502, 1524-1525 (M.D.N.C. 1984).

After considering the evidence and the points and authorities submitted by the parties and oral arguments of counsel, the Court finds that the Court will take judicial notice of all evidence submitted by the Ms. Rogler in her five motions for judicial notice.

IT IS ORDERED THAT the Court will take judicial notice of all evidence, documentary evidence, and testimonial evidence attached as exhibits to her five motions for judicial notice [Dkts. #43, 44, 47, 51, & 57].

DATED: _____

                Honorable U.S. District Court Judge Rosemary M. Collyer

Submitted by /s/ Edar Rogler, 915 Boucher Ave., Annapolis, MD 21403 (410)280-9270.