IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDAR ROGLER
Plaintiff *pro se*,

v.

WILLIAM BIGLOW, *et al.*
Defendants.

C.A. No. 1:07-cv-02308(RMC)

...oOo...

**MOTION FOR CLARIFICATION OF MINUTE ORDER DATED 06/23/2008**

Plaintiff, Edar Rogler, pro se, hereby respectfully moves for clarification of Minute Order dated 06/23/2008 as follows:

1.) Plaintiff must file all her evidence over again in her Opposition to Defs' Mot. to Dismiss and cannot refer to her motions for Judicial Notice;

2.) Plaintiff cannot incorporate by reference her earlier filed motions in her Opposition to Defs' Mot to Dismiss;

3.) The Court will not decide Pl. Mots to transfer [Dkt. ## 27, 31, 33] which has been opposed [Dkt. # 35] prior to deciding Def. Mot to Dismiss [Dkt # 1]

WHEREFORE, Plaintiff prays for clarification of Minute Order, 06/23/2008.

/s/
EDAR ROGLER
915 BOUCHER AVE
ANNAPOLIS, MD 21403