UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDAR ROGLER,  )<br>**Plaintiff** *pro se*  )<br>  )<br>v.  )<br>  )<br>WILLIAM BIGLOW, et al.  )<br>Defendants.  )<br>_____) | <br><br><br><br><br><br>C.A. No. 07-2308RMC |

### PLAINTIFF'S MOTION TO REVERT TO PAPER FILINGS

Plaintiff, Edar Rogler, *pro se* hereby respectfully moves to revert to paper filings. She had her ECF training today. After discussing the situation with the ECF trainer, Plaintiff wishes to revert to paper filings. She does not yet have the capabilities to file electronically. Wherefore Plaintiff respectfully moves for an order to revert to paper filings.


_____/s/_____

EDAR ROGLER


### [PROPOSED] ORDER

UPON CONSIDERATION of the foregoing motion, it is hereby ORDERED that Plaintiff may revert to paper filings.

_____

UNITED STATES DISTRICT JUDGE

Case 1:07-cv-02308-RMC    Document 66    Filed 06/26/2008    Page 2 of 2