UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EDAR ROGLER, | ) | |
| Plaintiff *pro se*, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-2308 (RMC) |
| WILLIAM BIGLOW, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' CONSENT MOTION TO STAY PROCEEDINGS
TO CONDUCT SETTLEMENT DISCUSSIONS**

Defendants,[1] through their undersigned attorneys, hereby respectfully move that the proceedings in this matter be stayed until September 8, 2008, in order for the parties to conduct settlement discussions in this matter. Plaintiff consents to this motion.

At this time, Plaintiff has one case pending in the District of Maryland,[2] the above-referenced matter, and a Privacy Act suit before this Court (Civil Action No. 08-0570 (RMC)).[3] In order to conduct settlement discussions, discovery has been stayed in the Title VII matter pending in the District of Maryland. However, in this case, Defendants have filed a motion to dismiss and Plaintiff's response is now due on August 8, 2008.

---

[1] According to Plaintiff's complaint, Defendants are sued in their personal capacity as follows: William Biglow, Julie Lu, John I. Gallin, M.D., Maureen Gormley, R.N., Walter L. Jones, Hillary Fitilis, Rev. Owen Ray Fitzgerald, Rev. Dominick Ashkar, Ann M. Berger, MSN, MD., Nyna Konishi, Deborah Britton, Lawrence Self, Michael Chew, and Does 1 to 25. All of the named Defendants are federal employees.

[2] The case in the District of Maryland is a Title VII action.

[3] Defendants in that case will be filing a similar motion to stay the proceeding.

In order to allow the parties adequate time to attempt to resolve all three of Plaintiff's cases, Defendants seek a stay of the proceedings in this matter. In the event that this matter is not resolved during this stay, Plaintiff's response to Defendants' motion to dismiss will be due on or before September 15, 2008.

Accordingly, Defendants are requesting a stay of the proceedings in this case until September 8, 2008. For the foregoing reasons, Defendants respectfully request that this motion for a stay be granted.

                                              Respectfully submitted,

                                              /s/
                                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney

                                              /s/
                                            RUDOLPH CONTRERAS, D.C. BAR # 434122
                                            Assistant United States Attorney

                                              /s/
                                            JUDITH A. KIDWELL
                                            Assistant United States Attorney
                                            555 Fourth Street, N.W.- Civil Division
                                            Room E4905
                                            Washington, D.C. 20530
                                            (202) 514-7250

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EDAR ROGLER, | ) | |
| | ) | |
| Plaintiff *pro se*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2308 (RMC) |
| | ) | |
| WILLIAM BIGLOW, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

UPON CONSIDERATION OF Defendants' Consent Motion to Stay the Proceedings in this matter until September 8, 2008, and the entire record herein, it is this _____ day of July, 2008,

**ORDERED,** that Defendants' consent motion is **GRANTED**; and it is

**FURTHER ORDERED,** that the proceedings in this matter will be stayed until September 8, 2008; and it is

**FURTHER ORDERED**, that in the event that this matter is not resolved, Plaintiff's response to Defendants motion to dismiss shall be filed on or before September 15, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Defendants' Counsel by ECF

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copies of the foregoing Consent Motion to Stay Proceedings and proposed Order were sent electronically, and mailed, postage pre-paid, to Plaintiff *pro se*, on this 25th day of July 2008, to the following address:

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403


                                                /s/
                                     JUDITH A. KIDWELL
                                     Assistant U.S. Attorney