UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDAR ROGLER, | ) |
| Plaintiff *pro se*, | ) ) ) ) |
| v. | ) Civil Action No. 07-2308 (RMC) |
| WILLIAM BIGLOW, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**NOTICE OF INTENT TO WITHDRAW CONSENT MOTION**

Defendants, by and through undersigned counsel, respectfully notify the Court that Defendants intend to withdraw the consent motion to stay proceedings in this case upon any filing by Plaintiff. After having agreed to stay the proceedings in this matter last week, Plaintiff e-mailed undersigned counsel a pleading which she intends to file in this matter. Undersigned counsel has advised Plaintiff that if said pleading is filed, Defendants will be withdrawing the motion to stay proceedings in this case which was filed to allow Plaintiff and the parties to discuss settlement.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Intent to Withdraw Consent Motion to Stay Proceedings was sent electronically, and mailed, postage pre-paid, to Plaintiff *pro se*, on this 28th day of July 2008, to the following address:

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

                                                    /s/
                                       JUDITH A. KIDWELL
                                       Assistant U.S. Attorney