## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| **EDAR ROGLER,** | ) | |
| | ) | |
| **Plaintiff *pro se*,** | ) | |
| | ) | |
| **v.** | ) | Civil Action No. 07-2308 (RMC) |
| | ) | |
| **WILLIAM BIGLOW, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

_____  )

### MOTION TO WITHDRAW CONSENT MOTION
### TO STAY PROCEEDINGS IN THIS CASE

Defendants, by and through undersigned counsel, respectfully move the Court to

withdraw the consent motion to stay proceedings in this case filed on July 25, 2008.  As

discussed below, despite the consent motion to stay proceedings, Plaintiff has indicated that she

intends to continue filing additional pleadings and motions in this case.  Additionally, Plaintiff

has now withdrawn her consent to stay the proceedings in this matter.

Respectfully submitted,

  /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


  /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


  /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDAR ROGLER, | ) |
| | ) |
| Plaintiff *pro se*, | ) |
| | ) |
| v. | ) Civil Action No. 07-2308 (RMC) |
| | ) |
| WILLIAM BIGLOW, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW
CONSENT MOTION TO STAY PROCEEDINGS IN THIS CASE**

On July 25, 2008, Defendants filed a consent motion to stay the proceedings in this case.
*See* Docket No. 67.  As indicated in the consent motion, the purpose of staying the proceedings
in this case was to allow the parties in this case and two other cases to attempt to reach a global
settlement of Plaintiff's claims in three separate actions.[1]

However, contrary to the agreement to stay the cases, on July 28, 2008, Plaintiff sent an
e-mail to undersigned counsel indicating that she would be continuing to file motions or
pleadings in this matter.  *See* Defendants' Exhibit A.  Undersigned counsel advised Plaintiff that
this would be a breach of the agreement to stay her cases for settlement discussions.  See
Defendants' Exhibit B.[2]  In fact, on July 28, 2008, Defendants filed a notice of intent to

---

[1] Plaintiff has a Title VII case pending in the District of Maryland (Civil Action No. 07-0726).  She has a Privacy Act suit which is also before this Court.  *See* Civil Action No. 08-0570 (RMC).

[2] Although *pro se* in this action, Plaintiff has indicated that she is an attorney licensed to practice law in the State of California.  Thus, it is unclear why she thought she would be able to continue to file motions and other pleadings after agreeing to stay the proceedings in this matter.

withdraw the consent motion and transmitted a copy of the notice to Plaintiff by electronic mail.

*See* Docket 68.  Subsequently, Plaintiff indicated to undersigned counsel that she still intended to

file something with the Court.  Defendants' Exhibit C.  Plaintiff also stated that she was

withdrawing her consent to stay the proceedings in this matter and her Privacy Act suit.[3]  *See*

Defendants' Exhibit D.   Accordingly, the consent motion to stay the proceedings in this case

should be withdrawn.

<u>Conclusion</u>

For the foregoing reasons, Defendants request that the consent motion to stay the

proceedings in this case be withdrawn.  In addition, Defendants request that Plaintiff's date to

respond to Defendants' motion to dismiss remain August 8, 2008, as previously ordered by the

Court.  *See* Court's Minute Order dated June 12, 2008.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

---

[3] Defendants in the Privacy Act suit will be filing a motion to withdraw the consent motion to stay proceedings filed in that case on July 25, 2008.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that copies of the foregoing Motion to Withdraw Consent Motion to Stay Proceedings and proposed Order were mailed, postage pre-paid, to Plaintiff *pro se*, on this 25th day of July 2008, to the following address:

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

                              _____/s/_____
                              JUDITH A. KIDWELL
                              Assistant U.S. Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| **EDAR ROGLER,** | ) |
| | ) |
| | ) |
| **Plaintiff *pro se*,** | ) |
| | ) |
| **v.** | )    **Civil Action No. 07-2308 (RMC)** |
| | ) |
| **WILLIAM BIGLOW, *et al.*,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

---

## ORDER

UPON CONSIDERATION OF Defendants' Motion to Withdraw the Consent Motion to Stay the Proceedings filed on July 25, 2008, (Docket No. 67), and the entire record herein, it is this _____ day of July, 2008,

**ORDERED,** that Defendants' motion is **GRANTED**; and it is

**FURTHER ORDERED**, that the consent motion to stay the proceedings in this matter is hereby withdrawn; and it is

**FURTHER ORDERED**, that Plaintiff's opposition to Defendants' motion to dismiss shall be filed on or before August 8, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Defendants' Counsel by ECF

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

DEFENDANTS' EXHIBIT A

**Kidwell, Judith A. (USADC)**

| | |
|---|---|
| **From:** | edar rogler [edar_rogler@yahoo.com] |
| **Sent:** | Monday, July 28, 2008 8:58 AM |
| **To:** | Kidwell, Judith A. (USADC) |
| **Cc:** | Arnold, Ariana (USAMD) |
| **Subject:** | Rogler v. Biglow et al. 07-cv-02308RMC |
| **Attachments:** | 4093409168-bivenserrata67.doc |

This attachment is not the one that I mailed today.  For some reason my save did not work on the end product.

I need to know if you are representing Rev. Dominic Ashkar who was a federal contractor.  On what legal grounds can you represent a contractor?

Thanks, Edar Rogler

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**EDAR ROGLER**                                        :
**Plaintiff** *pro se,*

**v.**                                                       :

                                                              C.A. No.  1:07-cv-02308(RMC)
**WILLIAM BIGLOW,** *et al.*
**Defendants.**
                        ...oOo...

## PLAINTIFF'S ERRATA AND NOTICE ON MOTION FOR CLARIFICATION

Plaintiff, Edar Rogler, *pro se* hereby respectfully submits her errata and motion for clarification, as follows:

1.)    The parties have agree to a stay in the instant proceedings to discuss settlement wherein all parties in the instant suit will be required to execute the settlement and be mutually bound by the terms of the settlement, should any party agree to the settlement.  Plaintiff has not agreed to discuss releasing any defendant herein without a mutual release.

2.)    Defendants' motion for a stay at footnote 1 (Dkt. #67) incorrectly states that Rev. Dominick (sic) Ashkar was a federal employee. Plaintiff asserts that Rev. Dominic Ashkar admits under oath under at a federal administrative proceeding that he was a contractor and not a federal employee at the pertinent time of the transactions and occurrences in the Plaintiff's Complaint (Dkt. #67).

3.)    Plaintiff seeks clarification if the U.S.Attorney's Office is representing Defendant Rev. Dominic Ashkar, who is a contractor and not a federal employee in the instant matter and if this is permissible under the law.

1

4.)    Plaintiff's agrees to stay all proceedings, but her motion for clarification of the

Court's <u>MINUTE ORDER</u>, entered 06/23/08 (Dkt.# 65). Plaintiff was unable to

participate in ECF training, because her computer in the ECF training room in the

courthouse was broken. Plaintiff seeks clarification of the Court's order to wit: does

she have to re-submit her evidence or is she allowed to refer to documentary

evidence, transcripts, etc already submitted into the record by incorporation by

reference? Currently she does not have the volume of scanning capacity to re-scan

the already submitted evidence however she can file paper copies if the Court so

orders.

WHEREFORE, Plaintiff submits her errata as stated and continues to seek clarification of the

Court's <u>MINUTE ORDER</u>, entered 06/23/08 (Dkt.# 65).

Respectfully submitted by:

DATED: July 28th, 2008

_____

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland  21403
(410) 280-9270

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 28th, 2008 I emailed and mailed postage, pre-paid the above motion to AUSA
Judith A. Kidwell, 555 Fourth Street, N.W. – Civil Division, Room E4905, Washington, District of Columbia  20530.

_____
EDAR ROGLER, Plaintiff *pro se*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


EDAR ROGLER                          :
Plaintiff *pro se*,

v.                                   :
                                              C.A. No.  1:07-cv-02308(RMC)
WILLIAM BIGLOW, *et al.*
Defendants.                          ...oOo...

                                     **ORDER**


3

DEFENDANTS' EXHIBIT B

**Kidwell, Judith A. (USADC)**

| | |
|---|---|
| **From:** | Kidwell, Judith A. (USADC) |
| **Sent:** | Monday, July 28, 2008 10:23 AM |
| **To:** | 'edar rogler' |
| **Subject:** | RE: Rogler v. Biglow et al. 07-cv-02308RMC |

Ms. Rogler,

We will consider any filing by you a breach of our agreement to stay the proceedings and will withdraw our motions to stay. I do represent Rev. Ashkar.

Judith A. Kidwell
Assistant U.S. Attorney

**From:** edar rogler [mailto:edar_rogler@yahoo.com]
**Sent:** Monday, July 28, 2008 8:58 AM
**To:** Kidwell, Judith A. (USADC)
**Cc:** Arnold, Ariana (USAMD)
**Subject:** Rogler v. Biglow et al. 07-cv-02308RMC

This attachment is not the one that I mailed today. For some reason my save did not work on the end product.

I need to know if you are representing Rev. Dominic Ashkar who was a federal contractor. On what legal grounds can you represent a contractor?

Thanks, Edar Rogler

1

DEFENDANTS' EXHIBIT C

**Kidwell, Judith A. (USADC)**

| | |
|---|---|
| **From:** | edar rogler [edar_rogler@yahoo.com] |
| **Sent:** | Monday, July 28, 2008 10:41 AM |
| **To:** | Kidwell, Judith A. (USADC) |
| **Cc:** | Arnold, Ariana (USAMD) |
| **Subject:** | RE: Rogler v. Biglow et al. 07-cv-02308RMC |

On what grounds do you represent Rev. Ashkar who was not a federal employee at the time of the complaint's events. My errata has already been mailed, as I wrote to you. I need clarification from the Court in case we do not settle. If you withdraw the motion for a stay, you withdraw it. I personally do not feel that it takes this long to show an opponent a settlement proposal and/or the paperwork. Thanks, Edar Rogler

*"Kidwell, Judith A. (USADC)" <Judith.A.Kidwell@usdoj.gov> wrote:*
Ms. Rogler,

We will consider any filing by you a breach of our agreement to stay the proceedings and will withdraw our motions to stay. I do represent Rev. Ashkar.

Judith A. Kidwell
Assistant U.S. Attorney

**From:** edar rogler [mailto:edar_rogler@yahoo.com]
**Sent:** Monday, July 28, 2008 8:58 AM
**To:** Kidwell, Judith A. (USADC)
**Cc:** Arnold, Ariana (USAMD)
**Subject:** Rogler v. Biglow et al. 07-cv-02308RMC

This attachment is not the one that I mailed today. For some reason my save did not work on the end product.

I need to know if you are representing Rev. Dominic Ashkar who was a federal contractor. On what legal grounds can you represent a contractor?

Thanks, Edar Rogler

DEFENDANTS' EXHIBIT D

**Kidwell, Judith A. (USADC)**

| | |
|---|---|
| **From:** | edar rogler [edar_rogler@yahoo.com] |
| **Sent:** | Monday, July 28, 2008 12:14 PM |
| **To:** | Arnold, Ariana (USAMD); Kidwell, Judith A. (USADC) |
| **Subject:** | Withdraw from stay |

I hereby withdraw from agreeing to stay both the *Bivens* and Privacy Act cases.

Edar Rogler