IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDAR ROGLER                                         :
Plaintiff *pro se*,

v.                                                  :

WILLIAM BIGLOW, *et al.*
Defendants.                                         C.A. No. 1:07-cv-02308(RMC)
                          ...oOo...

## PLAINTIFF'S ERRATA AND NOTICE ON MOTION FOR CLARIFICATION

Plaintiff, Edar Rogler, *pro se* hereby respectfully submits her errata and motion for clarification, as follows:

In regards to the Defendants' consent motion for a stay (Dkt. #67) the parties have agree to a stay in the instant proceedings to discuss settlement, wherein all parties in the instant suit will be required to execute the settlement and be mutually bound by the terms of the settlement, should any party agree to the settlement. Plaintiff has not agreed to discuss negotiating releasing any defendant herein without a mutual release executed by each defendant, who decides to settle.

Defendants' motion for a stay at footnote 1 (Dkt. #67) incorrectly states that Rev. Dominick (sic) Ashkar was a federal employee. Any settlement clause referring to federal employees only will exclude Rev. Dominic Ashkar, because Rev. Dominic Ashkar admits under oath under at a federal administrative proceeding that he was a contractor and not a federal employee at the pertinent time of the transactions and occurrences in the Plaintiff's complaint (Dkt. #1).

**RECEIVED**

JUL 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Plaintiff seeks clarification if the U.S.Attorney's Office is representing Defendant Rev. Dominic Ashkar, who was a contractor being sued in his personal, individual capacity and not a federal employee in the instant matter and if the proposed representation is permissible under the law.

Plaintiff's agrees to stay all proceedings, but her motion for clarification of the Court's MINUTE ORDER, entered 06/23/08 (Dkt.# 65). Plaintiff seeks clarification of the Court's order to wit: does she have to re-submit her evidence or is she allowed to refer to documentary evidence, transcripts, etc already submitted into the record by incorporation by reference? Currently she does not have the volume of scanning capacity to re-scan the already submitted evidence, however she can file paper copies if the Court so orders. Plaintiff was unable to participate in ECF training, because her computer in the ECF training room in the courthouse was broken. Plaintiff has not surrender her attempts to master ECF, but will need to be re-scheduled for ECF training to learn how to file multiple motions that are complex and combined.

WHEREFORE, Plaintiff submits her errata as stated and continues to seek clarification of the Court's MINUTE ORDER, entered 06/23/08 (Dkt.# 65).

Respectfully submitted by:

DATED: July 28th, 2008

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403
(410) 280-9270

CERTIFICATE OF SERVICE

I hereby certify that on July 28th, 2008 I emailed and mailed postage, pre-paid the above motion to AUSA Judith A. Kidwell, 555 Fourth Street, N.W. – Civil Division, Room E4905, Washington, District of Columbia 20530.

EDAR ROGLER, Plaintiff *pro se*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**EDAR ROGLER**
**Plaintiff** *pro se*,

v.                                                                          C.A. No. 1:07-cv-02308(RMC)

**WILLIAM BIGLOW,** *et al.*
**Defendants.**

...oOo...

### ORDER

UPON CONSIDERATION OF PLAINTIFF'S <u>MOTION FOR CLARIFICATION </u>(Dkt. #67) and PLAINTIFF'S <u>ERRATA AND NOTICE ON MOTION FOR CLARIFICATION</u>, and the entire record herein, it is this _____ day of July, 2008,

**ORDERED,** that Defendants' have until _____ to clarify it the U.S. Attorney is representing Defendant Rev. Dominic Ashkar in the instant matter; and it is

**FURTHER ORDERED,** that Plaintiff _____ refer to evidence and
                                             (can/cannot)
documentary evidence already submitted into the record by incorporation by reference.

_____
UNITED STATES DISTRICT JUDGE

3