UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDAR ROGLER,   :
    Plaintiff,
versus   :

WILLIAM A. BIGLOW, et al.   :   C.A. No.: 1:07-cv-02308(RMC)
    Defendants       JURY TRIAL REQUESTED

..oOo..

## PLAINTIFF'S RESPONSE IN OPPOSITION
## TO DEFENDANTS' MOTION TO DISMISS

Edar Rogler, plaintiff *pro se*, hereby respectfully submits her response in opposition to Defendants' motion to dismiss. Plaintiff has amended her COMPLAINT (Dkt. #1) as of course pursuant to the provisions of Rule 15(a) of the Federal Rules of Civil Procedure. Her original complaint [Dkt. #1] is now superseded by her FIRST AMENDED COMPLAINT. See, *Bancoult v. McNamara*, 214, F.R.D. 141 (D.D.C. 2003). **WHEREFORE**, plaintiff prays that the Defendants' motion to dismiss is denied without prejudice.

Dated:   August 8th, 2008

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403
(410) 280-9270

### CERTIFICATE OF SERVICE

I, Edar Rogler, plaintiff *pro se* certify that I served a copy of foregoing response in opposition to Defs.' Mot. Dismiss on AUSA Judith A. Kidwell, attorney for the Defendants, by mailing the copy on the 8th day of August, 2008 by United States Postal Service, postage prepaid, to AUSA Judith A. Kidwell, United States Attorney's Office at 555 Fourth Street, N.W., Civil Division, Room E4905, Washington, D.C. 20530 her last-known address.

Dated: 08/08/08

Edar Rogler

RECEIVED
AUG - 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDAR ROGLER,                              :
              Plaintiff,
versus                                         :

WILLIAM A. BIGLOW, et al.         :     C.A. No.: 1:07-cv-02308(RMC)
              Defendants              JURY TRIAL REQUESTED
                 ..oOo..

## ORDER

UPON CONSIDERATION OF Defendants' motion to dismiss [Dkt. #11] and Plaintiff's response in opposition to said motion thereto, and the entire record herein, it is this _____ day of _____, 2008,

**ORDERED** that the Defendants' motion to dismiss is **DENIED** without prejudice.

**SO ORDERED.**

                                                           UNITED STATES DISTRICT JUDGE

Copies to AUSA Judith Kidwell, Attorney for Defendants

1