UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **EDAR ROGLER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-2308 (RMC) |
| | ) | |
| **WILLIAM BIGLOW,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

On August 12, 2008, Plaintiff Edar Rogler filed a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a). *See* Dkt. # 72. Accordingly, it is hereby

**ORDERED** that Defendants' motion to dismiss [Dkt. # 11] is **DENIED** without prejudice as moot; and it is

**FURTHER ORDERED** that Plaintiff's pending motions [Dkt. ## 22, 26, 27, 31, 34, 43, 44, 45, 47, 48, 50, 51, 57 & 64] are **DENIED** without prejudice as moot.

**SO ORDERED**.

Date: April 12, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge