IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDAR ROGLER                                      :
Plaintiff *pro se*,

v.                                               :
                                                      C.A. No. 1:07-cv-02308(RMC)
WILLIAM BIGLOW, *et al.*
Defendants.
                                    ...oOo...

**PLAINTIFF'S MOTION FOR CLARIFICATION AND
RECONSIDERATION IN PART OF ORDER,
~or in the alternative~
<u>RENEWAL OF MOTIONS BY INCORPORATION BY REFERENCE</u>**

Edar Rogler, Plaintiff *pro se* hereby respectfully submits her motion for clarification and reconsideration of the Court's <u>ORDER</u> [Dkt. #74] in part, or in the alternative renewal of her motions by incorporation by reference herein. Plaintiff respectfully moves the Court to vacate its order in part, ordering that Plaintiff's motions [Dkt. ## 22, 26, 27, 31, 34, 43, 44, 45, 47, 48, 50, 51, 57, and 64] are moot, which should be deemed by the Court to still be viable motions.

Plaintiff's motions for enlargement of time to serve any of the Defendants that the Court opines have not been properly served [Dkt. #22, 26, and 34], has been responded to by the Defendants, Plaintiff has submitted her replies, and is ripe for a decision by the Court. In the alternative Plaintiff renews her motions for an enlargement of time to serve any Defendant that the Court finds has not been properly served by incorporating her previously filed motions by reference herein.

Plaintiff's motions to transfer her case [Dkt. ##27 and 31] should still be deemed to be viable by the Court. The Court has the power to *sua sponte* transfer the Plaintiff's case and this power is not altered by amendments to complaints. Defendants' have opposed Plaintiff's motions to transfer

RECEIVED
AUG 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

[Dkt. #35] and the motions should be ripe for a decision by the Court. In the alternative Plaintiff renews her motions to transfer by incorporation by reference herein.

Plaintiff's motions for judicial notice, parts one to six [43, 44, 45, 47, 51, 57 and 64] are evidentiary motions that survive amendments to the complaint and are viable for all of Plaintiff's motions and oppositions. In the alternative, Plaintiff renews her motions for judicial notice by incorporation by reference herein. Plaintiff wishes to have an evidentiary ruling on her motions prior to having to respond to Defendants' potential motions to dismiss or in the alternative summary judgment.

Plaintiff's motion to consolidate [Dkt. #50] should survive amendments to the complaint. If not, Plaintiff renews her motion to consolidate by incorporation by reference herein.

WHEREFORE Plaintiff prays for an order clarifying and reconsidering its order in part, or in the alternative renews the aforementioned motions by incorporation by reference herein.

Respectfully submitted by:

DATED: August 14, 2008

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403
(410) 280-9270

## CERTIFICATE OF SERVICE

I hereby certify that on August 14th, 2008 I emailed and mailed postage, pre-paid the above motion to AUSA Judith A. Kidwell, 555 Fourth Street, N.W. – Civil Division, Room E4905, Washington, District of Columbia 20530.

EDAR ROGLER, Plaintiff *pro se*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**EDAR ROGLER**  :
**Plaintiff** *pro se*,

v.  :

C.A. No. 1:07-cv-02308(RMC)

**WILLIAM BIGLOW**, *et al.*
**Defendants.**

...oOo...

**ORDER**

This matter having come before the Court on PLAINTIFF'S MOTION FOR CLARIFICATION AND RECONSIDERATION IN PART OF ORDER, ~or in the alternative~ RENEWAL OF MOTIONS BY INCORPORATION BY REFERENCE and any oppositions filed by Defendants, and the record herein, it is ORDERED that Court's ORDER [Dkt. #74] is vacated in part, vacating the part of said order that ordering that Plaintiff's motions [Dkt. ## 22, 26, 27, 31, 34, 43, 44, 45, 47, 48, 50, 51, 57, and 64] to be moot.

SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE

cc: AUSA Judith Kidwell