UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDAR ROGLER, | ) |
| Plaintiff *pro se*, | ) ) ) |
| v. | )  Civil Action No. 07-2308 (RMC) |
| WILLIAM BIGLOW, *et al.* | ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO
FILE OPPOSITION TO PLAINTIFF'S MOTION FOR CLARIFICATION
AND RECONSIDERATION IN PART OF ORDER OR IN THE ALTERNATIVE,
RENEWAL OF MOTIONS BY INCORPORATION BY REFERENCE**

Defendants, through their undersigned attorneys, hereby respectfully request an enlargement of time, until and including eleven days after the Court rules on Defendants' motion to dismiss amended complaint, vacate order mooting Defendants' motion to dismiss, or alternatively, motion for enlargement of time to respond to amended complaint, within which to file their opposition to Plaintiff's motion for clarification and reconsideration in part of order, or in the alternative, renewal of motions by incorporation by reference.  Defendants' opposition is now due on August 28, 2008.[1]  This is Defendants' first request for an enlargement of time for this purpose.  Plaintiff is opposed to this motion.

There is good cause for this motion.  Defendants have filed a dispositive motion which may render Plaintiff's motion for clarification and reconsideration in part of order, or in the

---

[1] Plaintiff has certified that she both e-mailed and mailed her motion to undersigned counsel.  However, undersigned counsel did not receive any e-mail of her motion on August 14, 2008.

alternative, renewal of motions by incorporation by reference moot. Defendants should not be required to respond to Plaintiff's motion for clarification and reconsideration in part of order, or in the alternative, renewal of motions by incorporation by reference until after the Court rules on Defendants' motion to dismiss amended complaint, vacate order mooting Defendants' motion to dismiss, or alternatively, motion for enlargement of time to respond to amended complaint dispositive motion.

Accordingly, Defendants are requesting an extension of time until and including eleven days after the Court rules on Defendants' motion to dismiss amended complaint, vacate order mooting Defendants' motion to dismiss, or alternatively, motion for enlargement of time to respond to amended complaint, to file any opposition to Plaintiff's motion for clarification and reconsideration in part of order, or in the alternative, renewal of motions by incorporation by reference.

For the foregoing reasons, Defendants respectfully request that this motion for an enlargement of time be granted.

                                            Respectfully submitted,

                                            /s/
                                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                                          United States Attorney

                                            /s/
                                          RUDOLPH CONTRERAS, D.C. BAR # 434122
                                          Assistant United States Attorney

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDAR ROGLER, <br><br> Plaintiff *pro se*, <br><br> v. <br><br> WILLIAM BIGLOW, *et al.* <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-2308 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

UPON CONSIDERATION OF Defendants' Motion for An Enlargement of Time to file their opposition to Plaintiff's motion for clarification and reconsideration in part of order, or in the alternative, renewal of motions by incorporation by reference, any opposition thereto, and the entire record herein, it is this _____ day of August, 2008,

**ORDERED** that Defendants' motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants shall have until and including eleven days after the Court rules on Defendants' motion to dismiss amended complaint, vacate order mooting Defendants' motion to dismiss, or alternatively, motion for enlargement of time to respond to amended complaint to file their opposition to Plaintiff's motion for clarification and reconsideration in part of order, or in the alternative, renewal of motions by incorporation by reference.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel by ECF

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that copies of the foregoing Motion for Enlargement of Time and proposed Order were mailed, postage pre-paid, to Plaintiff *pro se*, on this 20th day of August 2008, to the following address:

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

/s/
JUDITH A. KIDWELL
Assistant U.S. Attorney