UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDAR ROGLER, | ) |
|       Plaintiff *pro se*, | ) |
| v. | ) Civil Action No. 07-2308 (RMC) |
| WILLIAM BIGLOW, *et al.* | ) |
|       Defendants. | ) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO FILE OPPOSITION TO PLAINTIFF'S
MOTION FOR LEAVE TO
RE-FILE HER AMENDED COMPLAINT**

Defendants, through their undersigned attorneys, hereby respectfully request an enlargement of time, until and including eleven days after the Court rules on Defendants' motion to dismiss amended complaint, vacate order mooting Defendants' motion to dismiss, or alternatively, motion for enlargement of time to respond to amended complaint, within which to file their opposition to Plaintiff's motion for leave to re-file her amended complaint. Defendants' opposition is due on September 2, 2008. This is Defendants' first request for an enlargement of time for this purpose. Plaintiff is opposed to this motion.

There is good cause for this motion. Defendants' filed a motion to dismiss Plaintiff's amended complaint. Thus, Defendants' motion may render Plaintiff's motion moot. In any event, Defendants' should not be required to respond to Plaintiff's motion until after the Court rules on Defendants' motion to dismiss amended complaint, vacate order mooting Defendants' motion to dismiss, or alternatively, motion for enlargement of time to respond to amended

complaint dispositive motion.

Accordingly, Defendants are requesting an extension of time until and including eleven days after the Court rules on Defendants' motion to dismiss amended complaint, vacate order mooting Defendants' motion to dismiss, or alternatively, motion for enlargement of time to respond to amended complaint, to file any opposition to Plaintiff's motion for leave to re-file her amended complaint.

For the foregoing reasons, Defendants respectfully request that this motion for an enlargement of time be granted.

                                        Respectfully submitted,

                                        /s/
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney

                                        /s/
                                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                                        Assistant United States Attorney

                                        /s/
                                        JUDITH A. KIDWELL
                                        Assistant United States Attorney
                                        555 Fourth Street, N.W.- Civil Division
                                        Room E4905
                                        Washington, D.C. 20530
                                        (202) 514-7250

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDAR ROGLER, ) | |
| ) | |
| Plaintiff *pro se*, ) | |
| ) | |
| v. ) | Civil Action No. 07-2308 (RMC) |
| ) | |
| WILLIAM BIGLOW, *et al.* ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION OF Defendants' Motion for An Enlargement of Time to file their opposition to Plaintiff's motion for leave to re-file her amended complaint, any opposition thereto, and the entire record herein, it is this _____ day of August, 2008,

**ORDERED** that Defendants' motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants shall have until and including eleven days after the Court rules on Defendants' motion to dismiss amended complaint, vacate order mooting Defendants' motion to dismiss, or alternatively, motion for enlargement of time to respond to amended complaint to file their opposition to Plaintiff's motion for leave to re-file her amended complaint.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel by ECF

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that copies of the foregoing Motion for Enlargement of Time and proposed Order were mailed, postage pre-paid, to Plaintiff *pro se*, on this 20th day of August 2008, to the following address:

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

                                            /s/
                                    JUDITH A. KIDWELL
                                    Assistant U.S. Attorney