UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDAR ROGLER, | ) |
| | ) |
| Plaintiff *pro se*, | ) |
| | ) |
| v. | ) Civil Action No. 07-2308 (RMC) |
| | ) |
| WILLIAM BIGLOW, *et al.* | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO
FILE REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT, TO
VACATE ORDER MOOTING MOTION TO DISMISS OR, IN THE
ALTERNATIVE, DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

Defendants, through their undersigned attorneys, hereby respectfully request an enlargement of time, until September 22, 2008, to file their reply to Plaintiff's opposition to Defendants' motion to dismiss amended complaint, vacate order mooting Defendants' motion to dismiss, or alternatively, motion for enlargement of time to respond to amended complaint. Defendants' reply is due August 26, 2008. This is Defendants' first request for an enlargement of time for this purpose. Plaintiff is opposed to this motion.

There is good cause for this motion. Plaintiff continues to file numerous motions in both of her actions before this Court to which undersigned counsel has to respond on behalf of the various Defendants. In fact, Plaintiff has filed almost 30 motions in addition to her other notices in this case alone. Because of undersigned counsel's need to address other litigation to which she is assigned, she is unable to continue to respond to Plaintiff's numerous motions within the time

limits prescribed by the Rules of the Court.

Accordingly, Defendants are requesting an extension of time until and including September 22, 2008, to file their reply to Plaintiff's opposition to Defendants' motion to dismiss amended complaint, vacate order mooting Defendants' motion to dismiss, or alternatively, motion for enlargement of time to respond to amended complaint.

For the foregoing reasons, Defendants respectfully request that this motion for an enlargement of time be granted.

                                                      Respectfully submitted,

                                                      /s/
                                                      JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                      United States Attorney

                                                      /s/
                                                      RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                      Assistant United States Attorney

                                                      /s/
                                                      JUDITH A. KIDWELL
                                                      Assistant United States Attorney
                                                      555 Fourth Street, N.W.- Civil Division
                                                      Room E4905
                                                      Washington, D.C. 20530
                                                      (202) 514-7250

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDAR ROGLER, | ) |
| Plaintiff *pro se*, | ) |
| v. | ) Civil Action No. 07-2308 (RMC) |
| WILLIAM BIGLOW, *et al.* | ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION OF Defendants' Motion for An Enlargement of Time to file their reply to Plaintiff's opposition to Defendants' motion to dismiss amended complaint, vacate order mooting Defendants' motion to dismiss, or alternatively, motion for enlargement of time to respond to amended complaint, any opposition, and the record herein, it is this _____ day of August, 2008,

**ORDERED** that Defendants' motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants shall have until and including September 22, 2008, to file their reply to Plaintiff's opposition to Defendants' motion to dismiss amended complaint, vacate order mooting Defendants' motion to dismiss, or alternatively, motion for enlargement of time to respond to amended complaint.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel by ECF

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Motion for Enlargement of Time and proposed Order were mailed, postage pre-paid, to Plaintiff *pro se*, on this 20th day of August 2008, to the following address:

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

                                                 /s/
                                       JUDITH A. KIDWELL
                                       Assistant U.S. Attorney