UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDAR ROGLER,** ) | |
| ) | |
| Plaintiff *pro se*, ) | |
| ) | |
| v.   ) | Civil Action No. 07-2308 (RMC) |
| ) | |
| **WILLIAM BIGLOW,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF INTENT TO FILE WRITTEN OPPOSITION
## TO AND MOVE TO STRIKE PLAINTIFF'S ERRATA
## TO CORRECT FIRST AMENDED COMPLAINT

Federal Defendants,[1] by and through undersigned counsel, respectfully notify the Court that Federal Defendants intend to file a written opposition to, and will move to strike, Plaintiff's errata to correct her first amended complaint within the time provided by the rules of this Court or within any extension of time granted by this Court.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

---

[1] According to Plaintiff's initial complaint, the Federal Defendants, sued in their personal capacity, were as follows: William Biglow, Julie Lu, John I. Gallin, M.D., Maureen Gormley, R.N., Walter L. Jones, Hillary Fitilis, Rev. Owen Ray Fitzgerald, Rev. Dominick Ashkar, Ann M. Berger, MSN, MD., Nyna Konishi, Deborah Britton, Lawrence Self, Michael Chew, and Does 1 to 25. In her First Amended Complaint, Plaintiff has added additional Federal Defendants for which representation authority will have to be obtained. According to the record herein, these additional Federal Defendants have not yet been served with process.

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing Notice of Intent was mailed, postage pre-paid, to Plaintiff *pro se*, on this 3rd day of September 2008, to the following address:

Edar Rogler  
915 Boucher Avenue  
Annapolis, Maryland 21403

                                      /s/  
                                  JUDITH A. KIDWELL  
                                Assistant U.S. Attorney